UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES SWEET, et al., Plaintiffs, | : | |
| v. | : | C.A. NO: 04-056-L |
| AMERICAN FOAM CORPORATION, et al., Defendants. | : | |

**ENTRY OF APPEARANCE**

Randall L. Souza, Fred A. Kelly, Jr., and Ian C. Ridlon, of the law firm of Nixon Peabody LLP, hereby enter their appearance on behalf of Defendants Jack Russell, Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc., and Knight Records, Inc.

JACK RUSSELL; ERIC POWERS; MARK KENDALL; DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
Ian C. Ridlon (#5524)
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: March 16, 2004

2

P111315.1

CERTIFICATION OF SERVICE

I hereby certify that on the 22nd day of March, 2004, I mailed a true copy of the within Entry of Appearance via first-class mail, postage prepaid to all counsel of record listed on attached service list.

Collette R. Palmer

**SERVICE LIST (SWEET)**

**Plaintiff – Charles Sweet, as the Administrator of the Estate of Shawn Sweet; Carol Sweet, as the Administratrix of the Estate of Shawn Sweet**

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914

**Defendant – Barry H. Warner**

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908

**Defendant – Jeffrey Derderian; Michael Derderian; DERCO, LLC**

Mark T. Reynolds, Essq.
BOYER, REYNOLDS & DEMARCO, LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, RI 02903

**Defendant – Luna Tech, Inc.**

Edward T. Hinchey, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108