**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES AND CAROL SWEET, ET AL | : | |
| VS. | : | C.A. NO. 2004-056 L |
| AMERICAN FOAM CORPORATION, ET AL | : | |

***ANSWER OF DEFENDANT DANIEL BIECHELE***

Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer any allegations at this time.

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant, Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331 –9397—FAX

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant, Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

4

***CERTIFICATION***

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
Smith & Brink, P.C.
2 Charles Street, 3rd Floor
Providence, RI 02904

John H. Brooke, Esq.
122 East Gilbert Street
Muncie, IN 47305

Patrick C. Lynch, Attorney General
James R. Lee, Esq., Chief, Civil Division
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720

James T. Murphy, Esq.
Thomas R. Bender, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
PO Box 2563
Providence, RI 02906

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Faith A. LaSalle, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

I hereby certify that I mailed a true copy of the within to the above counsel of record by first class mail, postage prepaid, on the 9th day of April, 2004.

K L Roomes