UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually
Plaintiffs

VS. C.A. NO.: 04-26-L 56

AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF FOAMEX INTERNATIONAL, INC.**

Defendant Foamex International, Inc. hereby moves for an Order of this Court extending the time within which it must file its response to the complaint in the above matter up to and including May 3, 2004. In support of this motion, this defendant states that up until the entry of this Court's Decision and Order of March 29, 2004, the filing of responsive pleadings in all cases relating to the Station fire before the Court had been stayed. The Court has now taken jurisdiction over this matter and this defendant respectfully requests that it be allowed up to and including May 3, 2004, within which to file its answer or other responsive pleading.

6

Defendant
FOAMEX INTERNATIONAL, INC.
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**CERTIFICATION**

I hereby certify that on the 9th day of April, 2004, a true copy of the within was mailed to all known counsel.

**CERTIFICATION**

I hereby certify that a copy of the within document was filed on this 9th day of April, 2004, to:

Brain R. Cunha, Esq.
904 Broadway
East Providence, RI 02914

Lauren DiSimone Wilkins
Ronald P. Langlois, Esq.
Smith & Brink, PC
One State Street
Suite 400
Providence, RI 02908

Mark T. Reynolds
Boyer, Reynolds & DeMarco
170 Westminster Street
Suite 200
Providence, RI 02903

Randall Souza, Esq.
Nixon Peabody, LLP
One Citizen's Plaza
Providence, RI 02903

Edward T. Hinchey, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Joseph Cavanagh, Jr. Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards & Angell
One Financial Plaza, Suite 2700
Providence, RI 02903

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02909

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald Green PC
2235 Washington Street
Roxbury, MA 02119'

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Fred A. Kelley, Jr. Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza-Suite 700

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Stephen E. Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

William A. Filippo, Esq.
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Scott Hubbell, Esq.
Summers Law Office
P.O. Box 306
Franklin, MA 02038

Mark S. Mandell, Esq
Mandell, Schwartz & Bosclair
One Park Row
Providence, RI 02903

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

W. Thomas McGough, Jr., Esq.
James J. Resrivo, Jr. Esq.
Reed & Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103

Joyce A. Faraone, Esq.
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

James Howe, Esq.
215 Broadway
Providence, RI 02903

Eva Mancuso, Esq.
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Donald Migliori, Esq.
Ness Motley
321 South Main Street
Suite 402
Providence, RI 02903

Ralph Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Charles N. Redihan, Jr. Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Michael St. Pierre, Esq.
Revens, Revens & St. Pierre, PC
946 Centerville Road
Warwick, RI 02886

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
Inman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

John H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Oleg Nikolyszyn, Esq.
155 South Main Street
Suite 303
Providence, RI 02903

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Christopher C. Fallon, Jr. Esq.
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

John Brook, Esq.
122 East Gilbert
Munice, IN 47305

Ronald Langlois, Esq.
Smith & Brink PC
One State Street
Providence, RI 02908

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301

Jan Audino [signature]
______________________________