RECEIVED
APR 13 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Charles Sweet, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-056 L |
| | : | |
| American Foam, et al. | : | |

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT

The parties hereby stipulate that defendants State of Rhode Island and Irving J. Owens, Fire Marshall for the State of Rhode Island, shall have to and including September 1, 2004 to respond to the Complaint on file herein.

Karen A. Alegria, Esq.
Attorney for Plaintiff
311 Pine St.
Fall River, MA 02720

Dated: __________, 2004

James R. Lee, Esq.
Assistant Attorney General
150 S. Main St.
Providence, RI 02903

Dated: 4/13, 2004

Enter: Ronald R. Lagueux
Sr. USDJ 4/14/04

7