UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually<br>Plaintiffs | |
| VS. | C.A. NO.: 04-56-L |
| AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS | |

**DEFENDANT FOAMEX INTERNATIONAL, INC.'S MOTION TO EXCEED PAGE LIMITS FOR THE FILING OF A MOTION TO DISMISS**

Defendant Foamex International, Inc. ("Foamex") hereby moves for an Order of this Court pursuant to Amended General Order No. 2002-01 to exceed the twenty (20) page limit for memoranda and the five (5) page limit for appendices and/or exhibits in connection with the filing of a motion to dismiss pursuant to Fed.R.Civ.P. 12(B)(6). For the reasons set forth in the Memorandum filed herewith, Foamex requests that it be allowed to file a memorandum of law in support of a motion to dismiss not to exceed forty (40) pages and appendices and/or exhibits not to exceed ten (10) pages.

8

Defendant
FOAMEX INTERNATIONAL, INC.
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

## CERTIFICATION

I hereby certify that a copy of the within document was filed on this 15th day of April, 2004, to:

Brain R. Cunha, Esq.
904 Broadway
East Providence, RI 02914

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
Smith & Brink, PC
One State Street, Suite 400
Providence, RI 02908

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr. Esq.
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Randall Souza, Esq.
Nixon Peabody, LLP
One Citizen's Plaza
Providence, RI 02903

Edward T. Hinchey, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Joseph Cavanagh, Jr. Esq.
Kristen E. Rodgers, Esq.

Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards & Angell
One Financial Plaza, Suite 2700
Providence, RI 02903

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02909

Fred A. Kelley, Jr. Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza-Suite 700

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive

Chicago, IL 60606

W. Thomas McGough, Jr., Esq.
James J. Resrivo, Jr. Esq.
Reed & Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103

John H. Reilly, Esq.
Donald Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301

Jessica R. Blindenbacher

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually<br>Plaintiffs | : | |
| VS. | : | C.A. NO.: 04-56-L |
| AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT FOAMEX INTERNATIONAL, INC.'S MOTION TO EXCEED PAGE LIMITS FOR THE FILING OF A MOTION TO DISMISS**

Defendant Foamex International, Inc. ("Foamex") has filed a motion herewith requesting an order allowing it to exceed the twenty (20) page limit for memoranda and the five (5) page limit for appendices and/or exhibits in connection with the filing of a motion to dismiss pursuant to Fed.R.Civ.P. 12(B)(6). Foamex respectfully requests that it be allowed to file a memorandum of law in support of a motion to dismiss of up to forty (40) pages in length. This defendant also requests that it be allowed to file appendices and/or exhibits up to ten (10) pages. Foamex asserts that there is good cause for the granting of this motion.

Foamex and/or General Foam Corporation ("General Foam") are presently named in four lawsuits now pending before the Court.[1] A single memorandum of law will be filed covering all four cases. Accordingly, the actual number of pages filed, on a per case basis, will be considerably less than that allowed pursuant to Amended General Order 2002-01. Further, the proposed motion to dismiss deals with significant legal issues which are of great importance to Foamex and General Foam.

For these reasons, Foamex respectfully requests that this Court allow it to file a memorandum of law in support of a motion to dismiss not to exceed forty (40) pages and appendices and/or exhibits not to exceed ten (10) pages.

---

[1] *Guindon, et al v. American Foam Corporation, et al; Tammy Passa, et al v. Jeffrey Derderian, et al; Linda Roderiques, et al v. American Foam Corporation, et al; and Charles Sweet, et al v. American Foam Corporation.*

Defendant
FOAMEX INTERNATIONAL, INC.
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**CERTIFICATION**

I hereby certify that a copy of the within document was filed on this 15th day of April, 2004, to:

Brain R. Cunha, Esq.
904 Broadway
East Providence, RI 02914

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
Smith & Brink, PC
One State Street, Suite 400
Providence, RI 02908

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr. Esq.
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Randall Souza, Esq.
Nixon Peabody, LLP
One Citizen's Plaza
Providence, RI 02903

Edward T. Hinchey, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Joseph Cavanagh, Jr. Esq.
Kristen E. Rodgers, Esq.

Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards & Angell
One Financial Plaza, Suite 2700
Providence, RI 02903

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02909

Fred A. Kelley, Jr. Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza-Suite 700

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive

Chicago, IL 60606

W. Thomas McGough, Jr., Esq.
James J. Resrivo, Jr. Esq.
Reed & Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103

John H. Reilly, Esq.
Donald Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301

Jessica R. Blindbacher