**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CHARLES AND CAROL SWEET, ET AL**
**Plaintiffs,**

**v.** **C.A.NO: 04-056-L**

**AMERICAN FOAM CORPORATION,**
**ET AL.**
**Defendants**

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANT, BARRY WARNER**

Defendant, Barry Warner, hereby moves for an Order of this Court extending the time within which it must file its response to the complaint in the above matter up to and including May 15, 2004. In support of this motion, this defendant states that up until the entry of this Court's Decision and Order of March 29, 2004, the filing of responsive pleadings in all cases relating to the Station fire before the Court had been stayed. The Court has now taken jurisdiction of this matter and this defendant respectfully requests that it be allowed up to and including May 15, 2004 within which to file its answer or other responsive pleading.

Defendant,
Barry Warner
by his attorneys,

SMITH & BRINK, P.C.

Ronald Langlois, Esq. #2891
Lauren D. Wilkins, Esq. #3239
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

10

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to the attorney(s) listed below on the 16 day of April, 2004.

Dana Palagi

| | | |
|---|---|---|
| Brian Cunha, Esq.<br>904 Broadway<br>East Providence, RI 02914 | Mark Reynolds, Esq.<br>Boyer, Reynolds & DeMarco<br>170 Westminster St, Suite 200<br>Providence, RI 02903 | Randall Souza, Esq.<br>Nixon Peabody, LLP<br>One Citizens Plaza<br>Providence, RI 02903 |
| Edwards Hinchey, Esq.<br>Sloane & Walsh, LLP<br>Three Center Plaza<br>Boston, MA 02108 | Ronald Resmini, Esq.<br>155 South Main Street<br>Providence, RI 02903 | Thomas Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Building<br>Suite 1050<br>Providence, RI 02903 |
| Joseph Cavanagh, Jr., Esq.<br>Kristein Rodgers, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903 | Gerald DeMaria, Esq.<br>James Ruggieri, Esq.<br>Higgins, Cavanagh & Cooney<br>123 Dyer Street<br>Providence, RI 02903 | Howard Merten, Esq.<br>Eric Sommers, Esq.<br>Vetter & White<br>20 Washington Place<br>Providence, RI 02903 |
| Mark Nugent, Esq.<br>Paul Sullivan, Esq.<br>Morrison, Mahoney & Miller<br>One Providence Washington Plaza<br>Providence, RI 02902 | James Lee, Esq.<br>Dept. Attorney General<br>150 South Main Street<br>Providence, RI 02903 | James Murphy, Esq.<br>Kelly Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster Street<br>Providence, RI 02903 |
| William Robinson, III, Esq.<br>Stephen Prignano, Esq.<br>Stephen MacGillivray, Esq.<br>Edwards & Angell<br>One Financial Plaza, Suite 2700<br>Providence, RI 02903 | Mark DeSisto, Esq.<br>DeSisto Law Offices<br>211 Angell Street<br>Providence, RI 02909 | Daniel McKiernan, Esq.<br>146 Westminster Street<br>Providence, RI 02903 |
| Ann Sheeley, Esq.<br>Stephen Born, Esq.<br>Law Offices of Donald Green PC<br>2235 Washington Street<br>Roxbury, MA 02119 | Stephanie DiMaio Larivee, Esq.<br>215 Broadway<br>Providence, RI 02903 | Scott Tucker, Esq.<br>Tucker Heifetz & Saltzman<br>Three School Street<br>Boston, MA 02108 |
| Stephen Breggia, Esq.<br>Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908 | William Filippo, Esq.<br>Steven Minicucci, Esq.<br>373 Elmwood Avenue<br>Providence, RI 02907 | Scott Hubbell, Esq.<br>Summers Law Office<br>P.O. Box 306<br>Franklin, MA 02038 |
| Mark Mandell, Esq.<br>Mandell, Schwartz & Bosclair<br>One Park Row<br>Providence, RI 02903 | Edward Crane, Esq.<br>Deborah Solmor, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606 | W. Thomas McGough, Jr.<br>James Resrivo, Jr., Esq.<br>Reed & Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Andrew Trevelise, Esq.<br>Reed Smith LLP<br>2500 One Liberty Place<br>Philadelphia, PA 19103 | Joyce Faraone, Esq.<br>400 Reservoir Avenue, Suite 3G<br>Providence, RI 02907 | James Howe, Esq.<br>215 Broadway<br>Providence, RI 02903 |

