**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CHARLES AND CAROL SWEET, ET AL**
**Plaintiffs,**

**v.** **C.A.NO: 04-056-L**

**AMERICAN FOAM CORPORATION,**
**ET AL.**
**Defendants**

**ENTRY OF APPEARANCE**

Now comes Ronald Langlois, Esquire and Lauren Wilkins, Esquire, and hereby enter their appearance on behalf of Defendant, Barry Warner, in the above entitled matter.

Defendant,
Barry Warner
by his attorneys,

SMITH & BRINK, P.C.

Ronald Langlois, Esq. #2891
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

Lauren D. Wilkins, Esq. #3239
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

SCANNED

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the attorney(s) listed below on the 16 day of April, 2004.

Dana Palange

| | | |
|---|---|---|
| Brian Cunha, Esq.<br>904 Broadway<br>East Providence, RI 02914 | Mark Reynolds, Esq.<br>Boyer, Reynolds & DeMarco<br>170 Westminster St, Suite 200<br>Providence, RI 02903 | Randall Souza, Esq.<br>Nixon Peabody, LLP<br>One Citizens Plaza<br>Providence, RI 02903 |
| Edwards Hinchey, Esq.<br>Sloane & Walsh, LLP<br>Three Center Plaza<br>Boston, MA 02108 | Ronald Resmini, Esq.<br>155 South Main Street<br>Providence, RI 02903 | Thomas Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Building<br>Suite 1050<br>Providence, RI 02903 |
| Joseph Cavanagh, Jr., Esq.<br>Kristein Rodgers, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903 | Gerald DeMaria, Esq.<br>James Ruggieri, Esq.<br>Higgins, Cavanagh & Cooney<br>123 Dyer Street<br>Providence, RI 02903 | Howard Merten, Esq.<br>Eric Sommers, Esq.<br>Vetter & White<br>20 Washington Place<br>Providence, RI 02903 |
| Mark Nugent, Esq.<br>Paul Sullivan, Esq.<br>Morrison, Mahoney & Miller<br>One Providence Washington Plaza<br>Providence, RI 02902 | James Lee, Esq.<br>Dept. Attorney General<br>150 South Main Street<br>Providence, RI 02903 | James Murphy, Esq.<br>Kelly Michels, Esq.<br>Hanson Curran LLP<br>146 Westminster Street<br>Providence, RI 02903 |
| William Robinson, III, Esq.<br>Stephen Prignano, Esq.<br>Stephen MacGillivray, Esq.<br>Edwards & Angell<br>One Financial Plaza, Suite 2700<br>Providence, RI 02903 | Mark DeSisto, Esq.<br>DeSisto Law Offices<br>211 Angell Street<br>Providence, RI 02909 | Daniel McKiernan, Esq.<br>146 Westminster Street<br>Providence, RI 02903 |
| Ann Sheeley, Esq.<br>Stephen Born, Esq.<br>Law Offices of Donald Green PC<br>2235 Washington Street<br>Roxbury, MA 02119 | Stephanie DiMaio Larivee, Esq.<br>215 Broadway<br>Providence, RI 02903 | Scott Tucker, Esq.<br>Tucker Heifetz & Saltzman<br>Three School Street<br>Boston, MA 02108 |
| Stephen Breggia, Esq.<br>Breggia, Bowen & Grande<br>395 Smith Street<br>Providence, RI 02908 | William Filippo, Esq.<br>Steven Minicucci, Esq.<br>373 Elmwood Avenue<br>Providence, RI 02907 | Scott Hubbell, Esq.<br>Summers Law Office<br>P.O. Box 306<br>Franklin, MA 02038 |
| Mark Mandell, Esq.<br>Mandell, Schwartz & Bosclair<br>One Park Row<br>Providence, RI 02903 | Edward Crane, Esq.<br>Deborah Solmor, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606 | W. Thomas McGough, Jr.<br>James Resrivo, Jr., Esq.<br>Reed & Smith, LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Andrew Trevelise, Esq.<br>Reed Smith LLP<br>2500 One Liberty Place<br>Philadelphia, PA 19103 | Joyce Faraone, Esq.<br>400 Reservoir Avenue, Suite 3G<br>Providence, RI 02907 | James Howe, Esq.<br>215 Broadway<br>Providence, RI 02903 |

| | | |
|---|---|---|
| Eva Mancuso, Esq.<br>Hamel, Waxler, Allen & Collins<br>387 Atwells Avenue<br>Providence, RI 02909 | Donald Migliori, Esq.<br>Ness Motley<br>321 South Main Street, Suite 402<br>Providence, RI 02903 | Ralph Monaco, Esq.<br>Conway & Londregan<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT 06320 |
| Charles Redihan, Jr., Esq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | Michael St. Pierre, Esq.<br>Revens, Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886 | Mark Tourgee, Esq.<br>Tim Williamson, Esq.<br>Inman & Tourgee<br>1193 Tiogue Avenue<br>Coventry, RI 02816 |
| Max Wistow, Esq.<br>Wistow & Barylick<br>61 Weybosset Street<br>Providence, RI 02903 | John Reilly, Esq.<br>Kelly, Kelleher, Reilly & Simpson<br>146 Westminster Street<br>Providence, RI 02903 | Christopher Russo, Esq.<br>888 Reservoir Avenue<br>Cranston, RI 02910 |
| Chris Fallon, Jr., Esq.<br>Cozen & O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | John Brook, Esq.<br>122 East Gilbert<br>Munice, IN 47305 | Joseph Krowski, Esq.<br>30 Cottage Street<br>Brockton, MA 02301 |
| | | |
| | | |