UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET,
Individually and as Administrators of the
ESTATE OF SHAWN SWEET,

*Plaintiffs,*

vs.

C.A. No. 04-056L

AMERICAN FOAM CORPORATION, et al.,

*Defendants.*

RECEIVED
APR 20 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Now come the Plaintiffs in this matter and, together with defendants Town of West Warwick and Denis Larocque, hereby agree and stipulate that said Defendants shall have up to September 1, 2004 to answer or otherwise respond to Plaintiffs' Complaint.

Plaintiffs,
By Their Attorneys,

Brian R. Cunha, Esq.
Karen Allegria, Esq.
LAW OFFICES OF BRIAN R. CUNHA
311 Pine Street
Fall River, MA 02720
(508) 675-9500
(508) 679-6360 fax

Defendants,
Town of West Warwick & Denis Larocque,
By Their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Enter; Ronald R. Lagueux
Sn. USDJ 4/22/04

SCANNED

(12)