RECEIVED

APR 22 2004

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators Of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually
Plaintiffs

v. C.A. No. 04-56/L

AMERICAN FOAM CORPORATION; ET AL.,
Defendants

## ENLARGEMENT STIPULATION

It is hereby stipulated that defendant McLaughlin & Moran, Inc.'s time to answer, move, object, or otherwise respond to plaintiffs' complaint is enlarged up to and including September 1, 2004.

Enter: Ronald R. Lagueux
Sr. USDJ 4/20/04

Brian R. Cunha, (BBO 108560)
Karen A. Alegria (BBO 563993)
BRIAN CUNHA & ASSOC.
Attorneys for Plaintiffs
311 Pine Street
Fall River, MA 02720
508-675-9500
508-679-6360 FAX

Howard A. Merten, #3171
Eric Sommers, #6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: April 21, 2004

14

SCANNED