UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually<br>Plaintiffs | |
| VS. | C.A. NO.: ~~04-26~~-L 56 |
| AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS | FILED<br>APR 09 2004<br>U.S. DISTRICT COURT<br>DISTRICT OF RHODE ISLAND |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF FOAMEX INTERNATIONAL, INC.**

Defendant Foamex International, Inc. hereby moves for an Order of this Court extending the time within which it must file its response to the complaint in the above matter up to and including May 3, 2004. In support of this motion, this defendant states that up until the entry of this Court's Decision and Order of March 29, 2004, the filing of responsive pleadings in all cases relating to the Station fire before the Court had been stayed. The Court has now taken jurisdiction over this matter and this defendant respectfully requests that it be allowed up to and including May 3, 2004, within which to file its answer or other responsive pleading.

Granted: Ronald R. Lagueux
Sr. USDJ 4/28/04

17

SCANNED