RECEIVED

APR 29 2004

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KNM:dmr 03-206 4/28/04

UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually Plaintiffs,

VS.

AMERICAN FOAM CORPORATION; FOAMEX : INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK; KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH; COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIV A ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS

C.A. NO.: 04-56-L

**STIPULATION**

Now comes the Plaintiff in this matter and together with Defendant, Triton Realty Limited Partnership, hereby agree and Stipulate that said Defendant shall have up to September 1, 2004 to Answer or otherwise respond to Plaintiffs' Complaint.

Enter: Ronald R. Lagueux
Sr. USDJ 4/30/04

SCANNED

18

Brian R. Cunha, Esq.
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
*Attorney for Plaintiffs*

Dated: 4/28/04

Kelly N. Michels, Esq. #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
*Attorney for Defendant, Triton Realty Limited Partnership*

Dated: 4/29/04