**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CHARLES AND CAROL SWEET, ET AL**
**Plaintiffs,**

**v.** **C.A.NO: 04-056-L**

**AMERICAN FOAM CORPORATION, ET AL.**
**Defendants**

FILED APR 20 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANT, BARRY WARNER**

Defendant, Barry Warner, hereby moves for an Order of this Court extending the time within which it must file its response to the complaint in the above matter up to and including May 15, 2004. In support of this motion, this defendant states that up until the entry of this Court's Decision and Order of March 29, 2004, the filing of responsive pleadings in all cases relating to the Station fire before the Court had been stayed. The Court has now taken jurisdiction of this matter and this defendant respectfully requests that it be allowed up to and including May ~~15~~ 17, 2004 within which to file its answer or other responsive pleading.

Defendant,
Barry Warner
by his attorneys,

SMITH & BRINK, P.C.

Granted!
Ronald R. Lagueux
Sr. USDJ 5/6/04

[signature]
Ronald Langlois, Esq. #2891
Lauren D. Wilkins, Esq. #3239
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

*P:\Dana\Aoffice\Warner\Sweet Motion Extend Time Answer.Doc*

24