**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES SWEET, et al. | ) | NO.: 04-056-L |
| Plaintiffs, | ) | |
| v. | ) | |
| AMERICAN FOAM CORPORATION, et al. | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for the defendant, Luna Tech, Inc.

DEFENDANT, LUNA TECH, INC.

BY: ______________________
Curtis R. Diedrich (RI #4171)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828

Dated:May 14, 2004

(27)