UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES SWEET, et al., Plaintiffs, | : | |
| v. | : | C.A. NO: 04-056-L |
| AMERICAN FOAM CORPORATION, et al., Defendants. | : | |

RECEIVED
MAY 14 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION FOR ENLARGEMENT OF TIME**

The Plaintiffs and the undersigned Defendants, by and through their respective counsel, hereby stipulate and agree that the following seven (7) Defendants shall have an enlargement of time up to and including August 31, 2004 to answer or otherwise respond to the Plaintiffs' Complaint in this action: Jack Russell, Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc.

CHARLES SWEET, et al.

By their Attorneys,

Karen A. Alegria (by RLSouza)

Brian R. Cunha (# ________)
Karen A. Alegria (#6562)
BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914
(401) 434-5300
(401) 434-1958 (Fax)

Dated: May 11, 2004

JACK RUSSELL; ERIC POWERS; MARK KENDALL;, DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: May 10, 2004

Enter: Ronald R. Lagueux
Sr. USDJ 5/18/04

30

CERTIFICATION OF SERVICE

I hereby certify that on the 13th day of May, 2004, I mailed a true copy of the within Stipulation for Enlargement of Time via first-class mail, postage prepaid to all counsel of record listed on attached service list.

Collette Palmer

**SERVICE LIST (SWEET)**

**Plaintiff – Charles Sweet, as the Administrator of the Estate of Shawn Sweet; Carol Sweet, as the Administratrix of the Estate of Shawn Sweet**

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914

**Defendant – Barry H. Warner**

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908

**Defendant – Jeffrey Derderian; Michael Derderian; DERCO, LLC**

Mark T. Reynolds, Essq.
BOYER, REYNOLDS & DEMARCO, LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, RI 02903

**Defendant – Luna Tech, Inc.**

Edward T. Hinchey, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

**Defendant – Motiva Enterprises, LLC; Shell Oil Company**

Faith A. LaSalle, Esq.
LAW OFFICES OF Faith A. LASALLE
76 Westminster Street, Suite 1010
Providence, RI 02903