UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES AND CAROL SWEET, ET AL
Plaintiffs,

v. C.A.NO: 04-056-L

AMERICAN FOAM CORPORATION,
ET AL.
Defendants

RECEIVED
MAY 24 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STIPULATION

Now comes the Plaintiff in this matter and together with Defendant, Barry Warner, hereby agree and Stipulate that said Defendant shall have up to September 1, 2004 to Answer or otherwise respond to Plaintiffs' Complaint.

Plaintiffs,
By their attorneys,

Brian Cunha, Esq.
Karen Alegra, Esq.
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
Tel: (401) 434-5300
Fax: (401) 434-1958

Defendant,
By his attorneys,

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

Dated: 5/11/04

Enter: Ronald R. Lagueux
Sr. USDJ 5/25/04

(31)