UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 25 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES SWEET, et al

v. C.A. NO: 04-056L

AMERICAN FOAM CORPORATION, et al

***STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT***

The parties hereby stipulate that Defendant, ***American Foam Corporation***, may have to and including September 1, 2004, within which to answer or otherwise plead to Plaintiffs' Complaint.

Thomas C. Angelone, Esq./#1373
*Attorney for Defendant, American Foam*
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Enter!
Ronald R. Lagueux
Sr. USDJ 5/25/04

Brian R. Cunha, Esq./#108560
Karen A. Alegria, Esq./#6562
*Attorneys for Plaintiffs*
**BRIAN CUNHA & ASSOCIATES**
904 Broadway
East Providence, Rhode Island 02914
(401) 434-5300
*Fax* (401) 434-1958

Dated: May 25, 2004

32

## *CERTIFICATION*

I hereby certify that on this 25th day of May, 2004, I caused a copy of the within ***Stipulation*** to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

Joseph V. Cavanagh, Jr.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Ronald J. Creamer, Esq.
155 South Main Street, Suite 400
Providence, RI 02903

John R. Crockett, Esq.
Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
Frost Brown Todd, LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Marc DeSisto, Esq.
Desisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Curtis R. Diedrich, Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA 02108

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Edward T. Hinchey, Esq.
James Scanlon, Esq.
Sloan and Walsh, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108

Daniel J. Horgan, Esq.
The Horgan Law Offices
Shaw's Cove 5, Suite 200
New London, CT 06320

Bruce Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Ronald Langlois, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

Faith A. LaSalle, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Donald J. Maroney, Esq.
James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburg, PA 15219

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman & Whitney
72 Pine Street
Providence, RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Grant H. Miller, Jr., Esq.
Cynthia A. Jaworski, Esq.
Law Offices of Grant H. Miller, Jr.
55 Capital Boulevard, Suite 210
Rocky Hill, CT 06067

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

James T. Murphy, Esq.
Megan J. Goguen, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

William E. Murray, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103

John J. Nazzaro, Esq.
Law Offices of John J. Nazzaro, LLC
164 Hempstead Street
New London, CT 06320

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Edward B. O'Connell, Jr., Esq.
Waller, Smith & Palmer, PC
51 Eugene O'Neill Drive
P.O. Box 88
New London, CT 06320

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

Carla Ottaviano, Esq.
Law Offices of DuBorg & Farrell
200 Glastonbury Boulevard, #301
Glastonbury, CT 06033

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

Robert T. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Michael T. Ryan, Esq.
Ryan, Ryan, Johnson & Deluca
80 4th Street
P.O. Box 3057
Stamford, CT 06905

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Scott J. Tucker, Esq.
Tucker, Heifetz & Slatzman
Three School Street
Boston, MA 02108

Benjamin V. White, III, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

David B. Zabel, Esq.
Cohen & Wolf
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

Mary V. Conlon

/mvc