UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES SWEET, et al.

Plaintiffs,

v.

AMERICAN FOAM CORPORATION, ET AL

Defendants.

CIVIL ACTION NO. 04-026L 56L

RECEIVED
MAY 25 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION FOR ENLARGEMENT OF TIME**

The parties hereby stipulate that defendant, Luna Tech, Inc., shall have up to and including September 1, 2004 to respond to the Plaintiffs' Complaint.

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually

BY: Brian R. Cunha
Brian R. Cunha, Esq.
Karen A. Alegria, (#6562)
BRIAN CUNHA & ASSOC.
East Providence, RI 02914
(508) 675-9500

DEFENDANT, LUNA TECH, INC.

BY: Curtis R. Diedrich
Curtis R. Diedrich (RI #4171)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: 5/24/04

Enter: Ronald R. Lagueux
Sr. USDJ 5/25/04

(33)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Stipulation was mailed on 5/24/04, postage prepaid, to the following attorneys of record as of said date:

Daniel Horgan, Esquire
5 Shaw's Cove (# 200)
New London CT 06320

John Nazzaro, Esquire
164 Hempstead Street
New London CT 06320

Robert Reardon, Jr., Esquire
Reardon Law Firm
160 Hempstead Street
New London CT 06320

Thomas C. Angelone, Esquire
HODOSH SPINELLA & ANGELONE, PC
One Turks Head Place, Suite 1050
PO Box 1516
Providence, RI 02901-1516

Brian R. Cunha, Esquire
LAW OFFICES OF BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Stephen E. Breggia, Esquire
BREGGIA BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Mark B. Decof, Esquire
DECOF & DECOF, P.C.
One Smith Hill
Providence, RI 02903

Anthony F. DeMarco, Esquire
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esquire
DESISTO LAW
211 Angel Street
P.O. Box 2563
Providence, RI 02906-2563

Christopher C. Fallon, Jr., Esquire
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

William A. Filippo, Esquire
373 Elmwood Avenue
Providence, RI 02907

Scott Hubbell, Esquire
SUMMERS LAW OFFICE
P.O. Box 306
Franklin, MA 02038-0306

Stefanie Larivee-DiMaio, Esquire
215 Broadway
Providence, RI 02903

Mark S. Mandell, Esquire
Yvette M. Boisclair, Esquire
MANDELL, SCWARTZ & BOISCLAIR, LTD.
One Park Row
Providence, RI 02903

Donald A. Migliori, Esquire
NESS MOTLEY LOADHOLT RICHARDSON & POOLE
321 South Main Street, Suite 402
Providence, RI 02903

Oleg Nikolyszyn, Esquire
155 South Main Street, Suite 303
Providence, RI 02903

Mark T. Nugent, Esquire
Paul Sullivan, Esquire
MORRISON, MAHONEY & MILLER, LLP
One Providence Washington Plaza
Providence, RI 02903

Joyce A. Faraone, Esquire
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

James Howe, Esquire
215 Broadway
Providence, RI 02903

Patrick T. Jones, Esquire
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Daniel P. McKiernan, Esquire
146 Westminster Street
Providence, RI 02903

Patrick C. Lynch, Attorney General
DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Ralph J. Monaco, Esquire
CONWAY & LONDREGAN
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Steven A. Minicucci, Esquire
373 Elmwood Avenue
Providence, RI 02907

James A. Ruggieri, Esquire
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Charles N. Redihan, Jr., Esquire
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

J. Renn Olenn, Esquire
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, WI 02886

Christopher L. Russo, Esquire
888 Reservoir Avenue
Cranston, RI 02910

Michael A. St. Pierre, Esquire
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Ann Scheeley, Esquire
LAW OFFICE OF DONALD E. GREEN
2235 Washington Street
Roxbury, MA 02119

Randall L. Souza, Esquire
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903

Mark D. Tourgee, Esquire
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Timothy A. Williamson, Esquire
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Max Wistow, Esquire
WISTOW & BARYLICK
61 Weybosset Street
Providence, RI 02903

DEFENDANT, LUNA TECH, INC.

BY: Curtis R. Diedrich
Curtis R. Diedrich (RI # 4171)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: 5/24/04