**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CHARLES and CAROL SWEET, ET AL :

VS. : C.A. NO. 2004-056 L

AMERICAN FOAM CORPORATION, ET AL :

RECEIVED
MAY 27 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

***STIPULATION***

Plaintiffs and the undersigned Defendant, by and through their respective counsel, hereby stipulate and agree that Daniel Biechele shall have an enlargement of time up to and including September 1, 2004 to file an Amended Answer or otherwise respond to the Plaintiffs' Complaint in the above entitled matter.

CHARLES and CAROL SWEET, ET AL
By Their Attorneys,

Brian R. Cunha - #
Karen A. Alegria - #6562
Attorney for Plaintiffs
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914
(401) 434-5300
(401) 434-1958—FAX

DATED:____________________

DANIEL BIECHELE
By His Attorneys,

Donald J. Maroney

James H. Reilly - #0658
Donald J. Maroney - #3737
Attorney for Defendant, Daniel Biechele
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

DATED: 5-10-04

Enter: Ronald R. Lagueux
Sr. USDJ 5/25/04

34

SCANNED