UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually
Plaintiffs

VS. C.A. NO.: 04-56-L

AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS

**MOTION OF DEFENDANT FOAMEX INTERNATIONAL, INC. FOR LEAVE TO FILE REPLY MEMORANDUM AND FOR ENLARGEMENT OF PAGE LIMITS**

Defendant Foamex International, Inc. ("Foamex") filed a Motion to Dismiss in the above matter on April 30, 2003. Plaintiffs filed their opposition to the Motion to Dismiss on June 18, 2004. Michelle Spence ("Spence"), a plaintiff in the related matter of *George Guindon, et al vs. American Foam Corporation, et al*, C.A. No.: 03-335-L, was granted, on June 15, 2004, a ten (10) day extension of time by this Court to respond to Foamex's Motion to Dismiss in that case. Foamex has subsequently agreed to a further extension of time to July 8, 2004 for Spence to respond to the Motion to Dismiss. In order that

37

Foamex may have sufficient time to reply to the opposition memoranda filed by plaintiffs in all Station fire cases in which it has moved to dismiss, Foamex respectfully requests that it be allowed up to and including July 30, 2004, within which to file a Reply Memorandum. This defendant further requests that it be allowed to file a Reply Memorandum not to exceed ten (10) pages.

A memorandum in support of this motion is not required pursuant to the Local Rules of this Court.

Defendant
FOAMEX INTERNATIONAL, INC.
By Its Attorneys,

HIGGINS, CAVANAGH & COONEY

Gerald C. DeMaria #0637
James A. Ruggieri #2828
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

**SWEET CERTIFICATION**

I hereby certify that a copy of the within document was filed on this 24th day of June, 2004, to:

Brian R. Cunha, Esq.
311 Pine Street
Fall River, MA 02720

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
Smith & Brink, PC
One State Street, Suite 401
Providence, RI 02908

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr. Esq.
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Edward T. Hinchey, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards & Angell
One Financial Plaza, Suite 2700
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza - Suite 700
Providence, RI 02903

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

James H. Reilly, Esq.
Donald Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Curtis R. Diedrich, Esq.
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed & Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Jan Audino [signature]
_______________________