UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES SWEET, et al.
Plaintiff(s)

v. C.A. No. 04-056L

AMERICAN FOAM CORPORATION, et al.
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

~~Plaintiff~~/Defendants: Jack Russell, Eric Powers, Mark Kendall, and David Filice hereby move that Edwin F. McPherson, Esq. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes: __________
- ☒ Pro hac vice counsel's long-standing representation of the clients: the band Great White as general counsel, including Eric Powers, Mark Kendall, David Filice and Jack Russell
- ☐ The local trial bar lacks experience in the field of: __________
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: __________
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: __________
- ☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- ☐ Other: __________

[~~Plaintiff~~/Defendant]

By: [signature]

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000; (401) 454-1030 (fax)

Attorneys for: Eric Powers; Mark Kendall; David Filice; and Jack Russell

DATED: July 15, 2004

P114472.1

42

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of California and Hawaii and the following federal district court bar(s) Central, Northern, Southern, and Eastern District of California, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:
Passa, et al. v. Derderian, et al., C.A. No. 03-148-L
Henault, et al. v. American Foam Corporation, et al., C.A. No. 03-483-L

(3) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Name Edwin F. McPherson | Local Associate Counsel<br>Randall L. Souza (#4082)<br>Fred A. Kelly, Jr. (#4553)<br>R.I. Bar ID # |
| McPherson & Kalmansohn, LLP<br>Firm Name | Nixon Peabody LLP<br>Firm Name |
| 1801 Century Park East, 24th Floor<br>Los Angeles, CA 90067<br>Business Address | One Citizens Plaza<br>Providence, RI 02903<br>Business Address |

| | | | |
|---|---|---|---|
| 310-553-8833 | 310-553-9233 | 401-454-1000 | 401-454-1030 |
| Tel. # | Fax # | Tel # | Fax # |

---

ORDER:

This motion is hereby ____________

____________________
U.S. District Judge

Dated: ____________________

P114472.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2004, I mailed a true copy of the within Motion for Entry of Appearance Pro Hac Vice via first-class mail, postage prepaid to counsel on the attached Service List.

Collette Palmer

**SERVICE LIST (SWEET)**

**Plaintiff – Charles Sweet, as the Administrator of the Estate of Shawn Sweet; Carol Sweet, as the Administratrix of the Estate of Shawn Sweet**

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914

**Defendant – Barry H. Warner**

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908

**Defendant – Jeffrey Derderian; Michael Derderian; DERCO, LLC**

Mark T. Reynolds, Essq.
BOYER, REYNOLDS & DEMARCO, LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, RI 02903

**Defendant – Luna Tech, Inc.**

Edward T. Hinchey, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

**Defendant – Motiva Enterprises, LLC; Shell Oil Company**

Faith A. LaSalle, Esq.
LAW OFFICES OF FAITH A. LASALLE
76 Westminster Street, Suite 1010
Providence, RI 02903