UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Charles Sweet, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-056 L |
| | : | |
| American Foam, et al. | : | |

STATE OF RHODE ISLAND
AND IRVING J. OWENS' MOTION TO EXCEED
PAGE LIMIT FOR THE FILING OF A MOTION TO DISMISS

Defendants State of Rhode Island and Irving J. Owens hereby Move this Honorable Court for an Order allowing them to exceed the twenty (20) page limit for memoranda with the filing of a Motion pursuant to F.R.C.P. 12(b)(6). For the reasons set forth in the Memorandum filed herewith, these defendants request that they be allowed to file a memoranda in support of their Motion not to exceed 35 pages.

Respectfully submitted,

DEFENDANTS

By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2314
FAX: (401) 222-2995

44

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 16th day of August, 2004, a copy of the within was mailed, via regular mail, postage prepaid, to the certification list.

Carol Collins

Joseph V. Cavanagh, Jr, Esq.
Kristin E. Rogers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Daniel J. Horgan, Esq.
The Horgan Law Offices
Shaw's Cove 5, Suite 200
New London, CT 06320

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boyer, Ltd.
170 Westminster St., Suite 200
Providence, RI 02903

Bruce Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Ronald Langlois, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906-2563

Faith A. LaSalle, Esq.
One Turks Head Place
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Donald J. Maroney, Esq.
James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Conner
1900 Market Street
Philadelphia, PA 19103-3508

Edward T. Hinchey, Esq.
James Scanlon, Esq.
Sloan & Walsh, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney
72 Pine Street
Providence, RI 02903

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Carla Ottaviano, Esq.
Law Offices of DuBorg & Farrell
200 Glastonbury Boulevard, #301
Glastonbury, CT 06033

Grant H. Miller, Jr., Esq.
Cynthia A. Jaworski, Esq.
Law Offices of Grant H. Miller, Jr.
55 Capital Boulevard, Suite 210
Rocky Hill, CT 06067

Ronald J. Resmini, Esq.
Law Office of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Robert T. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

James T. Murphy, Esq.
Megan J. Goguen, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivrany, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

William E. Murray, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon & Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

John J. Nazzaro, Esq.
Law Offices of John J. Nazzaro, LLC
164 Hempstead Street
New London, CT 06320

David B. Zabel, Esq.
Cohen & Wolf
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Ronald J. Creamer, Esq.
155 South Main Street, Suite 400
Providence, RI 029023

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburg, PA 15219

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN
Three School Street
Boston, MA 02108

John R. Crockett, Esq.
Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Benjamin V. White, III, Esq.
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903

Curtis R. Diedrich, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

Edward B. O'Connell, Jr., Esq.
WALLER, SMITH & PALMER, P.C.
51 Eugene O'Neill Drive
P.O. Box 88
New London, CT 06320

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Charles Sweet, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-056 L |
| | : | |
| American Foam, et al. | : | |

MEMORANDUM IN SUPPORT OF STATE OF RHODE ISLAND AND IRVING J. OWENS' MOTION TO EXCEED PAGE LIMIT FOR THE FILING OF A MOTION TO DISMISS

Defendants State of Rhode Island and Irving J. Owens hereby Move this Honorable Court for an Order allowing them to exceed the twenty (20) page limit for memoranda with the filing of a Motion pursuant to F.R.C.P. 12(b)(6). For the reasons set forth in the Memorandum filed herewith, these defendants request that they be allowed to file a memoranda in support of their Motion not to exceed 35 pages.

Defendants State of Rhode Island and Irving J. Owens are currently named in six lawsuits related to The Station fire. These defendants anticipate filing a single (identical but for identifying references to the respective complaints) Memorandum to address all lawsuits and, therefore, the actual number of pages filed will be considerably less than that allowed by this Court's Order. Further, the Memorandum will deal with legal issues of great importance. It will address complaints that contain hundreds of allegations (and pages) and these defendants must address complex issues of sovereign immunity that other defendants will not have to research or address.

For these reasons, Defendants State of Rhode Island and Irving J. Owens respectfully request that they be allowed to file Memoranda not to exceed 35 pages in this case.

Respectfully submitted,

DEFENDANTS

By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee
James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2314
FAX: (401) 222-2995

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 10th day of August, 2004, a copy of the within was mailed, via regular mail, postage prepaid, to the certification list.

Carol Collins

Joseph V. Cavanagh, Jr, Esq.
Kristin E. Rogers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Daniel J. Horgan, Esq.
The Horgan Law Offices
Shaw's Cove 5, Suite 200
New London, CT 06320

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boyer, Ltd.
170 Westminster St., Suite 200
Providence, RI 02903

Bruce Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Ronald Langlois, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
Providence, RI 02906-2563

Faith A. LaSalle, Esq.
One Turks Head Place
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Donald J. Maroney, Esq.
James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Conner
1900 Market Street
Philadelphia, PA 19103-3508

Edward T. Hinchey, Esq.
James Scanlon, Esq.
Sloan & Walsh, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney
72 Pine Street
Providence, RI 02903

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Carla Ottaviano, Esq.
Law Offices of DuBorg & Farrell
200 Glastonbury Boulevard, #301
Glastonbury, CT 06033

Grant H. Miller, Jr., Esq.
Cynthia A. Jaworski, Esq.
Law Offices of Grant H. Miller, Jr.
55 Capital Boulevard, Suite 210
Rocky Hill, CT 06067

Ronald J. Resmini, Esq.
Law Office of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, RI 02903

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Robert T. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

James T. Murphy, Esq.
Megan J. Goguen, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivrany, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

William E. Murray, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon & Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

John J. Nazzaro, Esq.
Law Offices of John J. Nazzaro, LLC
164 Hempstead Street
New London, CT 06320

David B. Zabel, Esq.
Cohen & Wolf
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Ronald J. Creamer, Esq.
155 South Main Street, Suite 400
Providence, RI 029023

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburg, PA 15219

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN
Three School Street
Boston, MA 02108

John R. Crockett, Esq.
Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Benjamin V. White, III, Esq.
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903

Curtis R. Diedrich, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

Edward B. O'Connell, Jr., Esq.
WALLER, SMITH & PALMER, P.C.
51 Eugene O'Neill Drive
P.O. Box 88
New London, CT 06320