**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES SWEET, et al<br>*Plaintiffs* | ) | |
| vs. | ) | C.A. No.: 04-56L |
| AMERICAN FOAM CORPORATION, et al<br>*Defendants* | ) | |

**ENTRY OF APPEARANCE**
**FOR SHELL OIL COMPANY AND MOTIVA ENTERPRISES LLC**

Faith A. LaSalle, Esq. hereby enters her appearance for **Shell Oil Company and Motiva Enterprises LLC**.

Faith A. LaSalle

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903
Telephone (401) 421-8080
Facsimile (401) 421-0677
Email address: flasalle@lasallelaw.com

Certification of Service

I hereby certify that on this 24th day of August, 2004, that a true and correct copy of this Entry of Appearance was duly furnished via First Class Mail to the counsel of record at their usual place of business.

Sheri A. Pitcavage

46