UNITES STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

AUG 25 2004

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, Individually and as Administrators of the ESTATE OF SHAWN SWEET,

*Plaintiffs,*

vs.

C.A. No. 04-056L

AMERICAN FOAM CORPORATION; FOAMEX INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH COMPANIES, INC.; MCLAUGHLIN & MORAN, INC.; LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS,

*Defendants.*

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☐ for determination
☐ ______________________

Ronald R. Lagueux, Senior U.S. District Judge

Date: 8-26-04

GRANTED. Not to exceed 35 pages.

David L. Martin

David L. Martin, U.S.M.J.
August 27, 2004

DEFENDANTS' DENIS LAROCQUE AND TOWN OF WEST WARWICK'S MOTION TO EXCEED PAGE LIMIT

NOW COME Defendants, Denis Larocque and the Town of West Warwick and hereby move for leave of Court to exceed the page limit set forth in General Order #2002-01. In support thereof, defendants state that plaintiffs have filed a multi-count Complaint seeking to recover

52