**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES and CAROL SWEET, as Administrators of the ESTATE of SHAWN SWEET; CHARLES and CAROL SWEET, Individually** | ) | |
| **Plaintiffs,** | ) | **C.A. NO. 04-56-L** |
| **VS.** | ) | |
| **AMERICAN FOAM CORPORATION et al.,** | ) | |
| **Defendants.** | ) | |

**DEFENDANT FOAMEX INTERNATIONAL, INC.'S OPPOSITION TO PLAINTIFFS' REQUEST TO FILE A SUR-REPLY BRIEF ON THE RULE 12(b)(6) MOTION TO DISMISS**

Defendant Foamex International, Inc. ("Foamex") opposes Plaintiffs' Motion Requesting Permission to File a Sur-Reply Brief to Foamex's Reply Memorandum on its Rule 12(b)(6) Motion to Dismiss. Foamex submits its memorandum in support of this motion.

Respectfully submitted,

Gerald C. DeMaria #0637
James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903
(401) 272-3500 telephone
(401) 273-8780 facsimile

53

Of Counsel

Carl A. Henlein
Susan S. Wettle
John R. Crockett III
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 589-5400 telephone
(502) 581-1087 facsimile

*Counsel for Foamex International, Inc.*

**SWEET CERTIFICATION**

I hereby certify that a copy of the within document was filed on this 26th day of August, 2004, to:

Brian R. Cunha, Esq.
311 Pine Street
Fall River, MA 02720

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
Smith & Brink, PC
One State Street, Suite 401
Providence, RI 02908

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr. Esq.
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Edward T. Hinchey, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards & Angell
One Financial Plaza, Suite 2700
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza - Suite 700
Providence, RI 02903

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

James H. Reilly, Esq.
Donald Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Curtis R. Diedrich, Esq.
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed & Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Jan Audino
______________________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES and CAROL SWEET, as Administrators of the ESTATE of SHAWN SWEET; CHARLES and CAROL SWEET, Individually** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **C.A. NO. 04-56-L** |
| **VS.** | ) | |
| **AMERICAN FOAM CORPORATION et al.,** | ) | |
| **Defendants.** | ) | |

**DEFENDANT FOAMEX INTERNATIONAL, INC.'S MEMORANDUM IN SUPPORT OF OPPOSITION TO PLAINTIFFS' REQUEST TO FILE A SUR-REPLY BRIEF ON THE RULE 12(b)(6) MOTION TO DISMISS**

Defendant Foamex International, Inc. ("Foamex") opposes Plaintiffs' Motion Requesting Permission to File a Sur-Reply Brief to Foamex's Reply Memorandum on its Rule 12(b)(6) Motion to Dismiss.

Neither the rules nor orders of this Court permit the filing of a sur-reply. Moreover, Plaintiffs incorrectly assert that Foamex "raised additional issues in their reply brief." To the contrary, Foamex's reply memorandum was limited to responding to the arguments made by Plaintiffs' in their opposition brief and Foamex did not raise additional issues. As evidenced by Plaintiffs' failure to identify even one such "additional issue" in support of its request of this Court, there is no basis for permitting Plaintiffs another opportunity to rehash arguments they made earlier or to raise issues that could and should have been presented in their original opposition to Foamex's motion. *See, e.g., General Elec. Co. v. Latin American Imports, S.A.*, 187 F. Supp. 2d 749 (W.D. Ky. 2001) (motion for leave to file sur-reply not to be used for

recently discovered caselaw or arguments which the parties did not think to make in their pleadings).

For these reasons, Foamex requests that Plaintiff's Motion Requesting Permission to File a Sur-Reply Brief be denied.

Respectfully submitted,

Gerald C. DeMaria #0637
James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, Rhode Island 02903
(401) 272-3500 telephone
(401) 273-8780 facsimile

Of Counsel

Carl A. Henlein
Susan S. Wettle
John R. Crockett III
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087

**SWEET CERTIFICATION**

I hereby certify that a copy of the within document was filed on this 26th day of August, 2004, to:

Brian R. Cunha, Esq.
311 Pine Street
Fall River, MA 02720

Joseph Krowski, Esq.
30 Cottage Street
Brockton, MA 02301

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
Smith & Brink, PC
One State Street, Suite 401
Providence, RI 02908

Mark T. Reynolds, Esq.
Anthony DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr. Esq.
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

Edward T. Hinchey, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

James Lee, Esq.
Dept. of the Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
Edwards & Angell
One Financial Plaza, Suite 2700
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza - Suite 700
Providence, RI 02903

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed & Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

James H. Reilly, Esq.
Donald Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Curtis R. Diedrich, Esq.
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903

Jan Audent
______________________