UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

FILED
AUG 26 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES SWEET; et al.,
Plaintiffs,

v. : C.A. NO: 04-056-L

AMERICAN FOAM CORPORATION; et al.,
Defendants.

**STIPULATION FOR ENLARGEMENT OF TIME**

The Plaintiffs and the undersigned Defendants, by and through their respective counsel, hereby stipulate and agree that the following seven (7) Defendants shall have an enlargement of time up to and including September 22, 2004 to answer or otherwise respond to the Plaintiffs' Complaint in this action: Jack Russell, Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc.

CHARLES SWEET; et al.

By their Attorneys,

Brian R. Cunha (#______)
Karen A. Alegria (#6562)
BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914
(401) 434-5300
(401) 434-1958 (Fax)

Dated: August 23, 2004

JACK RUSSELL; ERIC POWERS; MARK KENDALL;, DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: August 25, 2004

54

CERTIFICATION OF SERVICE

I hereby certify that on the 25th day of August, 2004, I mailed a true copy of the within Stipulation for Enlargement of Time via first-class mail, postage prepaid to all counsel of record listed on attached service list.

Collette Palmer

# SERVICE LIST (SWEET)

**Plaintiff – Charles Sweet, as the Administrator of the Estate of Shawn Sweet; Carol Sweet, as the Administratrix of the Estate of Shawn Sweet**

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914

**Defendant – Barry H. Warner**

Lauren DiSimone Wilkins, Esq.
Ronald P. Langlois, Esq.
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908

**Defendant – Jeffrey Derderian; Michael Derderian; DERCO, LLC**

Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, RI 02903

**Defendant – Luna Tech, Inc.**

Edward T. Hinchey, Esq.
SLOANE & WALSH, LLP
Three Center Plaza
Boston, MA 02108

**Defendant – Motiva Enterprises, LLC; Shell Oil Company**

Faith A. LaSalle, Esq.
LAW OFFICES OF FAITH A. LASALLE
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Donna M. Lamontagne, Esq.
ZIZIK, POWERS, O'CONNELL, SPAULDING & LAMONTAGNE, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

**Defendant – Daniel Biechele**

Donald J. Maroney, Esq.
146 Westminster Street, Suite 500
Providence, RI 02903

James H. Reilly, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street
Providence, RI 02903

**Defendant – Town of West Warwick and Dennis Larocque**

Marc DeSisto, Esq.
DESISTO LAW OFFICE
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563