**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES and CAROL SWEET, ET AL | : | |
| | : | |
| VS. | : | C.A. NO. 2004-056 L |
| | : | |
| AMERICAN FOAM CORPORATION, ET AL | : | |

**AMENDED ANSWER OF DEFENDANT DANIEL BICEHELE TO PLAINTIFFS' COMPLAINT**

**JURISDICTION AND VENUE**

1. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 1 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

2. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 2 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

3. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 3 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

**Plaintiffs**

4. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 4 of Plaintiffs' Complaint regarding the Plaintiff's capacity in which suit is brought and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well

57

SCANNED

as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 4 of Plaintiffs' Complaint at this time.

**Defendants**

5. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 5 of Plaintiffs' Complaint at this time.

6. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 6 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

7. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 7 of Plaintiffs' Complaint at this time.

8. Defendant Daniel Biechele is without knowledge or information as to Defendant Triton Realty Limited Partnership's limited partnership, state of organization or its ownership of the property of The Station Nightclub and leaves Plaintiffs to their proof thereof. Defendant Daniel Biechele is also without knowledge or information as to Triton Realty Inc. being a Rhode Island corporation or it being a subsidiary of Triton Realty Limited Partnership or its ownership

of The Station Nightclub property and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 8 of Plaintiffs' Complaint at this time.

9. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 9 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

10. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 10 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

11. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 11 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

12. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 12 of Plaintiffs' Complaint at this time.

13. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 13 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

14. Defendant Daniel Biechele admits that Jack Russell was a member of the band Great White and was so on February 20, 2003. This Defendant is without knowledge or information of the truth or falsity of the remaining allegations set forth in Paragraph 14 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

15. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 15 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

16. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 16 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

17. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 17 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

18. Defendant Daniel Biechele denies that he is a resident of the State of California. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 18 of Plaintiffs' Complaint at this time.

19. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 19 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

20. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 20 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

21. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 21 of Plaintiffs' Complaint as it relates to Defendant Anheuser-Busch, Inc.'s corporate structure, state of incorporation and its principal state of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 21 of Plaintiffs' Complaint at this time.

22. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 22 of Plaintiffs' Amended Complaint as it relates to Defendant McLaughlin & Moran, Inc.'s corporate structure, state of incorporation and its principal place of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 22 of Plaintiffs' Complaint at this time.

23. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 23 of Plaintiffs' Complaint as it relates to Defendant WHJY-FM's corporate structure, state of incorporation and its principal place of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 23 of Plaintiffs' Complaint at this time.

24. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 24 of Plaintiffs' Complaint as it relates to Defendant Clear Channel Communications, Inc.'s corporate structure, state of incorporation, its principal state of business and its ownership of a radio station and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 24 of Plaintiffs' Complaint at this time.

25. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 25 of Plaintiffs' Complaint as it relates to Defendant Luna Tech, Inc. and Luna Tech Pyrotechnic, GMBH's corporate structure, state or country of incorporation and its principal place of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode

Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 25 of Plaintiffs' Complaint at this time.

26. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 26 of Plaintiffs' Complaint as it relates to Defendant Motiva Enterprises, LLC's corporate structure, state of incorporation and its principal place of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 26 of Plaintiffs' Complaint at this time.

27. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 27 of Plaintiffs' Complaint as it relates to Defendant Shell Oil Company's corporate structure, state of incorporation and its principal place of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations in Paragraph 27 of Plaintiffs' Complaint at this time.

28. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 28 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

29. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 29 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

30. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 30 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

## ALLEGATIONS COMMON TO ALL COUNTS

31. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 31 of Plaintiffs' Complaint at this time.

32. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 32 of Plaintiffs' Complaint at this time.

33. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my

privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 33 of Plaintiffs' Complaint at this time.

34. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 34 of Plaintiffs' Complaint at this time.

35. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 35 of Plaintiffs' Complaint at this time.

36. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 36 of Plaintiffs' Complaint at this time.

37. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my

privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 37 of Plaintiffs' Complaint at this time.

38. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 38 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

39. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 39 of Plaintiffs' Complaint at this time.

40. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 40 of Plaintiffs' Complaint at this time.

41. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 41 of Plaintiffs' Complaint at this time.

42. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 42 of Plaintiffs' Complaint at this time.

43. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 43 of Plaintiffs' Complaint at this time.

## CLAIMS AS TO AMERICAN FOAM CORPORATION

### Count One
### By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet (Negligence)

44. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 43 of Plaintiffs' Complaint as if more fully set forth herein.

45. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 45 of Plaintiffs' Complaint at this time.

46. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 46 of Plaintiffs' Complaint at this time.

47. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 47 of Plaintiffs' Complaint at this time.

48. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 48 of Plaintiffs' Complaint at this time.

49. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 49 of Plaintiffs' Complaint at this time.

**Count Two**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

50. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 49 of Plaintiffs' Complaint as if more fully set forth herein.

51. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 51 of Plaintiffs' Complaint at this time.

**Count Three**
**By Charles and Carol Sweet, as Co-Administrators**
**of the Estate of Shawn Sweet**
**(Strict Products Liability)**

52. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 51 of Plaintiffs' Complaint as if more fully set forth herein.

53. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 53 of Plaintiffs' Complaint at this time.

54. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 54 of Plaintiffs' Complaint at this time.

55. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 55 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

56. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 56 of Plaintiffs' Complaint at this time.

57. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 57 of Plaintiffs' Complaint at this time.

58. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 58 of Plaintiffs' Complaint at this time.

59. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 59 of Plaintiffs' Complaint at this time.

60. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 60 of Plaintiffs' Complaint at this time.

**Count Four**
**By Charles and Carol Sweet, Individually**
**Loss of Consortium**
**(Strict Products Liability)**

61. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 60 of Plaintiffs' Complaint as if more fully set forth herein.

62. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 62 of Plaintiffs' Complaint at this time.

**CLAIMS OF NEGLIGENCE AS TO FOAMEX INTERNATIONAL**

**Count Five**
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet (Negligence)**

63. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 62 of Plaintiffs' Complaint as if more fully set forth herein.

64. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 64 of Plaintiffs' Complaint at this time.

65. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 65 of Plaintiffs' Complaint at this time.

66. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 66 of Plaintiffs' Complaint at this time.

67. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 67 of Plaintiffs' Complaint at this time.

68. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 68 of Plaintiffs' Complaint at this time.

**Count Six**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

69. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 68 of Plaintiffs' Complaint as if more fully set forth herein.

70. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 70 of Plaintiffs' Complaint at this time.

**Count Seven**
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet (Strict Products Liability)**

71. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 70 of Plaintiffs' Complaint as if more fully set forth herein.

72. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 72 of Plaintiffs' Complaint at this time.

73. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 73 of Plaintiffs' Complaint at this time.

74. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 74 of Plaintiffs' Complaint at this time.

75. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 75 of Plaintiffs' Complaint at this time.

76. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 76 of Plaintiffs' Complaint at this time.

77. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 77 of Plaintiffs' Complaint at this time.

78. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 78 of Plaintiffs' Complaint at this time.

79. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 79 of Plaintiffs' Complaint at this time.

**Count Eight**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Strict Products Liability)**

80. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 79 of Plaintiffs' Complaint as if more fully set forth herein.

81. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 81 of Plaintiffs' Complaint at this time.

**CLAIMS AS TO BARRY H. WARNER**

**Count Nine**
**By Charles and Carol Sweet, as Co-Administrators**
**of the Estate of Shawn Sweet**
**(Negligence)**

82. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 81 of Plaintiffs' Complaint as if more fully set forth herein.

83. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 83 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

84. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 84 of Plaintiffs' Complaint at this time.

85. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 85 of Plaintiffs' Complaint at this time.

86. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 86 of Plaintiffs' Complaint at this time.

87. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 87 of Plaintiffs' Complaint at this time.

88. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 88 of Plaintiffs' Complaint at this time.

89. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 89 of Plaintiffs' Complaint at this time.

**Count Ten**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

90. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 89 of Plaintiffs' Complaint as if more fully set forth herein.

91. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 91 of Plaintiffs' Complaint at this time.

**Count Eleven**
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet (Strict Product Liability)**

92. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 91 of Plaintiffs' Complaint as if more fully set forth herein.

93. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 93 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

94. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 94 of Plaintiffs' Complaint at this time.

95. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 95 of Plaintiffs' Complaint at this time.

96. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my

privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 96 of Plaintiffs' Complaint at this time.

97. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 97 of Plaintiffs' Complaint at this time.

98. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 98 of Plaintiffs' Complaint at this time.

99. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 99 of Plaintiffs' Complaint at this time.

**Count Twelve**
**By Charles and Carol Sweet, Individually**
**For Loss of Spousal Consortium**

**(Strict Product Liability)**

100. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 99 of Plaintiffs' Complaint as if more fully set forth herein.

101. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 101 of Plaintiffs' Complaint at this time.

**CLAIMS AGAINST JEFFREY DERDERIAN, MICHAEL DERDERIAN and DERCO, LLC, d/b/a The Station**

**Count Thirteen**
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet**
**(Negligence)**

102. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 101 of Plaintiffs' Complaint as if more fully set forth herein.

103. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 103 of Plaintiffs' Complaint at this time.

104. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 104 of Plaintiffs' Complaint at this time.

105. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 105 of Plaintiffs' Complaint at this time.

106. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 106 of Plaintiffs' Complaint at this time.

107. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 107 of Plaintiffs' Complaint at this time.

**Count Fourteen**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

108. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 107 of Plaintiffs' Complaint as if more fully set forth herein.

109. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 109 of Plaintiffs' Complaint at this time.

## CLAIMS AGAINST MANIC MUSIC MANAGEMENT, INC.

### Count Fifteen
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet (Negligence)**

110. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 109 of Plaintiffs' Complaint as if more fully set forth herein.

111. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 111 of Plaintiffs' Complaint at this time.

112. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 112 of Plaintiffs' Complaint at this time.

113. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 113 of Plaintiffs' Complaint at this time.

114. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 114 of Plaintiffs' Complaint at this time.

115. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 115 of Plaintiffs' Complaint at this time.

**Count Sixteen**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

116. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 115 of Plaintiffs' Complaint as if more fully set forth herein.

117. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 117 of Plaintiffs' Complaint at this time.

**CLAIMS AGAINST JACK RUSSELL, MARK KENDALL, DAVID FILICE and ERIC POWERS d/b/a GREAT WHITE**

**Count Seventeen**
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet**
**(Negligence)**

118. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 117 of Plaintiffs' Complaint as if more fully set forth herein.

119. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 119 of Plaintiffs' Complaint at this time.

120. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 120 of Plaintiffs' Complaint at this time.

121. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 121 of Plaintiffs' Complaint at this time.

122. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 122 of Plaintiffs' Complaint at this time.

123. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 123 of Plaintiffs' Complaint at this time.

**Count Eighteen**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

124. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 123 of Plaintiffs' Complaint as if more fully set forth herein.

125. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 125 of Plaintiffs' Complaint at this time.

## CLAIMS AGAINST DANIEL BIECHELE

### Count Nineteen
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet (Negligence)**

126. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 125 of Plaintiffs' Complaint as if more fully set forth herein.

127. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 127 of Plaintiffs' Complaint at this time.

128. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 128 of Plaintiffs' Complaint at this time.

129. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 129 of Plaintiffs' Complaint at this time.

130. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 130 of Plaintiffs' Complaint at this time.

131. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 131 of Plaintiffs' Complaint at this time.

**Count Twenty**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

132. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 131 of Plaintiffs' Complaint as if more fully set forth herein.

133. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 133 of Plaintiffs' Complaint at this time.

## CLAIMS AGAINST PAUL WOOLNOUGH and KNIGHT RECORDS, INC.

### Count Twenty-One
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet (Negligence)**

134. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 133 of Plaintiffs' Complaint as if more fully set forth herein.

135. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 135 of Plaintiffs' Complaint at this time.

136. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 136 of Plaintiffs' Complaint at this time.

137. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 137 of Plaintiffs' Complaint at this time.

138. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 138 of Plaintiffs' Complaint at this time.

139. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 139 of Plaintiffs' Complaint at this time.

**Count Twenty-Two**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

140. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 139 of Plaintiffs' Complaint as if more fully set forth herein.

141. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 141 of Plaintiffs' Complaint at this time.

## CLAIMS AGAINST ANHEUSER-BUSCH, INC.

### Count Twenty-Three
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet (Negligence)**

142. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 141 of Plaintiffs' Complaint as if more fully set forth herein.

143. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 143 of Plaintiffs' Complaint at this time.

144. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 144 of Plaintiffs' Complaint at this time.

145. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 145 of Plaintiffs' Complaint at this time.

146. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 146 of Plaintiffs' Complaint at this time.

147. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 147 of Plaintiffs' Complaint at this time.

148. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 148 of Plaintiffs' Complaint at this time.

149. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 149 of Plaintiffs' Complaint at this time.

150. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 150 of Plaintiffs' Complaint at this time.

**Count Twenty-Four**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

151. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 150 of Plaintiffs' Complaint as if more fully set forth herein.

152. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 152 of Plaintiffs' Complaint at this time.

## CLAIMS AGAINST MCLAUGHLIN & MORAN, INC.

### Count Twenty-Five
### By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet
### (Negligence)

153. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 152 of Plaintiffs' Complaint as if more fully set forth herein.

154. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 154 of Plaintiffs' Complaint at this time.

155. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 155 of Plaintiffs' Complaint at this time.

156. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 156 of Plaintiffs' Complaint at this time.

157. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 157 of Plaintiffs' Complaint at this time.

158. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 158 of Plaintiffs' Complaint at this time.

159. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 159 of Plaintiffs' Complaint at this time.

160. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 160 of Plaintiffs' Complaint at this time.

161. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 161 of Plaintiffs' Complaint at this time.

**Count Twenty-Six**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

162. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 161 of Plaintiffs' Complaint as if more fully set forth herein.

163. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 163 of Plaintiffs' Complaint at this time.

**CLAIMS AGAINST CLEAR CHANNEL COMMUNICATIONS INC. d/b/a WHJY-FM**

**Count Twenty-Seven**
**By Charles and Carol Sweet, as Co-Administrators**
**of the Estate of Shawn Sweet**
**(Negligence)**

164. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 163 of Plaintiffs' Complaint as if more fully set forth herein.

165. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 165 of Plaintiffs' Complaint at this time.

166. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 166 of Plaintiffs' Complaint at this time.

167. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 167 of Plaintiffs' Complaint at this time.

168. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 168 of Plaintiffs' Complaint at this time.

169. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 169 of Plaintiffs' Complaint at this time.

170. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 170 of Plaintiffs' Complaint at this time.

171. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 171 of Plaintiffs' Complaint at this time.

172. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 172 of Plaintiffs' Complaint at this time.

**Count Twenty-Eight**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

173. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 172 of Plaintiffs' Complaint as if more fully set forth herein.

174. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 174 of Plaintiffs' Complaint at this time.

**CLAIMS AGAINST LUNA TECH, INC. and LUNA TECH PYROTECHNIC, GMBH**

**Count Twenty-Nine**
**By Charles and Carol Sweet, as Co-Administrators**
**of the Estate of Shawn Sweet**
**(Negligence)**

175. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 174 of Plaintiffs' Complaint as if more fully set forth herein.

176. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 176 of Plaintiffs' Complaint at this time.

177. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my

privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 177 of Plaintiffs' Complaint at this time.

178. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 178 of Plaintiffs' Complaint at this time.

179. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 179 of Plaintiffs' Complaint at this time.

180. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 180 of Plaintiffs' Complaint at this time.

**Count Thirty**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**

**(Negligence)**

181. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 180 of Plaintiffs' Complaint as if more fully set forth herein.

182. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 182 of Plaintiffs' Complaint at this time.

**Count Thirty-One**
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet**
**(Strict Products Liability)**

183. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 182 of Plaintiffs' Complaint as if more fully set forth herein.

184. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 184 of Plaintiffs' Complaint at this time.

185. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 185 of Plaintiffs' Complaint at this time.

186. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 186 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

187. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 187 of Plaintiffs' Complaint at this time.

188. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 188 of Plaintiffs' Complaint at this time.

189. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 189 of Plaintiffs' Complaint at this time.

190. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 190 of Plaintiffs' Complaint at this time.

**Count Thirty-Two**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Strict Products Liability)**

191. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 190 of Plaintiffs' Complaint as if more fully set forth herein.

192. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 192 of Plaintiffs' Complaint at this time.

**CLAIMS AGAINST JOINT VENTURE LIABILITY AS TO JEFFREY DERDERIAN, MICHAEL DERDERIAN and DERCO, LLC d/b/a THE STATION, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BIECHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH COMPANIES, INC., MCLAUGHLIN & MORAN, INC., CLEAR CHANNEL COMMUNICATIONS, INC. d/b/a WHJY-FM, MOTIVA ENTERPRISES, LLC and SHELL OIL COMPANY, TOWN OF WEST WARWICK, DENIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS**

**Count Thirty-Three**
**By Charles and Carol Sweet, as Co-Administrators**
**of the Estate of Shawn Sweet**
**(Negligence)**

193. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 192 of Plaintiffs' Complaint as if more fully set forth herein.

194. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 194 of Plaintiffs' Complaint at this time.

195. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 195 of Plaintiffs' Complaint at this time.

196. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 196 of Plaintiffs' Complaint at this time.

197. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 197 of Plaintiffs' Complaint at this time.

198. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 198 of Plaintiffs' Complaint at this time.

199. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 199 of Plaintiffs' Complaint at this time.

200. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 200 of Plaintiffs' Complaint at this time.

201. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 201 of Plaintiffs' Complaint at this time.

**Count Thirty-Four**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

202. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 201 of Plaintiffs' Complaint as if more fully set forth herein.

203. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 203 of Plaintiffs' Complaint at this time.

