UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators Of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually
Plaintiffs

v. C.A. No. 04-56/L

AMERICAN FOAM CORPORATION; ET AL.,
Defendants

RECEIVED SEP 01 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## ENLARGEMENT STIPULATION

It is hereby stipulated that Defendant McLaughlin & Moran, Inc.'s time to answer, move, object, or otherwise respond to plaintiffs' complaint is enlarged up to and including October 1, 2004 as plaintiffs intend to move to amend the complaint in the interim.

Brian R. Cunha, (BBO 108560)
Karen A. Alegria (BBO 563993)
BRIAN CUNHA & ASSOC.
Attorneys for Plaintiffs
311 Pine Street
Fall River, MA 02720
(508) 675-9500
(508) 679-6360 FAX

Howard A. Merten, No. 3171
Eric M. Sommers, No. 6213
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: ~~August~~ Sept 1, 2004

Enter: Ronald R. Lagueux
Sr. USDJ 9/8/04

69