UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES SWEET, ET AL.,

Plaintiffs,

v.

C.A. No. 04-56L

AMERICAN FOAM CORPORATION, ET AL.,

Defendants.

03 2004 ... ISLAND

**STIPULATION**

The parties, by and through their counsel, hereby agree that the Clear Channel related defendants shall have up to and including October 1, 2004 to answer or otherwise respond to the original Complaint and any amendments thereto.

CHARLES SWEET, ET AL.

By their Attorneys,

Brian R. Cunha (#4074)
Karen A. Alegria (#6562)
BRIAN CUNHA & ASSOCIATES, P.C.
311 Pine Street
Fall River, MA 02720
(508) 675-9500
(508) 679-6360 (fax)

CLEAR CHANNEL BROADCASTING, INC., ET AL.

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Enter: Ronald R. Lagueux
Sr. USDJ 9/8/04

70