**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; et al<br>Plaintiffs | : | |
| vs. | : | C.A. NO.: 04-56-L |
| AMERICAN FOAM CORPORATION; et al<br>Defendants | : | |

FILED SEP 07 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**STIPULATION TO ENLARGE TIME**

It is hereby stipulated that the time for Defendants, Shell Oil Company and Motiva Enterprises LLC, to answer or otherwise respond to plaintiffs' complaint is enlarged to and including October 1, 2004 as plaintiffs intend to move to amend the complaint in the interim.

CHARLES AND CAROL SWEET, as
Administrators of the Estate of
SHAWN SWEET; et al
By their Attorneys,

Brian Cunha (#4074)
Karen A. Alegra (#6562)
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
Telephone: (401) 434-5300
Facsimile: (401) 434-1958

SHELL OIL COMPANY and
MOTIVA ENTERPRISES LLC

By their Attorneys,

Faith A. LaSalle

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 421-06777

Enter: Ronald R. Lagueux
Sr. USDJ 9/8/04

71