UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually, :
Plaintiffs, :
: C.A. No. 04-56-L
v. :
AMERICAN FOAM CORPORATION et al., :
Defendants :

FILED SEP 21 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' DENIS LAROCQUE, ANTHONY BETTENCOURT AND MALCOLM MOORE IN THIS CAPACITY AS FINANCE DIRECTOR FOR THE TOWN OF WEST WARWICK MOTION TO DISMISS IN LIEU OF ANSWER**

NOW COME the Plaintiffs in the above-entitled action and hereby move for additional time to respond to Defendant's State of Rhode Island and Irving J. Owens Motion to Dismiss in which was filed on September 1, 2004. Plaintiff only received the Motion To Dismiss on September 17, 2004. Plaintiffs' seek until October 28, 2004 to respond to Defendants' Motion. The Defendant has no objection to Plaintiffs motion.

Plaintiffs'
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Granted; Ronald R. Lagueux Sr. USDJ 9/23/04

78