UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES SWEET, ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 04-56L |
| AMERICAN FOAM CORPORATION, ET AL., | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

We, Stephen M. Prignano and Stephen J. MacGillivray, hereby enter our appearance on behalf of Defendants Clear Channel Broadcasting, Inc., Clear Channel Communications, Inc. and WHJY-FM.

CLEAR CHANNEL BROADCASTING, INC., CLEAR CHANNEL COMMUNICATIONS, INC. and WHJY-FM

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

79

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 23rd day of September, 2004, I caused a true copy of the within Entry of Appearance to be served by first class mail, postage prepaid, to the following counsel of record:

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
Boyer, Reynolds & DeMarco, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903-2196

Randall L. Souza, Esq.
Fred A, Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903-1345

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone PC
One Turks Head Place, Suite 1050
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
Resmini Law Offices, Ltd.
155 South Main Street, Suite 400
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903-1765

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane and Walsh, LLP
127 Dorrance Street, Fourth Floor
Providence, RI 02903-2828

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Thomas R. Bender, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2202

Stephen E. Breggia, Esq.
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908-3734

John J. Nazzaro, Esq.
Law Offices of John J. Nazzaro, LLC
164 Hempstead Street
New London, CT 06320

James H. Reilly, Esq.
Donald J. Maroney, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Robert I. Reardon, Jr., Esq.
Robert T. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320-1351

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903-3987

Daniel J. Horgan, Esq.
The Horgan Law Offices
111 Huntington Street
New London, CT 06320

Edwin F. McPherson, Esq.
McPherson & Kalmansohn LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Howard A. Merten, Esq.
Benjamin V. White, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
Grilli & DiMaio
215 Broadway
Providence, RI 02903

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

Carla Ottaviano, Esq.
Law Offices of DuBorg & Farrell
200 Glastonbury Boulevard, Suite 301
Glastonbury, CT 06033

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Eva-Marie Mancuso, Esq.
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Faith A. LaSalle, Esq.
Law Offices of Faith A. LaSalle
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

Ann S. Sheeley, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Mark T. Nugent, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141

Donald M. Gregory II, Esq.
7630 Post Road
North Kingstown, RI 02852

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Edward B. O'Connell, Jr., Esq.
Waller, Smith & Palmer, P.C.
51 Eugene O'Neill Drive
P.O. Box 88
New London, CT 06320

Max Wistow, Esq.
John P. Barylick, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903-2824

Patrick T. Jones, Esq.
Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA 02110-3536

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding &
Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903

Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Thomas W. Lyons, Esq.
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903-4228

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Joyce A. Faraone, Esq.
400 Reservoir Avenue, Suite 3G
Providence, RI 02907

Earl H. Walker, Esq.
Charles L. Babcock, Esq.
Nancy W. Hamilton, Esq.
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903-7115