UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES AND CAROL SWEET, ET AL.

vs.

AMERICAN FOAM CORPORATION, ET AL.

C.A. No. 04-56 L

RECEIVED SEP 28 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties, by and through their counsel, hereby agree that defendant Anheuser-Busch, Inc. shall have up to and including 30 days from the date that plaintiffs file an Amended Complaint (which Amended Complaint plaintiffs intend to move to file shortly) to answer or otherwise respond.

CHARLES AND CAROL SWEET, ET AL.

By their Attorneys,

Brian Cunha #
Karen A. Alegra #6562
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
Telephone: (401) 434-5300
Facsimile: (401) 434-1958

ANHEUSER-BUSCH, INC.

By their Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Dated: Sept. 27, '04

Enter: Ronald R. Lagueux
Sr. USDJ 9/28/04

83