KNM:jcd 03-206 9/28/04

**UNITED STATED DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND**

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually Plaintiffs,

VS.

AMERICAN FOAM CORPORATION; FOAMEX : INTERNATIONAL; BARRY H. WARNER; TRITON REALTY LIMITED PARTNERSHIP; JEFFREY DERDERIAN; MICHAEL DERDERIAN; DERCO, LLC; MANIC MUSIC MANAGEMENT, INC.; JACK RUSSELL, MARK; KENDALL; DAVID FILICE; ERIC POWERS; DANIEL BICHELE; PAUL WOOLNOUGH; KNIGHT RECORDS INC.; ANHEUSER-BUSCH; COMPANIES, INC.; MCLAUGHLIN & MORAN, INC., LUNA TECH, INC.; LUNA TECH PYROTECHNIC GMBH; CLEAR CHANNEL COMMUNICATIONS, INC., d/b/a WHJY-FM; MOTIVA ENTERPRISES, LLC; SHELL OIL COMPANY; TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND and IRVING J. OWENS

C.A. NO.: 04-56-L

**ENTRY OF APPEARANCE**

Now comes Kelly N. Michels, Esquire (R.I. Bar No. 6478), and enters her appearance, for defendants, Triton Realty Limited Partnership, in the above captioned action.

Kelly N. Michels, Esquire #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – Telephone
(401) 521-7040 - Fax

84

**PROOF OF SERVICE**
***(Charles Sweet, et al v. American Foam, et al; C.A. No. 04-56L)***

I hereby certify that on this 29 day of September, 2004, I served the within document by mailing a copy of same to the following:

| | |
|---|---|
| Brian R. Cunha, Esq.<br>Brian Cunha & Associates<br>904 Broadway<br>East Providence, RI 02914<br>*Attorney for Plaintiffs* | Edward M. Crane, Esq.<br>Deborah Solmor, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive<br>Chicago, IL 60606<br>*Attorneys Defendants, for Anheuser-Busch Companies, Inc. and Anheuser-Busch, Inc.* |
| Thomas Angelone, Esq.<br>Hodosh, Spinella & Angelone<br>One Turks Head Building<br>Suite 1050<br>Providence, RI 02903<br>*Attorney for American Foam Corp.* | Donna M. Lamontagne, Esq.<br>Zizik, Powers, O'Connell, Spaulding & Lamontagne<br>40 Westminster Street, Suite 201<br>Providence, RI 02903<br>*Attorney for Defendant, Motiva Enterprises, LLC and Shell Oil Company* |
| Anthony F. DeMarco, Esq.<br>Reynolds, DeMarco & Boland, Ltd.<br>170 Westminster St., #200<br>Providence, RI 02903<br>*Attorney for Defendant, Jeffrey Derderian; Michael Derderian; DERCO, LLC.* | Stephen M. Prignano, Esq.<br>Edwards and Angell<br>One Financial Plaza, Ste. 2700<br>Providence, RI 02903<br>*Attorney for Clear Channel Communications, Inc. d/b/a WHJY-FM* |
| Joseph Cavanagh,Jr., Esq.<br>Kristen E. Rodgers, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903<br>*Attorney for Defendant, Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc.* | Mark DeSisto, Esq.<br>DeSisto Law Offices<br>211 Angell Street<br>Providence, RI 02909<br>*Attorney for Defendant, Town of West Warwick and Dennis Larocque* |
| Howard Merten, Esq.<br>Eric M. Sommers, Esq.<br>Vetter & White<br>20 Washington Place<br>Providence, RI 02903<br>*Attorneys for Defendant McLaughlin & Moran, Inc.* | Daniel P. McKiernan, Esq.<br>146 Westminster Street<br>Providence, RI 02903 |

| | |
|---|---|
| Fred A. Kelly, Jr., Esq.<br>Randall L. Souza, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 700<br>Providence, RI 02903<br>*Attorneys for Jack Russell, Jack Russell Touring, Inc., David Felice, Paul Woolnough, Manic Management, Inc. and Knight Records, Inc.* | W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq.<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>*Attorneys for Defendants, Clear Channel Broadcasting, Inc., Clear Channel communications, Inc. and WHJY-FM* |
| Curtis R. Diedrich, Esq.<br>Edward T. Hinchey, Esq.<br>Sloane & Walsh<br>3 Center Plaza<br>Boston, MA 02108<br>*Attorney for Defendant, Luna Tech, Inc.* | Ronald Langlois, Esq.<br>Lauren D. Wilkins, Esq.<br>Smith & Brink<br>One State Street, Suite 400<br>Providence, RI 02908<br>*Attorneys for Defendant, Barry Warner* |
| Gerald C. DeMaria, Esq.<br>James A. Ruggieri, Esq.<br>HIGGINS, CAVANAGH & COONEY<br>123 Dyer Street<br>Providence, RI 02903<br>*Attorneys for American Foam Corporation, General Foam Corporation, GFC Foam, LLC, Foamex LP and Foamex International* | Christopher C. Fallon, Jr., Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103-3508<br>*Attorney for Defendant, Jeffrey Derderian, Michael Derderian and DERCO, LLC d/b/a The Station* |
| James H. Reilly, Esq.<br>Donald J. Maroney, Esq.<br>Kelly, Kelleher, Reilly & Simpson<br>146 Westminster Street, Suite 500<br>Providence, RI 02903<br>*Attorneys for Defendant, Daniel Biechele* | James Lee, Esq.<br>Department of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>*Attorney for State of Rhode Island; Irving Owens* |
| John R. Crockett, III, Esq.<br>Susan S. Wettle, Esq.<br>Carl A. Henlein, Esq.<br>Frost Brown Todd LLC<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202-3363 | Edwin F. McPherson, Esq.<br>McPherson & Kalmansohn<br>1801 Century Park East, 24th Floor<br>Los Angeles, CA 90067<br>*Attorney for Defendant, Jack Russell* |
| Mark K. Ostrowski, Esq.<br>Shipman & Goodman, LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>*Attorney for Defendant Motiva Enterprises* | Faith A. LaSalle, Esq.<br>LAW OFFICES OF FAITH A. LASALLE<br>One Turks Head Place<br>76 Westminster Street, Suite 1010<br>Providence, RI 02903<br>*[Attorney for Motiva Enterprises, LLC and Shell Oil Company]* |

| |
|---|
| Jose M. Rojas, Esq.<br>Shipman & Goodman<br>One American Row<br>Hartford, CT 06103-2819<br>*Attorney for Defendants Motiva Enterprises and Shell Oil Company* |

Jean C. Douglas

of Hanson Curran LLP