**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
SEP 30 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; et al
Plaintiffs

vs. C.A. NO.: 04-56-L

AMERICAN FOAM CORPORATION; et al
Defendants

**STIPULATION**

The parties, by and through their counsel, hereby agree that defendants, Shell Oil Company and Motiva Enterprises LLC, shall have up to and including 30 days from the date that the plaintiffs file an Amended Complaint (which Amended Complaint plaintiffs intend to move to file shortly) to answer or otherwise respond.

CHARLES AND CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; et al
By their Attorneys,

Brian Cunha (#4074)
Karen A. Alegria (#6562)
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
Telephone: (401) 434-5300
Facsimile: (401) 434-1958

SHELL OIL COMPANY and MOTIVA ENTERPRISES LLC

By their Attorneys,

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 421-0677

Date: 9/27/04

87