**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHARLES SWEET, et al.,

Plaintiffs,

v. C.A. No. 04-56L

AMERICAN FOAM CORPORATION, et al.,

Defendants.

FILED
SEP 27 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants Clear Channel Broadcasting, Inc., Clear Channel Communications, Inc., and WHJY-FM hereby move that W. Thomas McGough, Jr., be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- [x] The case involves the following complex area of the law, in which pro hac vice counsel specializes: Mass tort.
- [ ] Pro hac vice counsel's long-standing representation of the client: ____________________________.
- [ ] The local trial bar lacks experience in the field of:____________________________.
- [ ] The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ____________________________.
- [ ] The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________________.
- [ ] It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- [ ] Other: ________________________________________.

89

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

W. Thomas McGough, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-7244
(412) 496-6886 (fax)

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
(Local Associate Counsel)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**ORDER:**

This motion is hereby GRANTED.

Ronald R. Lagueux
U.S. District Judge

Date: 10/18/04

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHARLES SWEET, et al.,

Plaintiffs,

v. : C.A. No. 04-56L

AMERICAN FOAM CORPORATION, et al.,

Defendants.

FILED SEP 28 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants Clear Channel Broadcasting, Inc., Clear Channel Communications, Inc., and WHJY-FM hereby move that Andrew J. Trevelise, be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- [x] The case involves the following complex area of the law, in which pro hac vice counsel specializes: Mass tort.
- [ ] Pro hac vice counsel's long-standing representation of the client: ____________________.
- [ ] The local trial bar lacks experience in the field of: ____________________.
- [ ] The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ____________________.
- [ ] The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________.
- [ ] It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- [ ] Other: ____________________.

so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103
(215) 851-8250
(215) 851-1420 (fax)

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
(Local Associate Counsel)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**ORDER**
**:**

This motion is hereby GRANTED.

Ronald R. Lagueux
U.S. District Judge

Date: 10/18/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED SEP 27 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

CHARLES SWEET, et al., :

Plaintiffs, :

v. : C.A. No. 04-56L

AMERICAN FOAM CORPORATION, et al., :

Defendants.

FILED SEP 24 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants Clear Channel Broadcasting, Inc., Clear Channel Communications, Inc., and WHJY-FM hereby move that James J. Restivo, Jr. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- [X] The case involves the following complex area of the law, in which pro hac vice counsel specializes: Mass tort.
- [ ] Pro hac vice counsel's long-standing representation of the client: ____________________.
- [ ] The local trial bar lacks experience in the field of: ____________________.
- [ ] The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ____________________.
- [ ] The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________.
- [ ] It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- [ ] Other: ____________________.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

James J. Restivo, Jr.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-7244
(412) 496-6886 (fax)

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
(Local Associate Counsel)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**ORDER:**

This motion is hereby GRANTED.

U.S. District Judge

Date: 10/18/04