UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES SWEET, ET AL., Plaintiffs, | : | |
| v. | : | C.A. No. 04-56L |
| AMERICAN FOAM CORPORATION, ET AL., Defendants. | : | |

RECEIVED
OCT 05 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties, by and through their counsel, hereby agree that with respect to the above-captioned matter Capstar Radio Operating Company shall be substituted as a party defendant in place of WHJY-FM. The parties further agree that WHJY-FM shall be dismissed from the above-captioned action without prejudice, no costs to any party.

CHARLES SWEET, ET AL.

By their Attorneys,

Brian R. Cunha (#4074)
Karen A. Alegria (#6562)
BRIAN CUNHA & ASSOCIATES, P.C.
311 Pine Street
Fall River, MA 02720
(508) 675-9500
(508) 679-6360 (fax)

CLEAR CHANNEL BROADCASTING, INC., ET AL.

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Enter: Ronald R. Lagueux
Sr. USDJ 10/12/04

(90)