UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the :
the Estate of SHAWN SWEET; CHARLES and CAROL :
SWEET, Individually, :
Plaintiffs, :
: C.A. NO.: 04-56-L
V. :
:
AMERICAN FOAM CORPORATION, et al. :
Defendants

RECEIVED
OCT 25 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

By agreement of the parties, the above listed Plaintiffs, shall have up to and including November 2, 2004, to answer the Defendant Town of West Warwick's Motion to Dismiss.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire #4074
Karen A. Alegria, Esquire #6562
311 Pine Street
Fall River, MA 02720

Defendants
By Their Attorneys
DESISTO LAW

Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Granted: Ronald R. Lagueux
Sr. USDJ 10/25/04

SCANNED

93