UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually,
Plaintiffs,

v. C.A. NO.: 04-56-L

AMERICAN FOAM CORPORATION, et al.
Defendants

RECEIVED NOV 10 2004 DISTRICT COURT RHODE ISLAND

**STIPULATION**

By agreement of the parties, the above listed Plaintiffs, shall have up to and including November 26, 2004 to answer the defendant's State of Rhode Island and Irving J. Owens' Motion to Dismiss.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire #4074
Karen A. Alegria, Esquire #6562
311 Pine Street
Fall River, MA 02720
Tel: (401)272-3500
Fax: (401) 273-8780

Defendants
By Their Attorneys
PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee /by [illegible]
James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Extension 2314
Fax: (401) 222-2995

Enter: Ronald R. Lagueux
Sr. USDJ 11/15/04

98

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually,

Plaintiffs,

v.

AMERICAN FOAM CORPORATION et al.,

Defendants

C.A. NO.: 04-56-L

RECEIVED
NOV 10 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

By agreement of the parties, the above listed Plaintiffs, shall have up to and including November 26, 2004, to answer the Defendant Town of West Warwick's Motion to Dismiss.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire #4074
Karen A. Alegria, Esquire #6562
311 Pine Street
Fall River, MA 02720

Defendants
By Their Attorneys
DESISTO LAW

Marc DeSisto
Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Enter: Ronald R. Lagueux
SR. USDJ 11/15/04