UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually,
Plaintiffs,

V. C.A. NO.: 04-56-L

AMERICAN FOAM CORPORATION, et al.
Defendants

RECEIVED
NOV 10 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

By agreement of the parties, the above listed Plaintiffs, shall have up to and including November 22, 2004 to answer the defendant's Clear Channel's Motion to Dismiss or, in the Alternative, For Summary Judgement .

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire #4074
Karen A. Alegria, Esquire #6562
311 Pine Street
Fall River, MA 02720
Tel: (401)272-3500
Fax: (401) 273-8780

Defendants
By Their Attorneys
EDWARDS & ANGELL, LLP

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611

Enter: Ronald R. Lagueux
Sr. USDJ 11/15/04

99