CA04-56

# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF RHODE ISLAND*

## CLERK'S MINUTES

**CASE NUMBER:** **03-148,335,483** **DATE:** **November 16, 2004**
**04-26, 56, 312L**
**TITLE OF CASE:** **Gray v. Derederian**
**Passa, Guidon, Henault, Sweet, Roderigues v. station fire**

---

**Ronald R. Lagueux, Senior, U.S. District Judge**

COURTROOM CLERK: James E. Webb

COURT REPORTER: Angela Gallogyl

---

Defendant State of Rhode Island and Irving Owens/ Motion for certification and substitution

Plaintiff's attorney John Barylick, Esq.

Defendant's attorney James Lee

Motion for cert/substitution DENIED

Atty. John Barylick to prepare order

100