FILED

NOV 29 2004

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; et al
Plaintiffs

vs. C.A. NO.: 04-56-L

AMERICAN FOAM CORPORATION; et al
Defendants

## DISMISSAL STIPULATION

The above captioned matter filed against the defendants, Shell Oil Company and Motiva Enterprises LLC, is dismissed without prejudice.

CHARLES AND CAROL SWEET, as
Administrators of the Estate of
SHAWN SWEET; et al
By their Attorneys,

Brian Cunha (#4074)
Karen A. Alegria (#6562)
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914
Telephone: (401) 434-5300
Facsimile: (401) 434-1958

SHELL OIL COMPANY and
MOTIVA ENTERPRISES LLC

By their Attorneys,

Faith A. LaSalle

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 421-0677

Mark K. Ostrowski, Esq. (Pro Hac Vice)
Jose M. Rojas, Esq. (Pro Hac Vice)
Shipman, & Goodwin
One Constitution Plaza, 14th Floor
Hartford, CT 06103

Enter: Ronald R. Lagueux
Sr. USDJ 11/30/04

102