UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 03-148L TAMMY PASSA, et al. v. JEFFREY DERDERIAN, et al.
CA 03-208L RONALD KINGSLEY, et al. v. JEFFREY DERDERIAN, et al.
CA 03-335L BARBARA GUINDON, et al. v. AMERICAN FOAM CORP., et al.
CA 03-483L CHAD M. HENAULT, et al. v. AMERICAN FOAM CORP., et al.
CA 04-26L LINDA RODERIQUES, et al. v. AMERICAN FOAM CORP., et al.
CA 04-56L CHARLES SWEET, et al. v. AMERICAN FOAM CORP., et al.
CA 04-312L ALBERT L. GRAY, et al. v. JEFFREY DERDERIAN., et al.

**ORDER**
**RE DISCOVERY FORMAT**

On November 3, 2004, the court gave notice that it was considering requiring all discovery documents in the above matters to be filed with the court in electronic format (i.e., portable document format ("PDF")) as well as in original form. The court stated that it would hear comment regarding such a requirement at the status conference conducted on November 15, 2004. At the conference no objection was voiced to this requirement. Accordingly, all discovery documents (including but not limited to interrogatories, answers to interrogatories, requests for production, responses to requests for production, notices of deposition, depositions, requests for admissions, and responses to requests for admissions) shall be filed with the court in both original paper format ("hard copy") and in portable document format on floppy or compact disk ("CD"). A separate disk must be filed with each document. The disk must be labeled "Station Fire Cases," and the label should identify the nature of the discovery, the person or entity involved, and the date. Examples of proper labeling appear below:

103

Interrogatories dated 1/5/05 propounded by Plaintiff Tammy Passa to Defendant Jeffrey Derderian;

Answers of Defendant Jeffrey Derderian dated 2/12/05 to Interrogatories Propounded by Plaintiff Tammy Passa;

Deposition of Joseph Smith dated 3/15/05 taken by Plaintiff Tammy Passa;

Defendant American Form Corp.'s Response of 4/12/05 to Plaintiff Ronald Kingsley's Request for Production.

The Clerk's Office will maintain a total of five (5) categories of discovery documents and will create an index for each category:

1. Interrogatories and Answers;
2. Requests for Production and Responses;
3. Notices of Deposition and Depositions;
4. Requests for Admissions and Responses;
5. Other Discovery.

Furthermore, all motions, objections, and memoranda relating to discovery shall also be filed in both original paper format and in PDF format. One (1) original and two (2) copies of each document shall be filed, and the document should bear the same caption as appears at the top of this Order (i.e., the case numbers and names of the seven actions there listed). Each motion or objection with its accompanying memorandum must be on a single disk. Multiple motions, objections, or memoranda shall not be on the same disk. The disk must be labeled "Station Fire Cases," and the

label should identify the document being filed, e.g.:

Plaintiff Tammy Passa's Motion dated 4/12/05[1] to Compel Answers to Interrogatories Propounded to Joseph Smith;

Defendant American Foam's Motion dated 4/22/05 to Compel Production to Documents from Town of West Warwick

Consistent with Judge Lagueux's order dated October 27, 2004, all original paper documents (motions, objections, etc.) relating to discovery, other than the discovery documents themselves, will be docketed and maintained in the "Gray" case (CA 04-312L).

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 1, 2004

PER ORDER:

Martha Saucier
Martha Saucier
Deputy Clerk

[1]The court recognizes that the date of a motion may not correspond exactly to the date the motion was filed in the Clerk's Office. However, the court deems it desirable that there be a date on the label which will closely approximate the filing date.