UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES SWEET, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-056 L |
| | : | |
| AMERICAN FOAM, et al. | : | |

MOTION BY THE STATE OF RHODE ISLAND AND IRVING J. OWENS' TO EXTEND PAGE LIMIT IN REPLY MEMORANDUM

Defendants State of Rhode Island and Irving J. Owens hereby Move this Honorable Court for an Order extending their page limit in their Reply Memorandum to the Objection to their Motion to Dismiss on file herein to and including fifteen (15) pages.

Respectfully submitted,

DEFENDANTS

By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2314
FAX: (401) 222-2995

104

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 7th day of December, 2004, a copy of the within was Faxed to the certification list.

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES SWEET, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-056 L |
| | : | |
| AMERICAN FOAM, et al. | : | |

MEMORANDUM IN SUPPORT OF
MOTION BY THE STATE OF RHODE ISLAND
AND IRVING J. OWENS' TO EXTEND
PAGE LIMIT IN REPLY MEMORANDUM

Defendants State of Rhode Island and Irving J. Owens hereby Move this Honorable Court for an Order extending their page limit in their Reply Memorandum to the Objection to their Motion to Dismiss on file herein to and including fifteen (15) pages. Defendants desire this extended page limit to file a Reply Memorandum that is identical in each case to simplify review by the Court and parties.

Respectfully submitted,

DEFENDANTS

By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2314
FAX: (401) 222-2995

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 7th day of December, 2004, a copy of the within was Faxed to the certification list.

____________________