UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED
DEC 07 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Charles Sweet, et al. :
:
vs. : C.A. No. 04-056 L
:
American Foam, et al. :

STIPULATION EXTENDING TIME
TO FILE REPLY MEMORANDUM

The parties hereby stipulate that defendants State of Rhode Island and Irving J. Owens, Fire Marshall for the State of Rhode Island, shall have to and including December 16, 2004 to file a reply Memorandum in response to Plaintiff's objection to Defendants' Motion to Dismiss.

Karen A. Alegria, Esq.
Attorney for Plaintiff
311 Pine St.
Fall River, MA 02720

Dated: Dec 3, 2004

James R. Lee, Esq.
Assistant Attorney General
150 S. Main St.
Providence, RI 02903

Dated: 12/7, 2004

Enter: Ronald R. Lagueux
Sr. USDJ 12/8/04

107