RECEIVED
DEC 06 2004
BY:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually,

Plaintiffs,

C.A. NO.: 04-56-L

V.

AMERICAN FOAM CORPORATION et al.,

Defendants

RECEIVED DEC 13 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**STIPULATION**

By agreement of the parties, the above listed Plaintiffs, will not have to file the objection to the Town of West Warwick's Motion to Dismiss until such time as the Court allows the Master Complaint and the Plaintiffs will adopt the same.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

[signature]

Brian R. Cunha, Esquire #4074
Karen A. Alegria, Esquire #6562
311 Pine Street
Fall River, MA 02720

Defendants
By Their Attorneys
DESISTO LAW

Marc DeSisto

Marc DeSisto, Esq.
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Enter: Ronald R. Lagueux
Sr. USDJ 12/14/04

110