TRB:ems 03-206 1/07/05

UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET,
as Administrators of the Estate of SHAWN
SWEET; CHARLES and CAROL
SWEET, Individually
Plaintiffs,

VS. C.A. No. 04-56L

AMERICAN FOAM CORPORATION, et al
Defendants

**ANSWER AND JURY CLAIM OF
TRITON REALTY LIMITED PARTNERSHIP,
TRITON REALTY, INC. AND RAYMOND VILLANOVA**

Plaintiffs have adopted the First Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312-L, these defendants hereby incorporate the answer filed on their behalf in *Gray* as their answer here.

Plaintiffs have also adopted the additional allegations and claims as set forth in the *Henault, et al v. American Foam Corp., et al*, C.A. No. 03-483L "Notice of Adoption of the Amended Master Complaint." Those additional allegations and claims are made against several defendants other than Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond Villanova and therefore require no response. To the extent these additional allegations and claims may be read as asserting actionable conduct on the part of these Defendants they are denied.

The Defendants hereby demand a trial by jury as to all allegations and claims.

115

The Defendants,
Triton Realty Limited Partnership,
Triton Realty, Inc. and Raymond Villanova

By its Attorneys,

Kelly N. Michels
James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax
E-Mail: jtm@hansoncurran.com
E-Mail: knm@hansoncurran.com

- and -

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108
(617) 557-9696 – telephone
(617) 227-9191 – fax
E-Mail: stucker@ths-law.com

**PROOF OF SERVICE**

I hereby certify that on this 10th day of January, 2005, a true copy of the within document was e-mailed to the following:

Steven A. Minicucci, Esq.
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907

James Lee, Esq.
Department of the Attorney General
150 South Main Street
Providence, RI 02903

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903

Anthony F. DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster Street, Suite 200
Providence, RI 02903

Joseph Cavanagh, Jr., Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Eva Mancuso, Esq.
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Donald J. Maroney, Esq.
James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

Stephen Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

James A. Ruggieri, Esq.
Gerald C. DeMaria, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Thomas W. Lyons
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903-2914

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza – Suite 3
Providence, RI 02903

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
Smith & Brink
One State Street, Suite 400
Providence, RI 02908

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Richard MacAdams, Esq.
MacAdams & Wieck, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903

Howard Julian
570 Shermantown Road
Saunderstown, RI 02874
*Pro Se*

Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Mark T. Nugent, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141

Charles L. Babcock, Esq.
Earl H. Walker, Esq.
Nancy W. Hamilton, Esq.
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards and Angell
One Financial Plaza, Ste. 2700
Providence, RI 02903

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

George E. Wolf, III, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118

Georgia A. Sullivan, Esq.
Mathis & Associates
55 Farmington Avenue
Suite 500
Hartford, CT 06105

Ann M. Songer, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

Gregory L. Boyer, Esq.
170 Westminster Street
Suite 200
Providence, RI 02903

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Stephen Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
Rice Dolan & Kershaw
170 Westminster St., Suite 900
Providence, RI 02903

Donald M. Gregory II, Esq.
7630 Post Road
North Kingston, RI 02852

Stephen Izzi, Esq.
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman
& Whitney, P.C.
72 Pine Street – 5th Floor
Providence, RI 02903

Jessica L. Margolis, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720

Faith A. LaSalle, Esq.
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Robert Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
The Reardon Law Firm, PC
160 Hempstead Street
New London, CT 06320

Stephanie Larivee-DiMaio, Esq.
Grilli & DiMaio
215 Broadway
Providence, RI 02903

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, MA 02109

Donna M. Lamontagne, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster Street
Providence, RI 02903

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

Ronald J. Resmini, Esq.
Ronald J. Resmini Law Offices
155 South Main Street
Providence, RI 02903

Kelly N. Michels
of Hanson Curran LLP