UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES and CAROL SWEET, ET ALS | : | |
| | : | |
| vs. | : | C.A. No. 04-56-L |
| | : | |
| AMERICAN FOAM CORPORATION, ET ALS | : | |

DEFENDANT, MICHAEL DERDERIAN'S, ANSWER

Michael Derderian is presently charged in indictment K1 03-655A with two hundred counts of involuntary manslaughter as a result of the fire that occurred on February 20, 2003 at the Station Nightclub. Similar matters are included within the scope of the allegations of the First Amended Master Complaint and plaintiffs' Notice of Adoption. Under these circumstances, Michael Derderian expressly asserts his rights under the Fifth Amendment to the United States Constitution and Article 1, Section 13 of the Rhode Island Constitution ("Privilege") to the fullest extent possible in response to the First Amended Master Complaint and plaintiffs' Notice of Adoption and respectfully declines to answer the allegations contained in the First Amended Master Complaint and plaintiffs' Notice of Adoption for that reason.

The plaintiffs have adopted the first amended master complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312L. The defendant, Michael Derderian, hereby incorporates by reference his answer filed on his behalf as his answer as if set forth fully herein.

The plaintiffs have also included the additional allegations set forth in the *Estate of Jude B. Henault, et als v. American Foam Corporation, et als*, C.A. No. 03-483-L "Notice of Adoption of First Amended Master Complaint." The defendant, Michael Derderian, hereby

121

incorporates his answer filed on his behalf to said additional allegations as if set forth fully herein.

The defendant, Michael Derderian, is without sufficient information to admit or deny the allegations of paragraph 259 of the notice of adoption but leaves the plaintiffs to their proof thereof.

MICHAEL DERDERIAN
By his attorney,

Anthony F. DeMarco, Esquire #0799
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

THE DEFENDANT, MICHAEL DERDERIAN, HEREBY DEMANDS A TRIAL BY JURY.

Anthony F. DeMarco, Esquire #0799

CERTIFICATION

I hereby certify that on the 4th day of February, 2005, I e-mailed a copy of the within to the following attorneys of record:

| | |
|---|---|
| Patrick T. Jones, Esquire<br>COOLEY, MANION, JONES, LLP<br>1 Center Place<br>Providence, RI 02903<br>pjones@cmj-law.com | Max H. Wistow, Esquire<br>WISTOW & BARYLICK<br>61 Weybosset Street<br>Providence, RI 02903<br>wvenditti@wistbar.com |
| Mark S. Mandell, Esquire<br>MANDELL, SCHWARTZ & BOISCLAIR<br>One Park Row<br>Providence, RI 02903<br>msmandell@msn.com | Charles N. Redihan, Jr., Esquire<br>KIERNAN, PLUNKETT & REDIHAN<br>The Remington Building<br>91 Friendship Street<br>Providence, RI 02903<br>credihan@KPRlaw.com |
| Stephen E. Breggia, Esquire<br>BREGGIA, BOWEN & GRANDE<br>395 Smith Street<br>Providence, RI 02908<br>sbreggia@BBGlaw.us | Eva-Marie Mancuso, Esquire<br>HAMEL, WAXLER, ALLEN & COLLINS<br>387 Atwells Avenue<br>Providence, RI 02909<br>Emancuso@hwac.com |
| Michael A. St. Pierre, Esquire<br>REVENS, REVENS & ST. PIERRE, PC<br>946 Centerville Road<br>Warwick, RI 02886<br>mikesp@rrsplaw.com | Fred A. Kelly, Jr., Esquire<br>Randall L. Souza, Esquire<br>Ian C. Ridlon, Esquire<br>NIXON PEABODY, LLP<br>One Citizens Plaza<br>Providence, RI 02903<br>RSouza@nixonpeabody.com |
| Edwin F. McPherson, Esquire<br>McPHERSON & KALMANSOHN, LLP<br>1801 Century Park East, 24th Floor<br>Los Angeles, CA 90067<br>emcpherson@m-klaw.com | Steven A. Minicucci, Esquire<br>CALVINO LAW ASSOCIATES<br>373 Elmwood Avenue<br>Providence, RI 02907<br>SMinicucci@calvinolaw.com |
| Joseph V. Cavanagh, Jr., Esquire<br>Kristen E. Rodgers, Esquire<br>BLISH & CAVANAGH, LLP<br>Commerce Center<br>30 Exchange Terrace<br>Providence, RI 02903<br>jvc@blishcavlaw.com | Edward M. Crane, Esquire<br>Deborah G. Solmor, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>ecrane@skadden.com |

