RECEIVED
FEB 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually,
Plaintiffs,

v.

AMERICAN FOAM CORPORATION, et al.,
Defendants.

CIVIL ACTION NO. 04-56-L

STIPULATION OF DISMISSAL

Citadel Communications Corporation d/b/a WQGN-FM inadvertently was named as a defendant in the above-captioned matter and, as such, the action as to this defendant is dismissed.

Dated: February 2, 2005

CHARLES and CAROL SWEET et al.

By their Attorneys,

Brian R. Cunha, Esq. (#4074)
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

Dated: February 3, 2005

CITADEL COMMUNICATIONS CORPORATION d/b/a WQGN-FM

By its Attorneys,

Matthew Medeiros (#1856)
LITTLE MEDEIROS KINDER BULMAN & WHITNEY PC
72 Pine Street
Providence, RI 02903
(401) 272-8080

*Of Counsel*:

Bruce P. Keller
Jessica L. Margolis
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, New York 10022
(212) 909-6000

Enter: Ronald R. Lagueux
Sr. USDJ 2/4/05

(124)