UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | | |
|---|---|---|
| CHARLES AND CAROL SWEET, ET AL. Plaintiffs, | § § § § | |
| v. | § | Civil Action No. 04-56L |
| AMERICAN FOAM CORP., ET AL. Defendants. | § § § § § | Judge: Ronald R. Lagueux |

not in the case

**ANSWER OF BRIAN BUTLER, TVL BROADCASTING, INC., AND STC BROADCASTING, INC. TO PLAINTIFFS' NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT SUBJECT TO TVL'S AND STC'S PARTIAL MOTION TO DISMISS**

TO THE HONORABLE COURT:

It appears that Plaintiffs in the case referenced above (whose case was transferred to this Court in February 2004) recently filed a document mistakenly titled "Pro Forma Complaint Regarding Station Nightclub Fire Litigation," which adopted the First Amended Master Complaint filed in the *Gray* case (C.A. No. 04-312L) in its entirety. Shortly thereafter, Plaintiffs in the case referenced above filed their "Notice Of Adoption Of First Amended Master Complaint," which again adopted the First Amended Master Complaint filed in the *Gray* case (C.A. No. 04-312L) in its entirety, and included additional allegations and claims as set forth in the Notice Of Adoption Of First Amended Master Complaint filed in the *Henault* case (C.A. No. 03-483L).

THEREFORE, BRIAN BUTLER (the 24th listed Defendant in the above-referenced action, hereinafter "BUTLER" or "Defendant"), TVL BROADCASTING, INC. (the 25th listed Defendant in the above-referenced action, hereinafter listed as "TVL" or "Defendant"), and STC BROADCASTING, INC. (the 26th listed Defendant in the above-referenced action, hereinafter



125

listed as "STC" or "Defendant") (collectively, "Defendants") respectfully file this Answer to Plaintiffs' "Pro Forma Complaint Regarding Station Nightclub Fire Litigation" and "Notice Of Adoption Of First Amended Master Complaint" Subject To TVL's And STC's separately filed Partial Motion to Dismiss, as follows:

Defendants incorporate by reference their previously filed Answer To The First Amended Master Complaint filed in the *Gray* case (C.A. 04-312L) and their separately filed Answer to the Notice Of Adoption Of First Amended Master Complaint filed in the *Henault* case (C.A. No. 03-483L).[1] In addition, Defendants answer Plaintiffs' additional claims as follows:

**PARTIES**

**PLAINTIFFS**

(259) The plaintiff, Estate of Shawn Sweet, by and through Charles and Carol Sweet, Co-Administers; is an individual who at all times relevant hereto lived in Pembrook, Massachusetts. Mr. Sweet was a patron of The Station night-club on February 20, 2003, when the building caught fire and burned to the ground following the use of pyrotechnics by a band performing within the club. Mr. and Mrs. Sweet's appointment as Co-Administrators of the plaintiff Estate by the Plymouth Probate and Family Court was granted on May 23, 2003.

**RESPONSE:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

[1] Without waiving any of their defenses related to service of process, Defendants state that their counsel has received a copy of "Pro Forma Complaint Regarding Station Nightclub Fire Litigation" and "Notice Of Adoption Of First Amended Master Complaint" in *Sweet, et al. v. American Foam Corp., et al.* case (C.A. 04-56L), which adopt the First Amended Master Complaint filed in *Gray, et al. v. Jeffrey Derderian, et al.* (C.A. 04-312L) and the additional allegations and claims as set forth in *Henault, et al. v. American Foam Corp., et al.* (C.A. No. 03-483L). Defendants themselves have never been properly served with service of process in the *Sweet* case. To the extent Defendants are presently before this Court in the *Sweet* matter, Defendants submit this Answer.

## AFFIRMATIVE DEFENSES

1. The Plaintiffs fail to state a claim upon which relief could be granted against these Defendants.

2. The claim asserted against TVL and STC derived through the conduct of Derderian is barred by the First Amendment to the United States Constitution and Article I, Sections 20 and 21 of the Rhode Island Constitution.

3. STC denies that it is the corporate owner of WPRI-TV, Channel 12, and is, therefore, the wrong corporate defendant. STC was merged into TVL in August 2002 and has no corporate existence.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the claims against them be dismissed with prejudice and that they recover their costs of suit herein and that they be awarded such further relief at law or in equity as to which they may be entitled.

Respectfully submitted,

Defendants TVL BROADCASTING, INC., STC BROADCASTING, INC. and BRIAN BUTLER,
by their Attorneys,

Charles L. Babcock /DMR

Charles L. Babcock
Nancy W. Hamilton
Earl H. Walker
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Fax

DATED: 2/4/05

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

Denean M. Russo



3817051v1

**CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of February, 2005, a true and correct copy of ANSWER OF BRIAN BUTLER, TVL BROADCASTING, INC., AND STC BROADCASTING, INC. TO PLAINTIFFS' NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT SUBJECT TO TVL'S AND STC'S PARTIAL MOTION TO DISMISS was served via email in PDF format only, upon:

| | |
|---|---|
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer | asonger@shb.com |
| Anthony F. DeMarco | tdemarco@conversent.net |
| Brian R. Cunha | Brian@Briancunha.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.com |
| Donald J. Maroney | dmaroney@kkrs.com |
| Donna M. Lamontagne | Dlamontagne@zizikpowers.com |
| Edward M. Crane | ecrane@skadden.com |
| Edward T. Hinchey | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | mcpherson@m-klaw.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Faith A. LaSalle | flasalle@lasallelaw.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Gregory L. Boyer | boyerlaw1@aol.com |
| Howard A. Merten | hmerten.station@vetterandwhite.com |
| Howard J. Julian | sohohomes@yahoo.com |
| J. Renn Olenn | jro@olenn-penza.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr. | jrestivo@reedsmith.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy | jtm@hansoncurran.com |
| Jessica L. Margolis | jmargolis@debevoise.com |
| John J. Nazzaro | attynazzaro@aol.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph J. McGair | jjm@petrarcamcgair.com |
| Joseph V. Cavanagh, Jr. | jvc@blishcavlaw.com |
| Marc DeSisto | marc@Desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill | mcahill@choate.com |



3817051v1

| | |
|---|---|
| Mark K. Ostrowski | mostrowski@goodwin.com |
| Mark P. Dolan | Ricedolank@aol.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Mark Tourgee | inmantourgeelaw@aol.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Max Wistow | wvenditti@wistbar.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| Randall L. Souza | RSouza@nixonpeabody.com |
| Richard W. MacAdams | Rmacadams@mandwlaw.com |
| Robert Reardon and Robert Rimmer | Reardonlaw@aol.com |
| Ronald J. Resmini | Resminilaw@yahoo.com |
| Ronald Langlois | rlanglois@smithbrink.com |
| Russell Bengtson | RBengtson@ckmlaw.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | singinglawyer@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia | sbreggia@BBGlaw.us |
| Stephen M. Prignano | sprignano@EdwardsAngell.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci | SMinicucci@calvinolaw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| W. Thomas McGough, Jr. | tmcgough@reedsmith.com |

Nancy Hamilton /DMK

Nancy Hamilton



3817051v1