UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually,**

**Plaintiffs,**

**V.**

**AMERICAN FOAM CORPORATION et al.,**

**Defendants**

**C.A. NO.: 04-56-L**

**MOTION TO DISMISS PLAINTIFF'S ADOPTION OF THE HENAULT COMPLAINT**

Now comes the Plaintiffs in the above entitled matter and respectfully request that this Honorable Court abandon the adoption of the Henault, et al v. American Foam Corp, et al., C.A. No. 03-483L Complaint, as the Plaintiffs have filed a Motion to Adopt the Albert L. Gray, Administrator, et al. vs. Jeffrey Derderian, et al., C.A. No. 04-312-L Complaint in its entirely.

As reasons therefore, after review of the matter, in order to simplify the issues, the plaintiffs have decided to adopt the Albert L. Gray, Administrator, et al. vs. Jeffrey Derderian, et al., C.A. No. 04-312-L complaint in its entirety.

Granted;
Ronald R. Lagueux
Sn. USDJ 2/28/05

Plaintiffs' in C.A. No.: 04-56-L
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

(132)