UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES SWEET, et al. | : | |
| | : | |
| vs. | : | C.A. No. 04-056 L |
| | : | |
| AMERICAN FOAM, et al. | : | |

**DEFENDANTS STATE OF RHODE ISLAND AND IRVING J. OWENS' NOTICE OF ELECTION AS TO MOTION TO DISMISS**

DEFENDANTS STATE OF RHODE ISLAND AND IRVING J. OWENS hereby give Notice pursuant to Paragraph 5 of the Consent Order entered on February 2, 2006, that these defendants elect to invoke the application of the Court's previous ruling on their Motion to Dismiss as to all claims made by all plaintiffs[6] named in the Third Amended Complaint and all adoptions thereof.

Respectfully submitted,

State of Rhode Island and Irving J. Owens

By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

James R. Lee (#4305)
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2314
FAX: (401) 222-2995

[6] This election shall apply to all claims made by all plaintiffs as to Irving J. Owens. It shall apply to all claims made by all plaintiffs that are subject to the Court's ruling of November 17, 2005 for the State of Rhode Island.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 28th day of February 2006, a copy of the within was e-mailed to the certification list.

Carol Collins

angelonelaw@aol.com
Bkeller@debevoise.com
Brian@briancunha.com
cfallon@cozen.com
credihan@KPRLaw.com
dmaroney@kkrs.com
ehinchey@sloanewalsh.com
fogerty@halloran-sage.com
Georgia.Sullivan@thehartford.com
Hmerton.station@psh.com
mpotenza@debevoise.com
johnmahoney@amlawllp.com
jrestivo@reedsmith.com
stationfire@hansoncurran.com
mcahill@choate.com
mfm@lmkbw.com
mikesp@rrsplaw.com
mnugent@morrisonmahoney.com
msmandell@msn.com
pvsullivan@morrisonmahoney.com
Reardonlaw@aol.com
ricedolank@aol.com
rmacadams@mandwlaw.com
sbreggia@bbglaw.us
fonia@msn.com
SMinicucci@calvinolaw.com
sprignano@edwardsangell.com
swettle@fbtlaw.com
tlyons@straussfactor.com
jdean@wistbar.com
StationFireLitigation@nixonpeabody.com
mostrowski@goodwin.com
stationfire@esquirecom.com

atrevelise@reedsmith.com
boyerlaw1@aol.com
CBabcock@jw.com
KBH@olenn-penza.com
Stationfire@smithbrink.com
ecrane@skadden.com
emcpherson@m-klaw.com
StationLitigation@melicklaw.com
Gwolf@shb.com
inmantourgeelaw@aol.com
sodonoghue@hcc-law.com
jreilly@kkrs.com
jruggieri@hcc-law.com
stationfire@blishcavlaw.com
Dlamontagne@zizikpowers.com
mhadden@mhaddenlaw.com
stationfire@desistolaw.com
MRD@gsm-law.com
pjones@cmj-law.com
rbengtson@ckmlaw.com
Resminilaw@yahoo.com
jjm@petrarcamcgair.com
rmonaco.c-l@snet.net
emancuso@hwac.com
smacgillivray@edwardsangell.com
sohohomes@yahoo.com
stucker@ths-law.com
tdemarco@conversent.net
tmcgough@reedsmith.com
rnorton@sloanewalsh.com
aminchillo@itwlaw.com
Stephen.Izzi@hklaw.com