**UNITED STATE[illegible] [illegible] COURT**
**DISTRICT O[illegible] [illegible]SLAND**

CHARLES and CAROL [illegible]WEET, ET AL

VS. [illegible]A. NO. 2004-056 L

AMERICAN FOAM CO[illegible]ORATION, ET AL

**STI[illegible]**

By agreemen[illegible] [illegible]f the parties, it is he[illegible] [illegible]that Defendant Daniel Biechele shall have up to and inclu[illegible]g March 17, 2006 to [illegible] [illegible]erwise respond to Plaintiffs' Adoption of Third Amended M[illegible]er Complaint.

CHARLES and CAROL [illegible]WEET, ET AL
By Their Attorneys,

Brian R. Cunha - #
Karen A. Alegria - #6[illegible]2
Attorney for Plaintiffs
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 0[illegible]14
(401) 434-5300
(401) 434-1958—FAX

DATED: 2/27/06

[illegible]IECHELE
[illegible]orneys,

[illegible] Reilly - #0658
[illegible] Maroney - #3737
[illegible]or Defendant, Daniel Biechele
[illegible]ELLEHER, REILLY & SIMPSON
[illegible]minster Street, Suite 500
[illegible]ce, RI 02903
[illegible]312
[illegible]397—FAX

3-3-06.

***CERTIFICATION***

I hereby certify that a true copy of the within was sent by electronic mail to all counsel of record on the 3rd day of March, 2006.

Donald J. [signature]