UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Charles and Carol Sweet, as Administrators of the Estate of Shawn Sweet; et al.,

Plaintiffs,

v.

AMERICAN FOAM CORPORATION, et al,

Defendants.

CIVIL ACTION NO. 04-056-L
(Adopting C.A. No. 04-312L)

**POLAR INDUSTRIES INC.'S MOTION TO DISMISS**

Defendant Polar Industries Inc. respectfully moves, pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss the claims of the above-captioned plaintiffs against it. The plaintiffs in this matter have filed a Pro Forma Complaint Regarding Station Nightclub Fire Litigation and have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) vs. Jeffrey Derderian, et al. (Defendants), C.A. No. 04-312L in its entirety. In response to the Third Amended Master Complaint in Gray, Polar Industries Inc. filed a Motion to Dismiss and Supporting Memorandum, recorded as Gray Docket No. 818. As the Plaintiffs in Sweet have adopted and incorporated by reference the Third Amended Master Complaint, in the interest of judicial economy and avoiding unnecessary duplication, Polar Industries Inc. similarly adopts and incorporates by reference its Motion to Dismiss and Supporting Memorandum filed in Gray and moves that the Sweet Complaint be dismissed on the same basis.

RESPECTFULLY SUBMITTED:

Defendant, Polar Industries, Inc.
By its attorney,

John J. Flanagan, Esq. #3099
Airport Professional Park
2348 Post Road,
Warwick RI 02886
(401) 732-4480
(508) 541-6050 (fax)
jflanagan@torti.com

Defendant, Polar Industries, Inc.
By its attorneys, - PRO HAC VICE

Michael J. McCormack, MA BBO# 329680
David T. Mitrou, MA BBO #645775
The McCormack Firm, LLC
One International Place
Boston, MA 02110
(617) 951-2929
(617) 951-2672 (fax)
dmitrou@mccormackfirm.com

Dated: 7/11/06

## CERTIFICATE OF SERVICE

I hereby certify that on the 11 day of July, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record appended hereto.

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301
*(via regular mail)*

Station Fire - Service List

Members:

| | | |
|---|---|---|
| 1. | Andrew Trevelise | atrevelise@reedsmith.com |
| 2. | Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 3. | Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| 4. | Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 5. | Brian Cunha, Esq and others | brian@briancunha.com |
| 6. | Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 7. | Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 8. | C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 9. | Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 10. | Charles Babcock, Esq. | cbabcock@jw.com |
| 11. | Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 12. | Christopher C. Fallon, Esq. | cfallon@cozen.com |
| 13. | Christopher Hunt, Esq. | chunt@cetcap.com |
| 14. | Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 15. | Daniel Horgan, Esq. | Horganlaw@snet.net |
| 16. | David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 17. | David A. Wollin, Esq. | dwollin@apslaw.com |
| 18. | David E. Magli, Esq. | dmaglio@magliolaw.com |
| 19. | Deborah Solmor, Esq. | dsolmor@skadden.com |
| 20. | Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 21. | Earl H. Walker, Esq. | ewalker@jw.com |
| 22. | Edward M. Crane, Esq. | ecrane@skadden.com |
| 23. | Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| 24. | Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 25. | Eric Bradford Hermanson, Esq. | ehermanson@choate.com |

