UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators: of the Estate of SHAWN SWEET; CHARLES and CAROL SWEET, Individually, Plaintiffs,

v.

AMERICAN FOAM CORPORATION, et al., Defendants.

C.A. No: 04-56-L
(Jury Trial Demanded)

**ANSWER OF DEFENDANTS MARK KENDALL, DAVID FILICE AND ERIC POWERS TO PLAINTIFFS' NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Pursuant to paragraph 4 of the Court's Consent Order entered in the *Gray* Litigation on February 2, 2006 and in response to Plaintiffs' Notice of Adoption of Third Amended Master Complaint, Defendants Mark Kendall, David Filice and Eric Powers (collectively "These Defendants") adopt and incorporate herein their Answer to the *Gray* Plaintiffs' Third Amended Master Complaint.[1]

SUPPLEMENTAL AFFIRMATIVE DEFENSE

In addition to their previously stated affirmative defenses, These Defendants specifically assert that Plaintiffs failed to file in this action a timely Notice of Adoption of the *Gray* Plaintiffs' Third Amended Master Complaint prior to the expiration of the statute of limitations.

---

[1] *See*, Docket Entry No. 843 in the Gray Litigation.

WHEREFORE, Defendants Mark Kendall, David Filice and Eric Powers respectfully request that:

A. All claims within the scope of Plaintiffs' Notice of Adoption of Third Amended Master Complaint be dismissed with prejudice as to them;

B. Plaintiffs' demands for relief against them be denied in every respect; and

C. the Court grant such other and further relief as may be just, proper and equitable.

MARK KENDALL, DAVID FILICE and
ERIC POWERS

By Their Attorneys,

Fred A. Kelly, Jr. (By SMR)

Fred A. Kelly, Jr. (#4553)
Steven M. Richard (#4403)
Kim A. Clarke (Admitted *Pro Hac Vice)*
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
StationFireLitigation@nixonpeabody.com

Edwin F. McPherson (Admitted *Pro Hac Vice*)
McPHERSON & KALMANSOHN, LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 553-8833
(310) 553-9233 (Fax)
mclaw@m-klaw.com

Dated: July 25, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2006, I served a copy of the within Answer of Defendants Mark Kendall, David Filice and Eric Powers to Plaintiffs' Notice of Adoption of Third Amended Master Complaint via either e-mail to all counsel of record listed on the attached service list or regular U.S. Mail to the counsel of record listed below.

John D. Bambara, President
Sentinel Products Corporation
1550 Falmouth Road, Suite 25
Centerville, MA 02632

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

Collette R. Palmer

J ı R. Mahoney
jo ımahoney@amlawllp.com

J ɘph V. Cavanagh, Jr.
K ten E. Rodgers
st onfire@blishcavlaw.com

S ›hen E. Breggia
sl ɘggia@bbglaw.us

B n R. Cunha
K ɜn A. Alegria
B n@Briancunha.com

C ₹ussell Bengtson
R ɜngtson@ckmlaw.com

M k D. Cahill
E Bradford Hermanson
m ıhill@choate.com

P ick T. Jones
P ɜr Schneider
p ıes@cmj-law.com

J ıes R. Lee
jl @riag.state.ri.us

J eph B. Burns
jt ns@rms-law.com

S ven A. Minicucci
V iam A. Filippo
s nicucci@calvinolaw.com

B ce P. Keller
M hael Potenza
B ller@debevoise.com

F ph J. Monaco
r ›naco.c-l@snet.net

C istopher C. Fallon, Jr.
J eph J. Bellew
c lon@cozen.com

M c DeSisto
K hleen M. Daniels
s ionfire@desistolaw.com

S phen M. Prignano
S phen J. MacGillivray
s gnano@edwardsangell.com

M hael R. DeLuca
M D@gsm-law.com

E ı Marie Mancuso
e ancuso@hwac.com

Thomas R. Bender
James T. Murphy
Kelly N. Michels
stationfire@hansoncurran.com

Edward T. Hinchey
James Scanlon
Robert T. Norton
rnorton@sloanewalsh.com
ehinchey@sloanewalsh.com

