BRIAN R. CUNHA, ESQ.**
NELIA CAMARA DESTEFANO, ESQ.**

RICHARD T. GALLONE, ESQ.**
HONEY POLNER, ESQ., R.N.
KAREN A. ALEGRIA, ESQ.**
MONICA MAINA, ESQ.
AMY VALENTE, ESQ.

PAULA S. VIEIRA, ADMINISTRATOR

**MEMBER MA & RI BAR

LAW OFFICES
BRIAN CUNHA
& ASSOCIATES

311 PINE STREET
FALL RIVER, MASSACHUSETTS 02720
(508) 675-9500

FAX: (508) 679-6360

WEBSITE: www.briancunha.com

August 1, 2006

Judge Ronald Lagueux
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
Two Exchange Terrace
Providence, RI 02903

**Re:** **<u>Guindon, et al v. American Foam Corporation, et al</u>**
**C.A. No. 03-335-L**
**<u>Roderiques, et al v. American Foam Corporation, et al</u>**
**C.A. No. 04-026L**
**<u>Sweet, et al. v. American Foam Corporation, et al</u>**
**C.A. No. 04-056L**

Dear Sir/Madam:

With reference to the above-captioned matters, enclosed for filing please Plaintiffs' Objection to Defendant Polar Industries, Inc.'s Motion to Dismiss.

Thank you for your attention to this matter.

Very truly yours,
BRIAN CUNHA & ASSOCIATES, P.C.

Brian R. Cunha, Esquire

BRC/jl
Enclosures

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al., *Plaintiffs,* | : | |
| vs. | : | C.A. No. 04-312L |
| JEFFREY DERDERIAN, et al., *Defendants* | : | |

**PLAINTIFFS' [1]OBJECTION TO DEFENDANT POLAR INDUSTRIES, INC.'S MOTION TO DISMISS**

Plaintiffs, hereby object to the Motion to Dismiss filed by the Defendants Polar Industries, Inc. by referring to and incorporating their previously filed objection.

Plaintiffs incorporate and adopt the points and authorities contained in their earlier memorandum of law, as well as all points and authorities contained in memoranda filed on behalf of the *Gray* plaintiffs.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

[1] All Plaintiffs in Guindon, et al. vs. American Foam, et al. C.A. No. 03-335-L (Adopting the Third Amended Complaint in C.A. No. 04-312L)

**CERTIFICATION OF SERVICE**

I hereby certify that on the 1st day of August, 2006 a true copy of the within was served electronically pursuant to the Court's Order to the following;

| | |
|---|---|
| Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| C. Russell Bengtson, Esq. | Rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | Boyerlaw1@aol.com |
| Stephen E. Breggia, Esq. | Sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | Kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | Mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Lawrence J. Cappuccio, Esq. | L.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | Stationfire@blishcavlaw.com |
| Kristen E. Rodgers, Esq. | Stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | Ercane@skadden.com |
| Deborah Solmor, Esq. | Dsolmor@skadden.com |
| Anthony F. DeMarco, Esq. | Tdemarco@conversent.net |
| Mark T. Reynolds, Esq. | Mtreynolds@conversent.net |
| Mark DeSisto, Esq. | Stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | Cdiedrich@sloanewalsh.com |
| Robert Norton, Esq. | Rnorton@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | Fonia@msn.com |
| Mark P. Dolan, Esq. | Ricedolank@aol.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Christopher C. Fall, Jr., Esq. | Cfallon@cozen.com |
| Stephen Fogerty, Esq. | Fogerty@halloran-sage.com |
| Mark Hadden, Esq. | Mhadden@mhaddenlaw.com |
| Carl A. Henlen, Esq. | Chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | Jcrockett@fbtlaw.com |
| Susan Wettle, Esq. | Swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Patrick T. Jones, Esq. | Pjones@cmj-law.com |
| Peter Schneider, Esq. | Pschneider@cmj-law.com |
| Howard Julian, Esq. | Sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | Bkeller@debevoise.com |
| Fred A. Kelly, Esq. | StationFireLitigation@nixonpeabody.com |
| Steven M. Richard, Esq | StationFireLitigation@nixonpeabody.com |
| Ian Ridlon, Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | Josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | Rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | Lwilkins@smithbrink.com |
| James R. Lee, Esq. | Jlee@riag.ri.gov |
| Thomas W. Lyons, Esq. | Tlyons@straussfactor.com |

