**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHARLES and CAROL SWEET, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FOAM CORPORATION, et al.<br><br>Defendants, | C.A. No. 04-056-L |

**PREGIS INNOVATIVE PACKAGING INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT OF CHARLES and CAROL SWEET et. al**

Pregis Innovative Packaging Inc. ("Pregis Innovative") hereby adopts and incorporates by reference in its entirety its Answer and Affirmative Defenses to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.,* C.A. No. 04-312L as adopted by Charles and Carol Sweet et al. in *Charles and Carol Sweet et al. vs. American Foam Corporation, et al.*, C.A. No. 04-056-L.

**AFFIRMATIVE DEFENSES**

As its affirmative defenses to all causes of action purportedly brought against it in the Complaint, Pregis Innovative adopts and incorporates by reference the Affirmative Defenses alleged in its Answer and Affirmative Defenses to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.,* C.A. No. 04-312L.

*

*

Respectfully Submitted,

PREGIS INNOVATIVE PACKAGING INC.

By its Attorneys,

/s/ S. Michael Levin
S. Michael Levin (#3796)
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, Rhode Island 02903-3980
Tel: (401) 273-8300
Fax: (401) 272-5728 (fax)
mlevin@wszlaw.com

Of Counsel:

Peter L. Resnik (Pro hac vice)
Steven W. Kasten (Pro hac vice)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109-1775
Tel: (617) 535-4000
Fax: (617) 535-3800
presnik@mwe.com
skasten@mwe.com

Dated: August 9, 2006

## CERTIFICATION

I hereby certify that on the 9th day of August, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record attached hereto.

/s/ S. Michael Levin .

| | |
|---|---|
| 1. Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| 2. Amy Minchillo, Esq. | aminchillo@itwlaw.com |
| 3. Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| 4. Ann Songer, Esq. and | stationfire@shb.com |
| 5. Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 6. Anthony R. Leone, Esq. | leonelaw@cox.net |
| 7. B. Jon Enciso | jenciso@legalmgt.com |
| 8. Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 9. Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| 10. Brian Cunha, Esq. | brian@Briancunha.com |
| 11. Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 12. Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 13. C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 14. Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 15. Charles Babcock, Esq. | cbabcock@jw.com |
| 16. Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 17. Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| 18. Christopher A.D. Hunt, Esq. | chunt@cetcap.com |
| 19. Craig A. Johns, Esq. | johnsc@nationwide.com |
| 20. Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 21. Daniel Horgan, Esq. | horganlaw@snet.net |
| 22. Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| 23. David E. Maglio, Esq. | dmaglio@magliolaw.com |
| 24. David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 25. David A. Wollin, Esq. | dwollin@apslaw.com |
| 26. Deborah Solmor, Esq. | dsolmor@skadden.com |
| 27. Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| 28. Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 29. Earl H. Walker, Esq. | ewalker@jw.com |
| 30. Edward M. Crane, Esq. | ecrane@skadden.com |
| 31. Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| 32. Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 33. Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 34. Esquire Deposition Solutions | stationfire@esquirecom.com |

| | |
|---|---|
| 35. Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| 36. Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 37. Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| 38. George Sullivan | georgia.sullivan@thehartford.com |
| 39. Henry M. Swan, Esq. | hms@dksblaw.com |
| 40. Howard A. Merten, Esq. | hmerten.station@psh.com |
| 41. Howard Julian | sohohomes@yahoo.com |
| 42. Ian Ridlon, Esq. | Stationfire;litigation@nixonpeabody.com |
| 43. J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |
| 44. James A. Bigos, Esq. | jim@b-plaw.com |
| 45. James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| 46. James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 47. James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 48. James R. Lee, Esq. | jlee@riag.ri.gov |
| 49. James T. Murphy, Esq. | stationfire@hansoncurran.com |
| 50. Jessica Deanseris, Esq. | jad@wistbar.com |
| 51. Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 52.John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| 53. John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| 54. John J. Flanagan, Esq. | jflanagan@torti.com |
| 55. John J. Nazzaro, Esq. | attynazzaro@aol.com |
| 56. John P. Barylick, Esq. | jpb@wistbar.com |
| 57. John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 58. John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| 59. Joseph B. Burns, Esq. | jburns@rms-law.com |
| 60. Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 63. Joseph J. Bellew, Esq. | jbellew@cozen.com |
| 64. Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 65. Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| 66. Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 67. Kate Harden, Esq. For J. Renn Olenn | kbh@olenn-penza.com |
| 68. Kathleen C. Henry, Esq. | khenry@choate.com |
| 69. Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| 70. Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 71. Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| 72. Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| 73. Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 74. Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 75. Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 76. Linda Magro, Esq. | jruggieri@hcc-law.com |
| 77. Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 78. Mark D. Cahill, Esq. | mcahill@choate.com |
| 79. Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| 80. Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 81. Mark P. Dolan, Esq. | ricedolank@aol.com |
| 82. Mark S. Mandell, Esq. | msb@msb-atty.com |

| | |
|---|---|
| 83. Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 84. Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 85. Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 86. Mark Ter Molen, Esq. | khenry@choate.com |
| 87. Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| 88. Meghan Sullivan, Esq. | meghan.sullivan@lw.com |
| 89. Max Wistow, Esq. | mw@wistbar.com |
| 90. Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 91. Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 92. Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| 93. Michael J. McCormack, Esq.. | mmccormack@mccormackfirm.com |
| 94. Michael Potenza, Esq. | mpotenza@debevoise.com |
| 95. Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| 96. Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 97. Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| 98. Peter L. Resnik, Esq. | presnick@mwe.com |
| 99. Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 100. Peter Schneider, Esq. | pschneider@cmjlaw.com |
| 101. Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 102. Randall L. Souza, Esq. | rsouza@shslawfirm.com |
| 103. Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| 104. Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 105. Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| 106. Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 107. Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| 108. Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 109. Russell Bramley, Esq. | bramley@hbhlaw.net |
| 110. Scott J. Tucker, Esq. | stucker@ths-law.com |
| 111. Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 112. Stephanie E. Breggia, Esq. | sbreggia@bbglaw.us |
| 113. Stephen Izzi, Esq. | sizzi@mosesafonso.com |
| 114. Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| 115. Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 116. Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| 117. Stephen T. Armato, Esq. | sarmato@cetcap.com |
| 118. Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 119. Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| 120. Steven W. Kasten, Esq. | skasten@mwe.com |
| 121. Stewart F. Grossman, Esq. | sgrossman@lgllp.com |
| 122. Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| 123. Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 124. T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| 125. Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| 126. Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| 127. Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| 128. Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |

| | |
|---|---|
| 129. Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| 130. Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| 131. W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 132. William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 133. William E. O'Gara, Esq. | wogara@pld-law.com |
| 134. William F. Burke, Esq. | wburke@apslaw.com |
| 135. George Wolfe, Esq. | stationfire@shb.com |
| 136. Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| 137. William M. Heffernan, Esq. | heffernanlaw@aol.com |
| 138. John J. Flanagan, Esq. | jflanagan@torti.com |