UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES, et al. Plaintiffs | : | |
| vs. | : | C.A. No. 04-056-L (Adopting 04-312-L) |
| AMERICAN FOAM CORPORATION, et al. Defendants | : | |

**STIPULATION**

IT IS HEREBY STIPULATED between the parties that the time within which defendants[1] have to answer or otherwise respond to the plaintiffs' complaint in the above-referenced matter is hereby extended to and through September 5, 2006.

CHARLES AND CAROL SWEET.

By their Attorneys,

Brian R. Cunha, #4074
Brian R. Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720
Telephone: 508-675-9500
Fax: 508-679-6360
brian@briancunha.com

DEFENDANTS[2]

By their Attorneys,

David E. Maglio (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
Telephone: 401 831-5400
Fax: 401 831-7979
dmaglio@magliolaw.com
Local Counsel

---

[1] Defendants Knight-Celotex Lisbon Falls, LLC; Knight-Celotex, LLC; Knight Industries, LLC; and Knight Industries I, LLC.

[2] Defendants Knight-Celotex Lisbon Falls, LLC; Knight-Celotex, LLC; Knight Industries, LLC; and Knight Industries I, LLC.

- and –

Timothy B. Hardwicke, Esq.
Meghan H. Sullivan, Atty.
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Telephone (312) 876-7700
Fax (312) 993-9767
Timothy.Hardwicke@lw.com
Meghan.Sullivan@lw.com
Counsel admitted *Pro Hac Vice*

August 11, 2006

CERTIFICATION

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the 4th day of August, 2006

- Thomas C. Angelone
  angelonelaw@aol.com
- Steven T. Armato
  sarmato@cetcap.com
- Charles L. Babcock
  cbabcock@jw.com
- C. Russell Bengtson
  rbengtson@ckmlaw.com
- Joseph V. Cavanagh, Jr
  jvc@blishcavlaw.com
- Brian R. Cunha
  brian@briancunha.com
- Anthony F. DeMarco
  tdemarco@conversent.net rdblaw@conversent.net
- Gerald C. DeMaria
  gdemaria@hcc-law.com
- Marc DeSisto
  marc@desistolaw.com
  mary@desistolaw.com;kathleen@desistolaw.com;karen@desistolaw.com;michael@desistolaw.com
- Bennett R. Gallo
  brg@ndgrb.com
- William M. Heffernan
  HeffernanLaw@aol.com
- Fred A. Kelly, Jr
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com

- Ronald P. Langlois
  rlanglois@smithbrink.com
- James R. Lee
  jlee@riag.ri.gov
- Richard W. MacAdams
  rmacadams@mandwlaw.com vburrus@mandwlaw.com
- Donald J. Maroney
  dmaroney@kkrs.com
- Howard A. Merten
  hm@psh.com
- Kelly N. Michels
  knm@hansoncurran.com
- Robert T. Norton
  rnorton@sloanewalsh.com
- William E. O'Gara
  wogara@pld-law.com
- Stephen M. Prignano
  sprignano@eapdlaw.com
- James H. Reilly, III
  jreilly@kkrs.com
- Mark T. Reynolds
  mtreynolds@conversent.net
- Ian C. Ridlon
  iridlon@burnslev.com
- Kristin E. Rodgers
  ker@blishcavlaw.com
- Denean M. Russo
  drusso@mandwlaw.com
- Randall L. Souza
  rsouza@shslawfirm.com
- T. Dos Urbanski
  durbanski@melicklaw.com
- Benjamin V. White, III
  bwhite@vetterandwhite.com
- Lauren DiSimone Wilkins
  lwilkins@smithbrink.com
- David A. Wollin
  dwollin@apslaw.com

And sent via conventional electronic mail to the following:

| | |
|---|---|
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |

| | |
|---|---|
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Howard Julian, Esq. | sohohomes@yahoo.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Eric M. Sommers, Esq. | esommers.station@psh.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Meghan Sullivan, Atty. | Meghan.Sullivan@lw.com |
| Timothy Hardwicke, Esq. | Timothy.Hardwicke@lw.com |

David E. Maglio, Esq., #3459

h:\clients\station fire\sweeet pleadings\entry of appearance knight