| | | |
|---|---|---|
| Eva Mancuso, Esq.<br>Hamel, Waxler, Allen & Collins<br>387 Atwells Avenue<br>Providence, RI 02909 | Donald Migliori, Esq.<br>Ness Motley<br>321 South Main Street, Suite 402<br>Providence, RI 02903 | Ralph Monaco, Esq.<br>Conway & Londregan<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT 06320 |
| Charles Redihan, Jr., Esq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | Michael St. Pierre, Esq.<br>Revens, Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886 | Mark Tourgee, Esq.<br>Tim Williamson, Esq.<br>Inman & Tourgee<br>1193 Tiogue Avenue<br>Coventry, RI 02816 |
| Max Wistow, Esq.<br>Wistow & Barylick<br>61 Weybosset Street<br>Providence, RI 02903 | John Reilly, Esq.<br>Kelly, Kelleher, Reilly & Simpson<br>146 Westminster Street<br>Providence, RI 02903 | Christopher Russo, Esq.<br>888 Reservoir Avenue<br>Cranston, RI 02910 |
| Chris Fallon, Jr., Esq.<br>Cozen & O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | John Brook, Esq.<br>122 East Gilbert<br>Munice, IN 47305 | Joseph Krowski, Esq.<br>30 Cottage Street<br>Brockton, MA 02301 |
| | | |
| | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CHARLES AND CAROL SWEET, ET AL**
**Plaintiffs,**

**v.** **C.A.NO: 04-056-L**

**AMERICAN FOAM CORPORATION,**
**ET AL.**
**Defendants**

**ENTRY OF APPEARANCE**

Now comes Ronald Langlois, Esquire and Lauren Wilkins, Esquire, and hereby enter their appearance on behalf of Defendant, Barry Warner, in the above entitled matter.

Defendant,
Barry Warner
by his attorneys,

SMITH & BRINK, P.C.

Ronald Langlois, Esq. #2891
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

Lauren D. Wilkins, Esq. #3239
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

11

# CERTIFICATION

I hereby certify that I mailed a true copy of the within to the attorney(s) listed below on the 16 day of April, 2004.

Dana Palange

| | | |
|---|---|---|
| Brian Cunha, Esq.<br>904 Broadway<br>East Providence, RI 02914 | Mark Reynolds, Esq.<br>Boyer, Reynolds & DeMarco<br>170 Westminster St, Suite 200<br>Providence, RI 02903 | Randall Souza, Esq.<br>Nixon Peabody, LLP<br>One Citizens Plaza<br>Providence, RI 02903 |
| Edwards Hinchey, Esq.<br>Sloane & Walsh, LLP<br>Three Center Plaza<br>Boston, MA 02108 | Ronald Resmini, Esq.<br>155 South Main Street<br>Providence, RI 02903 | Thomas Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Building<br>Suite 1050<br>Providence, RI 02903 |
| Joseph Cavanagh, Jr., Esq.<br>Kristein Rodgers, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903 | Gerald DeMaria, Esq.<br>James Ruggieri, Esq.<br>Higgins, Cavanagh & Cooney<br>123 Dyer Street<br>Providence, RI 02903 | Howard Merten, Esq.<br>Eric Sommers, Esq.<br>Vetter & White<br>20 Washington Place<br>Providence, RI 02903 |
| Mark Nugent, Esq.<br>Paul Sullivan, Esq.<br>Morrison, Mahoney & Miller<br>One Providence Washington Plaza<br>Providence, RI 02902 | James Lee, Esq.<br>Dept. Attorney General<br>150 South Main Street<br>Providence, RI 02903 | James Murphy, Esq.<br>Kelly Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster Street<br>Providence, RI 02903 |
| William Robinson, III, Esq.<br>Stephen Prignano, Esq.<br>Stephen MacGillivray, Esq.<br>Edwards & Angell<br>One Financial Plaza, Suite 2700<br>Providence, RI 02903 | Mark DeSisto, Esq.<br>DeSisto Law Offices<br>211 Angell Street<br>Providence, RI 02909 | Daniel McKiernan, Esq.<br>146 Westminster Street<br>Providence, RI 02903 |
| Ann Sheeley, Esq.<br>Stephen Born, Esq.<br>Law Offices of Donald Green PC<br>2235 Washington Street<br>Roxbury, MA 02119 | Stephanie DiMaio Larivee, Esq.<br>215 Broadway<br>Providence, RI 02903 | Scott Tucker, Esq.<br>Tucker Heifetz & Saltzman<br>Three School Street<br>Boston, MA 02108 |
| Stephen Breggia, Esq.<br>Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908 | William Filippo, Esq.<br>Steven Minicucci, Esq.<br>373 Elmwood Avenue<br>Providence, RI 02907 | Scott Hubbell, Esq.<br>Summers Law Office<br>P.O. Box 306<br>Franklin, MA 02038 |
| Mark Mandell, Esq.<br>Mandell, Schwartz & Bosclair<br>One Park Row<br>Providence, RI 02903 | Edward Crane, Esq.<br>Deborah Solmor, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606 | W. Thomas McGough, Jr.<br>James Resrivo, Jr., Esq.<br>Reed & Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Andrew Trevelise, Esq.<br>Reed Smith LLP<br>2500 One Liberty Place<br>Philadelphia, PA 19103 | Joyce Faraone, Esq.<br>400 Reservoir Avenue, Suite 3G<br>Providence, RI 02907 | James Howe, Esq.<br>215 Broadway<br>Providence, RI 02903 |