**CLAIMS AGAINST SHELL OIL COMPANY and MOTIVE ENTERPRISES, LLC**

**Count Thirty-Five**
**By Charles and Carol Sweet, as Co-Administrators**
**of the Estate of Shawn Sweet**
**(Negligence)**

204. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 203 of Plaintiffs' Complaint as if more fully set forth herein.

205. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 205 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

206. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 206 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

207. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 207 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

208. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 208 of Plaintiffs' Complaint at this time.

209. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 209 of Plaintiffs' Complaint at this time.

210. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 210 of Plaintiffs' Complaint at this time.

211. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 211 of Plaintiffs' Complaint at this time.

212. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 212 of Plaintiffs' Complaint at this time.

213. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 213 of Plaintiffs' Complaint at this time.

214. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 214 of Plaintiffs' Complaint at this time.

215. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 215 of Plaintiffs' Complaint at this time.

216. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 216 of Plaintiffs' Complaint at this time.

217. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 217 of Plaintiffs' Complaint at this time.

218. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 218 of Plaintiffs' Complaint at this time.

**Count Thirty- Six**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

219. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 218 of Plaintiffs' Complaint as if more fully set forth herein.

220. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 220 of Plaintiffs' Complaint at this time.

## CLAIMS AGAINST TOWN OF WEST WARWICK and FIRE INSPECTOR, DENIS LAROCQUE

### Count Thirty-Seven
### By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet (Negligence)

221. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 220 of Plaintiffs' Complaint as if more fully set forth herein.

222. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 222 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

223. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 223 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

224. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 224 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

225. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 225 of Plaintiffs' Complaint at this time.

226. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 226 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

227. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 227 of Plaintiffs' Complaint at this time.

228. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 228 of Plaintiffs' Complaint at this time.

229. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 229 of Plaintiffs' Complaint at this time.

230. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 230 of Plaintiffs' Complaint at this time.

231. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 231 of Plaintiffs' Complaint at this time.

232. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 232 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

233. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 233 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

**Count Thirty-Eight**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

234. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 233 of Plaintiffs' Complaint as if more fully set forth herein.

235. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 235 of Plaintiffs' Complaint at this time.

**CLAIMS AGAINST STATE OF RHODE ISLAND and IRVING J. OWENS, FIRE MARSHALL**

**Count Thirty-Nine**
**By Charles and Carol Sweet, as Co-Administrators of the Estate of Shawn Sweet**
**(Negligence)**

236. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 235 of Plaintiffs' Complaint as if more fully set forth herein.

237. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 237 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

238. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 238 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

239. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 239 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

240. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 240 of Plaintiffs' Complaint at this time.

241. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 241 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

242. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 242 of Plaintiffs' Complaint at this time.

243. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 243 of Plaintiffs' Complaint at this time.

244. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 244 of Plaintiffs' Complaint at this time.

245. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 245 of Plaintiffs' Complaint at this time.

246. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 246 of Plaintiffs' Complaint at this time.

247. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 247 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

248. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 248 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

**Count Forty**
**By Charles and Carol Sweet, Individually**
**For Loss of Consortium**
**(Negligence)**

249. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 248 of Plaintiffs' Complaint as if more fully set forth herein.

250. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations in Paragraph 250 of Plaintiffs' Complaint at this time.

WHEREFORE, Defendant Daniel Biechele demands entry of Judgment in his behalf as to Plaintiffs' Complaint.

## ***AFFIRMATIVE DEFENSES***

1. United States District Court of the District of Massachusetts lacks personal jurisdiction over Defendant Daniel Biechele.

James H. Reilly - #0658
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

***CERTIFICATION***

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903

Stephen E. Breggia, Esq.
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian R. Cunha & Associates
904 Broadway
East Providence, RI 02914

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
PO Box 2563
Providence, RI 02906

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane and Walsh LLP
127 Dorrance Street
Providence, RI 02903

Faith A. LaSalle, Esq.
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

James R. Lee, Esq., Chief, Civil Division
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Edwin F. McPherson, Esq.
McPherson & Kalmansohn, LLP
101 Century Park East, 24th Floor
Los Angeles, CA 90067

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James T. Murphy, Esq.
Thomas R. Bender, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Donna M. Lamontagne, Esq.
Steven T. Hayes, Esq.
Zizik, Powers, O'Connell, Spaulding, Lamontagne
40 Westminster Street
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 401
Providence, RI 02908

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

I hereby certify that I placed with a delivery service to be hand delivered a true copy of the within to the above local counsel of record and instructed to send by certified mail, return receipt to out of state counsel of record on the 27 day of August, 2004.

Donald J. Maroney