| | |
|---|---|
| Marc DeSisto, Esquire<br>DESISTO LAW<br>211 Angell Street<br>P.O. Box 2563<br>Providence, RI 02906-2563<br>marc@Desistolaw.com | Richard W. MacAdams, Esquire<br>MacADAMS & WIECK, INC.<br>101 Dyer Street<br>Providence, RI 02903<br><br>Rmacadams@mandwlaw.com |
| Earl H. Walker, Esquire<br>Charles L. Babcock, Esquire<br>Nancy W. Hamilton, Esquire<br>JACKSON WALKER, L.L.P.<br>1401 McKinney, Suite 1900<br>Houston, TX 77010<br>CBabcock@jw.com | Curtis S. Diedrich, Esquire<br>Edward T. Hinchey, Esquire<br>SLOANE AND WALSH, LLP<br>127 Dorrance Street<br>Providence, RI 02903-2828<br>Cdiedrich@sloanewalsh.com |
| Thomas W. Lyons, III, Esquire<br>STRAUSS, FACTOR, LAING & LYONS<br>222 Richmond Street, Suite 208<br>Providence, RI 02903<br>tlyons@straussfactor.com | C. Russell Bengtson, Esquire<br>CARROLL, KELLY & MURPHY<br>One Turks Head Place, Suite 400<br>Providence, RI 02903<br>RBengtson@ckmlaw.com |
| James R. Lee, Esquire<br>Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>jlee@riag.state.ri.us | James A. Ruggieri, Esquire<br>HIGGINS, CAVANAGH & COONEY, LLP<br>The Hay Building<br>123 Dyer Street<br>Providence, RI 02903-3987<br>JRuggieri@hcc-law.com |
| Carl H. Henlein, Esquire<br>John R. Crockett, III, Esquire<br>Susan S. Wettle, Esquire<br>FROST, BROWN, TODD<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202-3363<br>swettle@fbtlaw.com | Donald Maroney, Esquire<br>KELLY, KELLEHER, REILLY & SIMPSON<br>The Francis Building<br>146 Westminster Street, Suite 500<br>Providence, RI 02903<br>dmaroney@kkrs.com |
| James T. Murphy, Esquire<br>Kelly N. Michels, Esquire<br>HANSON CURRAN LLP<br>146 Westminster Street<br>Providence, RI 02903<br>jtm@hansoncurran.com | Scott J. Tucker, Esquire<br>TUCKER, HEIFETZ & SALTZMAN, LLP<br>Three School Street<br>Boston, MA 02108<br>STucker@ths-law.com |
| Stephen M. Prignano, Esquire<br>Stephen J. MacGillivray, Esquire<br>EDWARDS & ANGELL, LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>sprignano@edwardsangell.com | W. Thomas McGough, Jr., Esquire<br>James J. Restivo, Jr., Esquire<br>REED SMITH LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>jrestivo@reedsmith.com |