| | | |
|---|---|---|
| 26. | Eric DiMario, Esq | edimario@gunninglafazia.com |
| 27. | Esquire Deposition Services | stationfire@esquirecom.com |
| 28. | Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 29. | Fred A. Kelly, Jr., Esq. and others | stationfirelitigation@nixonpeabody.com |
| 30. | George Wolf, Esq, Anna Songer, Esq | Stationfire@shb.com |
| 31. | Georgia Sullivan | georgia.sullivan@thehartford.com |
| 32. | Henry M. Swan, Esq. | hms@dksblaw.com |
| 33. | Howard Julian | sohohomes@yahoo.com |
| 34. | Howard Merten, Esq. | Hmerten.station@psh.com |
| 35. | J. Renn Olenn, Esq. | KBH@Olenn-Penza.com |
| 36. | James A. Bigos, Esq. | jim@b-plaw.com |
| 37. | James A. Ruggieri | jruggieri@hcc-law.com |
| 38. | James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 39. | James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 40. | James R. Lee, Esq. | JLee@riag.state.ri.us |
| 41. | Jessica Deanseris, Esq. | jad@wistbar.com |
| 42. | Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 43. | John J. Flanagan, Esq. | jflanagan@torti.com |
| 44. | John J. Nazzaro, Jr., Esq. | attynazzaro@aol.com |
| 45. | John P. Barylick, Esq. | jpb@wistbar.com |
| 46. | John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 47. | John R. Mahone, Esq. | johnmahoney@amlawllp.com |
| 48. | Joseph B. Burns, Esq. | jburns@rms-law.com |
| 49. | Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 50. | Joseph J. Bellew, Esq. | JBellew@cozen.com |
| 51. | Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 52. | Joseph V. Cavanagh, Jr., Esq. and others | stationfire@blishcavlaw.com |

| | | |
|---|---|---|
| 53. | Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 54. | Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 55. | Kim M. Clarke, Esq. | KClarke@nixonpeabody.com |
| 56. | Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 57. | Lawlrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 58. | Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 59. | Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 60. | Mark D. Cahill, Esq. | mcahill@choate.com |
| 61. | Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 62. | Mark P. Dolan, Esq. | ricedolank@aol.com |
| 63. | Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 64. | Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 65. | Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 66. | Mark Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| 67. | Marks S. Mandell, Esq. | msb@msb-atty.com |
| 68. | Matthew F. Medeiros, Esq. | mfm@lmlbw.com |
| 69. | Max Wistow, Esq. | mw@wistbar.com |
| 70. | Meghan H. Sullivan, Esq. | Meghan.Sullivan@lw.com |
| 71. | William M. Heffernan, Esq. | Heffernanlaw@aol.com |
| 72. | Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 73. | Michael A. St. Pierre, Esq. | pschneider@cmj-law.com |
| 74. | Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 75. | Michael J. Mazurczak, Esq. and others | Stationlitigation@melicklaw.com |
| 76. | Michael Potenza, Esq. | mpotenza@debevoise.com |
| 77. | Michael R. De Luca, Esq | Mrd@gsm-law.com |
| 78. | Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 79. | Patrick T. Jones, Esq. | pjones@cmj-law.com |

| | | |
|---|---|---|
| 80. | Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 81. | Peter L. Resnik, Esq. | presnik@mwe.com |
| 82. | Rajaram Suryanarayan, Esq. | Rsury@gunninglafazia.com |
| 83. | Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 84. | Richard W. McAdams, Esq. | rmacadams@mandwlaw.com |
| 85. | Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 86. | Robert Norton, Esq. | rnorton@SloaneWalsh.com |
| 87. | Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 88. | Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 89. | Russell Bramley, Esq. | Bramley@hbhlaw.com |
| 90. | S. Michael Levin, Esq. | mlevin@wszlaw.com |
| 91. | Scott T. Tucker, Esq. | stucker@ths-law.com |
| 92. | Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 93. | Stephen Armato, Esq. | sarmato@cetcap.com |
| 94. | Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| 95. | Stephen Izzi, Esq. | Stephen.izzi@hklaw.com |
| 96. | Stephen J. MacGillivray, Esq. | sprignano@eapdlaw.com |
| 97. | Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 98. | Stephen MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| 99. | Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| 100. | Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 101. | Steven W. Kasten, Esq. | skasten@mwe.com |
| 102. | Susan S. Wettle, Esq. | Swettle@fbtlaw.com |
| 103. | Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 104. | Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| 105. | Thomas R. Bender, Esq. and others | stationfire@hansoncurran.com |
| 106. | Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| 107. | Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |

| | | |
|---|---|---|
| 108. | Timothy B. Hardwicke, Esq. | Timothy.Hardwicke@lw.com |
| 109. | W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 110. | William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 111. | William E. O'Gara, Esq | wogara@pld-law.com |
| 112. | William F. Burke, Esq | wburke@apslaw.com |
| 113 | Daniel McKiernan, Esq. | dmckiernan@mtmlaw.us |