Thomas C. Angelone
angelonelaw@aol.com

John R. Crockett, III
Carl H. Henlein
Susan S. Wettle
swettle@fbtlaw.com

Michael A. St. Pierre
mikesp@rrsplaw.com

Stephanie DiMaio Larivee
James Howe
fonia@msn.com

Mark T. Nugent
Paul Sullivan
mnugent@morrisonmahoney.com

Mark C. Hadden
MHadden@mhaddenlaw.com

James A. Ruggieri
Gerald C. DeMaria
Suzanne O'Donoghue
jruggieri@hcc-law.com

Daniel J. Horgan
horganlaw@snet.net

Mark D. Tourgee
Timothy A. Williamson
aminchillo@itwlaw.com

John J. Nazzaro
attynazzaro@aol.com

Charles N. Redihan
credihan@kprlaw.com

Matthew F. Medeiros
mfm@lmkbw.com

Mark S. Mandell
Yvette M. Boisclair
msmandell@msn.com

W. Thomas McGough, Jr.
James J. Restivo, Jr.
tmcgough@reedsmith.com

Anthony F. DeMarco
Mark Reynolds
tdemarco@conversent.net

Earl H. Walker
Charles L. Babcock
Nancy W. Hamilton.
CBabcock@jw.com

James H. Reilly, III
Donald J. Maroney
dmaroney@kkrs.com

Richard W. MacAdams
Rmacadams@mandwlaw.com

George E. Wolf, III
Ann M. Songer
stationfire@shb.com

Andrew J. Trevelise
atrevelise@reedsmith.com

Mark P. Dolan
Anthony R. Leone
Ricedolank@aol.com

Ronald P. Langlois
Lauren DiSimone Wilkins
Stationfire@smithbrink.com

Edward M. Crane
Kimberly A. Simpson
Deborah G. Solmor
ecrane@skadden.com

Thomas W. Lyons, III
tlyons@straussfactor.com

Howard A. Merten
Hmerten.station@psh.com

Max H. Wistow
John P. Barylick
jdean@wistbar.com

Howard J. Julian
sohohomes@yahoo.com

J. Renn Olenn
KBH@olenn-penza.com

Robert I. Reardon, Jr.
Tracy L. Poppe
Reardonlaw@aol.com

Scott J. Tucker
STucker@ths-law.com

Allen J. McCarthy
Michael J. Mazurczak
amccarthy@melicklaw.com

T. Dos Urbanski
StationLitigation@melicklaw.com

Stephen Fogerty
fogerty@halloran-sage.com

Lawrence J. Cappuccio
l.cappuccio@worldnet.att.net

Esquire
stationfire@esquirecom.com

James A. Bigos
jim@b-plaw.com

Russell Bramley
Bramley@hbhlaw.net

Craig A. Johns
johnsc@nationwide.com

Stephen T. Armato
Lawrence G. Cetrulo
Christopher a. D. Hunt
Jennifer A. Creedon
StationLitigation@cetcap.com

William E. O'Gara
Wogara@pld-law.com

S. Michael Levin, Esq.
mlevin@wszlaw.com

Michael J. McCormack
Joseph H. Aronson
David T. Mitrou
mmccormack@mccormackfirm.com

Bennett R. Gallo
brg@ndgrb.com

John J. Flanagan
jflanagan@torti.com

B :e G. Tucker
b| :ker@legalmgt.com

M k R. Ter Molen
m rmolen@mayerbrownrowe.com

D id A. Wollin
W iam F. Burke
s| onfire@apslaw.com

H ry M. Swan
h| ;@dksblaw.com

D id E. Maglio
d aglio@magliolaw.com

M k Parsky
m )@mcveyparsky-law.com

S ven W. Kasten
s sten@mwe.com

P er L. Resnik
p snik@mwe.com

T othy B. Hardwicke
M ghan H. Sullivan
T othy.Hardwicke@lw.com

J n J. Cloherty III
jc herty@piercedavis.com

J l Pierce
jp rce@piercedavis.com

V iam M. Heffernan
H fernanlaw@aol.com

F aram Suryanarayan
r: y@gunninglafazia.com

J n G. Hines
h es-patz@conversent.net