| | |
|---|---|
| Richard W. MacAdams, Esq. | Rmacadams@mandwlaw.com |
| John R. Mahoney, Esq. | Johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | Emancuso@hwac.com |
| Mark S. Mandell, Esq. | Msb@msb-atty.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esq. | Jrestivo@reedsmith.com |
| Edwin F. McPherson, Esq. | Emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | Mfm@lmkbw.com |
| Howard A. Merten, Esq. | Hmerten.station@psh.com |
| Benjamin V. White, III, Esq. | Bwhite@vetterandwhite.com |
| Steven A. Minicucci, Esq. | Sminicucci@calvinolaw.com |
| William Filippo, Esq. | Wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esq. | Rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | Stationfire@hansoncurran.com |
| Thomas Bender, Esq. | Stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | Stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | Attynazzaro@aol.com |
| Mark T. Nugent, Esq. | Mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | Pvsullivan@morrisonmahoney.com |
| j. Renn Olenn, Esq. | Jro@olenn-penza.com |
| Michael Potenza, Esq. | Mpotenza@debevois.com |
| Stephen M. Prignano, Esq. | Sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | Smacgillvray@edwardsangell.com |
| Robert Reardon, Esq. | Reardonlaw@aol.com |
| Robert Rimmer, Esq. | Reardonlaw@aol.com |
| Charles N. Redihan, Esq. | Credihan@kprlaw.com |
| James H. Reilly, III, Esq. | Jreilly@kkrs.com |
| Donald J. Maroney, Esq. | Dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | Resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | Resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | Jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | Sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esq. | Mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | Aminchilo@itwlaw.com |
| Timothy A. Williamson, Esq. | Aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esq. | Atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | Stucker@ths-law.com |
| Earl H. Walker, Esq. | Ewalker@jw.com |
| Charles Babcock, Esq. | Cbabcock@jw.com |
| Nancy Hamilton, Esq. | Nhamilton@jw.com |
| George Wolf, III, Esq. | Gwolf@shb.com |
| Ann Songer, Esq. | Asonger@shb.com |

Brian R. Cunha, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al., *Plaintiffs,* | : | |
| vs. | : | C.A. No. 04-312L |
| JEFFREY DERDERIAN, et al., *Defendants* | : | |

**PLAINTIFFS' [2]OBJECTION TO DEFENDANT POLAR INDUSTRIES, INC.'S MOTION TO DISMISS**

Plaintiffs, hereby object to the Motion to Dismiss filed by the Defendants Polar Industries, Inc. by referring to and incorporating their previously filed objection.

Plaintiffs incorporate and adopt the points and authorities contained in their earlier memorandum of law, as well as all points and authorities contained in memoranda filed on behalf of the *Gray* plaintiffs.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

[2] All Plaintiffs in Roderiques, et al. vs. American Foam, et al. C.A. 04-26-L (Adopting the Third Amended Complaint in C.A. No. 04-312L)

**CERTIFICATION OF SERVICE**

I hereby certify that on the 1st day of August, 2006 a true copy of the within was served electronically pursuant to the Court's Order to the following;