| | | |
|---|---|---|
| Eva Mancuso, Esq.<br>Hamel, Waxler, Allen & Collins<br>387 Atwells Avenue<br>Providence, RI 02909 | Donald Migliori, Esq.<br>Ness Motley<br>321 South Main Street, Suite 402<br>Providence, RI 02903 | Ralph Monaco, Esq.<br>Conway & Londregan<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT 06320 |
| Charles Redihan, Jr., Esq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | Michael St. Pierre, Esq.<br>Revens, Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886 | Mark Tourgee, Esq.<br>Tim Williamson, Esq.<br>Inman & Tourgee<br>1193 Tiogue Avenue<br>Coventry, RI 02816 |
| Max Wistow, Esq.<br>Wistow & Barylick<br>61 Weybosset Street<br>Providence, RI 02903 | John Reilly, Esq.<br>Kelly, Kelleher, Reilly & Simpson<br>146 Westminster Street<br>Providence, RI 02903 | Christopher Russo, Esq.<br>888 Reservoir Avenue<br>Cranston, RI 02910 |
| Chris Fallon, Jr., Esq.<br>Cozen & O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | John Brook, Esq.<br>122 East Gilbert<br>Munice, IN 47305 | Joseph Krowski, Esq.<br>30 Cottage Street<br>Brockton, MA 02301 |
| | | |
| | | |

UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET,
Individually and as Administrators of the
ESTATE OF SHAWN SWEET,

*Plaintiffs,*

vs.

AMERICAN FOAM CORPORATION, et al.,

*Defendants.*

C.A. No. 04-056L

RECEIVED
APR 20 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Now come the Plaintiffs in this matter and, together with defendants Town of West Warwick and Denis Larocque, hereby agree and stipulate that said Defendants shall have up to September 1, 2004 to answer or otherwise respond to Plaintiffs' Complaint.

Plaintiffs,
By Their Attorneys,

Brian R. Cunha, Esq.
Karen Allegria, Esq.
LAW OFFICES OF BRIAN R. CUNHA
311 Pine Street
Fall River, MA 02720
(508) 675-9500
(508) 679-6360 fax

Defendants,
Town of West Warwick & Denis Larocque,
By Their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Enter: Ronald R. Lagueux
Sr. USDJ 4/22/04



(12)

FILED
APR 15 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually<br>Plaintiffs | : | |
| VS. | : | C.A. NO.: 04-56-L |
| AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS | : | |

**DEFENDANT FOAMEX INTERNATIONAL, INC.'S MOTION TO EXCEED PAGE LIMITS FOR THE FILING OF A MOTION TO DISMISS**

Defendant Foamex International, Inc. ("Foamex") hereby moves for an Order of this Court pursuant to Amended General Order No. 2002-01 to exceed the twenty (20) page limit for memoranda and the five (5) page limit for appendices and/or exhibits in connection with the filing of a motion to dismiss pursuant to Fed.R.Civ.P. 12(B)(6). For the reasons set forth in the Memorandum filed herewith, Foamex requests that it be allowed to file a memorandum of law in support of a motion to dismiss not to exceed forty (40) pages and appendices and/or exhibits not to exceed ten (10) pages.

Granted; Ronald R. Lagueux
Sr. USDJ 4/20/04

(13)

RECEIVED
APR 22 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators Of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually
Plaintiffs

v. C.A. No. 04-56/L

AMERICAN FOAM CORPORATION; ET AL.,
Defendants

## ENLARGEMENT STIPULATION

It is hereby stipulated that defendant McLaughlin & Moran, Inc.'s time to answer, move, object, or otherwise respond to plaintiffs' complaint is enlarged up to and including September 1, 2004.