| | |
|---|---|
| John R. Mahoney, Esquire<br>ASQUITH & MAHONEY, LLP<br>155 South Main Street<br>Providence, RI 02903-7115<br>johnmahoney@amlawllp.com | Matthew Medeiros, Esquire<br>Jessica Margolis, Esquire<br>LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY<br>72 Pine Street<br>Providence, RI 02903<br>mfm@lmkbw.com<br>jmargolis@debevoise.com |
| Mark C. Hadden, Esquire<br>LAW OFFICES OF MARK C. HADDEN<br>68 Kennedy Plaza – Suite 3<br>Providence, RI 02903<br>MHadden@mhaddenlaw.com | Mark D. Cahill, Esquire<br>CHOATE, HALL & STEWART<br>Exchange Place, 53 State Street<br>Boston, MA 02109<br>mcahill@choate.com |
| Ronald Langlois, Esquire<br>SMITH & BRINK, P.C.<br>One State Street, Suite 400<br>Providence, RI 02908<br>rlanglois@smithbrink.com | Mark T. Nugent, Esquire<br>MORRISON MAHONEY LLP<br>121 South Main Street, Suite 600<br>Providence, RI 02903-7141<br>mnugent@morrisonmahoney.com |
| Howard A. Merten, Esquire<br>Eric M. Sommers, Esquire<br>VETTER & WHITE<br>20 Washington Place<br>Providence, RI 02903<br>hmerten.station@vetterandwhite.com | Brian R. Cunha, Esquire<br>Law Offices of Brian Cunha & Associates<br>904 Broadway<br>East Providence, RI 02914<br>Brian@Briancunha.com |
| Stephanie Larivee-DiMaio, Esquire<br>GRILLI & DIMAIO<br>215 Broadway<br>Providence, RI 02903<br>singinglawyer@msn.com | Michael DeLuca, Esquire<br>GIDLEY, SARLI & MARUSAK, LLP<br>One Turks Head Place, Suite 900<br>Providence, RI 02903<br>MRD@gsm-law.com |
| Ralph J. Monaco, Esquire<br>CONWAY & LONDREGAN<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT 06320<br>rmonaco.c-l@snet.net | Timothy A. Williamson, Esquire<br>Mark D. Tourgee, Esquire<br>INMAN & TOURGEE<br>1193 Tiogue Avenue<br>Coventry, RI 02816<br>Inmantourgeelaw@aol.com |
| Gregory L. Boyer, Esquire<br>170 Westminster Street, Suite 200<br>Providence, RI 02903<br>boyerlaw1@aol.com | Faith A. LaSalle, Esquire<br>Law Offices of Faith A. LaSalle<br>One Turks Head Place<br>76 Westminster Street, Suite 1010<br>Providence, RI 02903<br>flasalle@lasallelaw.com |

| | |
|---|---|
| Robert I. Reardon, Jr., Esquire<br>Robert T. Rimmer, Esquire<br>THE REARDON LAW FIRM, P.C.<br>160 Hempstead Street<br>New London, CT 06320<br>Reardonlaw@aol.com | Donna M. Lamontagne, Esquire<br>ZIZIK, POWERS, O'CONNELL, SPAULDING & LAMONTAGNE, P.C.<br>40 Westminster Street, Suite 201<br>Providence, RI 02903<br>Dlamontagne@zizikpowers.com |
| Mark P. Dolan, Esquire<br>Anthony R. Leone, Esquire<br>RICE, DOLAN & KERSHAW<br>170 Westminster Street, Suite 900<br>Providence, RI 02903<br>Ricedolank@aol.com | Thomas C. Angelone, Esquire<br>HODOSH, SPINELLA & ANGELONE, PC<br>One Turks Head Place, Suite 1050<br>Providence, RI 02903<br>Angelonelaw@aol.com |
| George E. Wolf, III, Esquire<br>SHOOK, HARDY & BACON, LLP<br>One Kansas City Place<br>1200 Main Street<br>Kansas City, MO 64105-2118<br>GWolf@shb.com | Georgia A. Sullivan, Esquire<br>MATHIS & ASSOCIATES<br>55 Farmington Avenue, Suite 500<br>Hartford, CT 06105<br>Georgia.Sullivan@thehartford.com |
| Howard Julien<br>570 Shermantown Road<br>Saunderstown, RI 02874<br>sohohomes@yahoo.com | Jose M. Rojas, Esquire<br>Mark K. Ostrowski, Esquire<br>SHIPMAN & GOODWIN, LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>jrojas@goodwin.com |
| Ronald J. Resmini, Esquire<br>Ronald J. Creamer, Esquire<br>RESMINI LAW OFFICES, LTD.<br>155 South Main Street, Suite 400<br>Providence, RI 02903<br>Resminilaw@yahoo.com | Bruce P. Keller, Esquire<br>Jessica L. Margolis, Esquire<br>DEBEVOISE & PLIMPTON<br>919 Third Avenue<br>New York, NY 10022<br>Bkeller@debevoise.com |
| Christopher C. Fallon, Jr., Esquire<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103-3508<br>cfallon@cozen.com | Andrew Trevelise, Esquire<br>REED SMITH, LLP<br>2500 One Liberty Place<br>Philadelphia, PA 19103-7301<br>atrevelise@reedsmith.com |
| Stephen P. Fogerty, Esquire<br>HALLORAN & SAGE, LLP<br>315 Post Road West<br>Westport, CT 06880<br>fogerty@halloran-sage.com | Joseph J. McGair, Esquire<br>PETRARCA & McGAIR, INC.<br>797 Bald Hill Road<br>Warwick, RI 02886<br>jjm@petrarcamcgair.com |

Susan Auclair