| | |
|---|---|
| Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| C. Russell Bengtson, Esq. | Rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | Boyerlaw1@aol.com |
| Stephen E. Breggia, Esq. | Sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | Kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | Mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Lawrence J. Cappuccio, Esq. | L.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | Stationfire@blishcavlaw.com |
| Kristen E. Rodgers, Esq. | Stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | Ercane@skadden.com |
| Deborah Solmor, Esq. | Dsolmor@skadden.com |
| Anthony F. DeMarco, Esq. | Tdemarco@conversent.net |
| Mark T. Reynolds, Esq. | Mtreynolds@conversent.net |
| Mark DeSisto, Esq. | Stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | Cdiedrich@sloanewalsh.com |
| Robert Norton, Esq. | Rnorton@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | Fonia@msn.com |
| Mark P. Dolan, Esq. | Ricedolank@aol.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Christopher C. Fall, Jr., Esq. | Cfallon@cozen.com |
| Stephen Fogerty, Esq. | Fogerty@halloran-sage.com |
| Mark Hadden, Esq. | Mhadden@mhaddenlaw.com |
| Carl A. Henlen, Esq. | Chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | Jcrockett@fbtlaw.com |
| Susan Wettle, Esq. | Swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Patrick T. Jones, Esq. | Pjones@cmj-law.com |
| Peter Schneider, Esq. | Pschneider@cmj-law.com |
| Howard Julian, Esq. | Sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | Bkeller@debevoise.com |
| Fred A. Kelly, Esq. | StationFireLitigation@nixonpeabody.com |
| Steven M. Richard, Esq | StationFireLitigation@nixonpeabody.com |
| Ian Ridlon, Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | Josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | Rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | Lwilkins@smithbrink.com |
| James R. Lee, Esq. | Jlee@riag.ri.gov |
| Thomas W. Lyons, Esq. | Tlyons@straussfactor.com |

| | |
|---|---|
| Richard W. MacAdams, Esq. | Rmacadams@mandwlaw.com |
| John R. Mahoney, Esq. | Johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | Emancuso@hwac.com |
| Mark S. Mandell, Esq. | Msb@msb-atty.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esq. | Jrestivo@reedsmith.com |
| Edwin F. McPherson, Esq. | Emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | Mfm@lmkbw.com |
| Howard A. Merten, Esq. | Hmerten.station@psh.com |
| Benjamin V. White, III, Esq. | Bwhite@vetterandwhite.com |
| Steven A. Minicucci, Esq. | Sminicucci@calvinolaw.com |
| William Filippo, Esq. | Wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esq. | Rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | Stationfire@hansoncurran.com |
| Thomas Bender, Esq. | Stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | Stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | Attynazzaro@aol.com |
| Mark T. Nugent, Esq. | Mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | Pvsullivan@morrisonmahoney.com |
| j. Renn Olenn, Esq. | Jro@olenn-penza.com |
| Michael Potenza, Esq. | Mpotenza@debevois.com |
| Stephen M. Prignano, Esq. | Sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | Smacgillvray@edwardsangell.com |
| Robert Reardon, Esq. | Reardonlaw@aol.com |
| Robert Rimmer, Esq. | Reardonlaw@aol.com |
| Charles N. Redihan, Esq. | Credihan@kprlaw.com |
| James H. Reilly, III, Esq. | Jreilly@kkrs.com |
| Donald J. Maroney, Esq. | Dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | Resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | Resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | Jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | Sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esq. | Mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | Aminchilo@itwlaw.com |
| Timothy A. Williamson, Esq. | Aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esq. | Atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | Stucker@ths-law.com |
| Earl H. Walker, Esq. | Ewalker@jw.com |
| Charles Babcock, Esq. | Cbabcock@jw.com |
| Nancy Hamilton, Esq. | Nhamilton@jw.com |
| George Wolf, III, Esq. | Gwolf@shb.com |
| Ann Songer, Esq. | Asonger@shb.com |

Brian R. Cunha, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al., *Plaintiffs,* | : | |
| vs. | : | C.A. No. 04-312L |
| JEFFREY DERDERIAN, et al., *Defendants* | : | |

**PLAINTIFFS' [3]OBJECTION TO DEFENDANT POLAR INDUSTRIES, INC.'S MOTION TO DISMISS**

Plaintiffs, hereby object to the Motion to Dismiss filed by the Defendants Polar Industries, Inc. by referring to and incorporating their previously filed objection.