Enter: Ronald R. Lagueux
Sr USDJ 4/20/04

Brian R. Cunha, (BBO 108560)
Karen A. Alegria (BBO 563993)
BRIAN CUNHA & ASSOC.
Attorneys for Plaintiffs
311 Pine Street
Fall River, MA 02720
508-675-9500
508-679-6360 FAX

Howard A. Merten, #3171
Eric Sommers, #6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: April 21 , 2004

(14)

RECEIVED
APR 20 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES SWEET, et als :
:
VS. : C.A. No.: 04-056-L
:
JEFFREY DERDERIAN, MICHAEL :
DERDERIAN and DERCO, LLC, et als :

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

The parties hereby stipulate that the defendants, Michael Derderian, Jeffrey Derderian and Derco, LLC, shall have up to and including September 1, 2004 to respond to the plaintiffs' complaint.

Plaintiffs,
By their attorney,

Karen Alegria, Esquire (#6562)
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
(401) 434-5300
Fax: (401) 434-1958

Michael Derderian, Jeffrey Derderian
and Derco, LLC,
By their attorney,

Anthony F. DeMarco, Esquire (#0799)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

ENTER: Ronald R. Lagueux
Sr. USDJ 4/22/04

15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES SWEET, et al<br>*Plaintiffs,* | : | |
| VS. | : | C.A. No. 04-56L |
| AMERICAN FOAM CORPORATION, et al<br>*Defendants* | : | |

**ENTRY OF APPEARANCE**

Donna M. Lamontagne hereby enters her appearance on behalf of Defendants, Shell Oil Company and Motiva Enterprises LLC.

Shell Oil Company
Motiva Enterprises LLC
By their Attorneys,

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax

**CERTIFICATION**

I hereby certify that on the 27th day of April, 2004, I caused a true copy of the foregoing to be mailed to the following counsel of record:

| | |
|---|---|
| Ronald J. Resmini, Esq.<br>Ronald J. Resmini, Ltd. Law Offices<br>155 South Main Street<br>Providence, RI 02903 | James Lee, Esq.<br>Dept. of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |

16

| | |
|---|---|
| Thomas Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Building<br>Suite 1050<br>Providence, RI 02903 | James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster St.<br>Providence, RI 02903 |
| Anthony DeMarco, Esq.<br>Boyer, Reynolds & DeMarco<br>170 Westminster St., #200<br>Providence, RI 02903 | William P. Robinson, III Esq.<br>Stephen M. Prignano, Esq.<br>Stephen MacGillivray, Esq.<br>Edwards and Angell<br>One Financial Plaza, Ste. 2700<br>Providence, RI 02903 |
| Joseph Cavanagh, Jr., Esq.<br>Kristen E. Rodgers, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903 | Mark DeSisto, Esq.<br>DeSisto Law Offices<br>211 Angell Street<br>Providence, RI 02909 |
| Howard Merten, Esq.<br>Eric M. Sommers, Esq.<br>Vetter & White<br>20 Washington Pl.<br>Providence, RI 02903 | Daniel P. McKiernan, Esq.<br>146 Westminster Street<br>Providence, RI 02903 |
| Mark T. Nugent, Esq.<br>Paul V. Sullivan, Esq.<br>Morrison, Mahoney & Miller<br>One Providence Washington Plaza<br>Providence, RI 02903 | Ann S. Sheeley, Esq.<br>Stephen Born, Esq.<br>Law Offices of Donald E. Green, P.C.<br>2235 Washington Street<br>Roxbury, MA 02119 |
| Stefanie DiMaio Larivee, Esq.<br>215 Broadway<br>Providence, RI 02903 | Edward M. Crane, Esq.<br>Deborah Solmor, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606 |
| Fred A. Kelly, Jr., Esq.<br>Randall L. Souza, Esq.<br>Ian C. Ridlon, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 700<br>Providence, RI 02903 | W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq.<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Scott Tucker, Esq.<br>Tucker Heifetz & Saltzman LLP<br>Three School Street<br>Boston, MA 02108 | Andrew Trevelise, Esq.<br>Reed Smith LLp<br>2500 One Liberty Place<br>Philadelphia, PA 19103-7301 |