Plaintiffs incorporate and adopt the points and authorities contained in their earlier memorandum of law, as well as all points and authorities contained in memoranda filed on behalf of the *Gray* plaintiffs.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

[3] All Plaintiffs in Sweet, et al. vs. American Foam, et al. C.A. 04-56-L (Adopting the Third Amended Complaint in C.A. No. 04-312L)

**CERTIFICATION OF SERVICE**

I hereby certify that on the 1st day of August, 2006 a true copy of the within was served electronically pursuant to the Court's Order to the following;

| | |
|---|---|
| Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| C. Russell Bengtson, Esq. | Rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | Boyerlaw1@aol.com |
| Stephen E. Breggia, Esq. | Sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | Kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | Mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Lawrence J. Cappuccio, Esq. | L.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | Stationfire@blishcavlaw.com |
| Kristen E. Rodgers, Esq. | Stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | Ercane@skadden.com |
| Deborah Solmor, Esq. | Dsolmor@skadden.com |
| Anthony F. DeMarco, Esq. | Tdemarco@conversent.net |
| Mark T. Reynolds, Esq. | Mtreynolds@conversent.net |
| Mark DeSisto, Esq. | Stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | Cdiedrich@sloanewalsh.com |
| Robert Norton, Esq. | Rnorton@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | Fonia@msn.com |
| Mark P. Dolan, Esq. | Ricedolank@aol.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Christopher C. Fall, Jr., Esq. | Cfallon@cozen.com |
| Stephen Fogerty, Esq. | Fogerty@halloran-sage.com |
| Mark Hadden, Esq. | Mhadden@mhaddenlaw.com |
| Carl A. Henlen, Esq. | Chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | Jcrockett@fbtlaw.com |
| Susan Wettle, Esq. | Swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Patrick T. Jones, Esq. | Pjones@cmj-law.com |
| Peter Schneider, Esq. | Pschneider@cmj-law.com |
| Howard Julian, Esq. | Sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | Bkeller@debevoise.com |
| Fred A. Kelly, Esq. | StationFireLitigation@nixonpeabody.com |
| Steven M. Richard, Esq | StationFireLitigation@nixonpeabody.com |
| Ian Ridlon, Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | Josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | Rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | Lwilkins@smithbrink.com |
| James R. Lee, Esq. | Jlee@riag.ri.gov |
| Thomas W. Lyons, Esq. | Tlyons@straussfactor.com |

| | |
|---|---|
| Richard W. MacAdams, Esq. | Rmacadams@mandwlaw.com |
| John R. Mahoney, Esq. | Johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | Emancuso@hwac.com |
| Mark S. Mandell, Esq. | Msb@msb-atty.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esq. | Jrestivo@reedsmith.com |
| Edwin F. McPherson, Esq. | Emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | Mfm@lmkbw.com |
| Howard A. Merten, Esq. | Hmerten.station@psh.com |
| Benjamin V. White, III, Esq. | Bwhite@vetterandwhite.com |
| Steven A. Minicucci, Esq. | Sminicucci@calvinolaw.com |
| William Filippo, Esq. | Wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esq. | Rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | Stationfire@hansoncurran.com |
| Thomas Bender, Esq. | Stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | Stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | Attynazzaro@aol.com |
| Mark T. Nugent, Esq. | Mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | Pvsullivan@morrisonmahoney.com |
| j. Renn Olenn, Esq. | Jro@olenn-penza.com |
| Michael Potenza, Esq. | Mpotenza@debevois.com |
| Stephen M. Prignano, Esq. | Sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | Smacgillvray@edwardsangell.com |
| Robert Reardon, Esq. | Reardonlaw@aol.com |
| Robert Rimmer, Esq. | Reardonlaw@aol.com |
| Charles N. Redihan, Esq. | Credihan@kprlaw.com |
| James H. Reilly, III, Esq. | Jreilly@kkrs.com |
| Donald J. Maroney, Esq. | Dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | Resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | Resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | Jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | Sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esq. | Mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | Aminchilo@itwlaw.com |
| Timothy A. Williamson, Esq. | Aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esq. | Atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | Stucker@ths-law.com |
| Earl H. Walker, Esq. | Ewalker@jw.com |
| Charles Babcock, Esq. | Cbabcock@jw.com |
| Nancy Hamilton, Esq. | Nhamilton@jw.com |
| George Wolf, III, Esq. | Gwolf@shb.com |
| Ann Songer, Esq. | Asonger@shb.com |

Brian R. Cunha, Esq.