| | |
|---|---|
| Stephen E. Breggia, Esq.<br>Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908 | Brian R. Cunha, Esq.<br>Law Offices of Brian Cunha & Associates<br>904 Broadway<br>East Providence, RI 02914 |
| Curtis R. Diedrich, Esq.<br>Edward T. Hinchey, Esq.<br>Sloane & Walsh<br>3 Center Plaza<br>Boston, MA 02108 | Joyce A. Faraone, Esq.<br>400 ReservoJir Avenue<br>Suite 3G<br>Providence, RI 02907 |
| William A. Filippo, Esq.<br>Steven A. Minicucci, Esq.<br>373 Elmwood Avenue<br>Providence, RI 02907 | James Howe, Esq.<br>215 Broadway<br>Providence, RI 02903 |
| Scott Hubbell, Esq.<br>Summers Law Office<br>P.O. Box 306<br>Franklin, MA 02038-0306 | Eva Mancuso, Esq.<br>387 Atwells Avenue<br>Providence, RI 02909 |
| Mark S. Mandell, Esq.<br>One Park Row<br>Providence, RI 02903 | Donald A. Migliori, Esq.<br>Ness, Motley, Loadholt, Richardson & Poole<br>321 South Main Street, Suite 402<br>Providence, RI 02903 |
| Ralph J. Monaco, Esq.<br>Conway & Londregan<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT 06320 | Oleg Nikolyszyn, Esq.<br>155 South Main Street<br>Suite 303<br>Providence, RI 02903 |
| Charles N. Redihan, Jr., ESq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | Christopher L. Russo, Esq.<br>888 Reservoir Avenue<br>Cranston, RI 02910 |
| Michael A. St. Pierre, Esq.<br>Revens, Revens & St. Pierre, P.C.<br>946 Centerville Road<br>Warwick, RI 02886 | Stephen Born, Esq.<br>Law Office of Donald E. Green<br>2235 Washington Street<br>Roxbury, MA 02119 |

| | |
|---|---|
| Mark D. Tourgee, Esq.<br>Timothy A. Williamson, Esq.<br>Inman & Tourgee<br>1193 Tiogue Avenue<br>Coventry, RI 02816 | Scott J. Tucker, Esq.<br>Tucker, Heifetz & Saltzman, LLP<br>Three School Street<br>Boston, MA 02108 |
| Max Wistow, Esq.<br>Wistow & Barylick<br>61 Weybosset Street<br>Providence, RI 02903 | Ronald J. Creamer, Esq.<br>Law Office of Ronald J. Resmini<br>155 South Main Street, Suite 400<br>Providence, RI 02903 |
| Matthew E. Medeiros, Esq.<br>Little, Bulman, Medeiros & Whitney<br>72 Pine Street, 5thFloor<br>Providence, RI 02903 | |

Deborah M Cahill

ZIZIK, POWERS, O'CONNELL,
SPAULDING & LAMONTAGNE

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually
Plaintiffs

VS.

C.A. NO.: 04-~~26~~ 56-L

AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS

FILED
APR 09 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF FOAMEX INTERNATIONAL, INC.**

Defendant Foamex International, Inc. hereby moves for an Order of this Court extending the time within which it must file its response to the complaint in the above matter up to and including May 3, 2004. In support of this motion, this defendant states that up until the entry of this Court's Decision and Order of March 29, 2004, the filing of responsive pleadings in all cases relating to the Station fire before the Court had been stayed. The Court has now taken jurisdiction over this matter and this defendant respectfully requests that it be allowed up to and including May 3, 2004, within which to file its answer or other responsive pleading.

Granted: Ronald R. Lagueux
Sr. USDJ 4/28/04

(10)

RECEIVED

APR 29 2004

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KNM:dmr 03-206 4/28/04

UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually Plaintiffs,

VS.

AMERICAN FOAM CORPORATION; FOAMEX : INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK; KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH; COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIV A ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS

C.A. NO.: 04-56-L

**STIPULATION**

Now comes the Plaintiff in this matter and together with Defendant, Triton Realty Limited Partnership, hereby agree and Stipulate that said Defendant shall have up to September 1, 2004 to Answer or otherwise respond to Plaintiffs' Complaint.

Enter: Ronald R. Lagueux
Sr. USDJ 4/30/04

(18)

Brian R. Cunha, Esq.
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
*Attorney for Plaintiffs*

Dated: 4/28/04

Kelly N. Michels, Esq. #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
*Attorney for Defendant, Triton Realty Limited Partnership*

Dated: 4/29/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 29 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES SWEET, ET AL.
Plaintiffs

vs. C.A. No. 04-56-L

AMERICAN FOAM CORPORATION, ET AL.,
Defendants

STIPULATION

The parties, by and through their counsel, hereby agree that defendant Anheuser-Busch, Inc. shall have up to and including September 1, 2004 to answer or otherwise respond to plaintiffs' complaint.

CHARLES SWEET, ET AL.

By their Attorneys,

Brian Cunha #
Karen A. Alegra
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
Telephone: (401) 434-5300
Facsimile: (401) 434-1958

ANHEUSER-BUSCH, INC.

By their Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Dated:

Enter: Ronald R. Lagueux
Sr. USDJ 4/30/04

19