UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES AND CAROL SWEET, ET AL | : | |
| | : | |
| vs. | : | C.A. No. 04-056-L |
| | : | |
| AMERICAN FOAM CORPORATION, ET AL | : | |

**DEFENDANTS, WILLIAM BURNETT & CO., INCORPORATED, WILLIAM T. BURNETT & CO., INCORPORATED, WM. T. BURNETT MANAGEMENT, INC., WM. T.B. BURNETT & CO. and WM. T. BURNETT OPERATING, LLP'S ANSWER TO PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION**

Plaintiffs have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312L, in its entirety. The above-named defendants, collectively referred to as the Burnett defendants, hereby adopt the answer filed to the Third Amended Master Complaint in the Gray case. The Burnett defendants adopt and incorporate herein said answers, including the Affirmative Defenses and Jury Trial Demand.

These defendants hereby request this Court to deny and dismiss the prayers for relief submitted on behalf of the plaintiffs.

Dated: August 17, 2006

Respectfully submitted,
Defendant Burnett, By its Attorneys,

/s/ Rajaram Suryanarayan

Rajaram Suryanarayan, Esq. (#4451)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901

/s/ Eric B. DiMario

Eric B. DiMario, Esq. (#7084)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901

Of Counsel:

John Doody, Esq.
Lewis, Brisbois, Bisgaard & Smith
199 Water Street
New York, NY 10038

**CERTIFICATION**

The undersigned hereby certifies that a true and accurate copy of the within was emailed on the 18th day of August 2006 to:

| | |
|---|---|
| Angelone, Thomas | angelonelaw@aol.com |
| Armato, Steven; Cetrulo, Lawrence; Hunt, Christopher | stationlitigation@cetcap.com |
| Babcock, Charles | cbabcock@jw.com |
| Barylick, John | jbarylick@wistbar.com |
| Bender, Thomas; Murphy, James; Michels, Kelly stationfire@hansoncurren.com | |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James | jim@b-plaw.com |
| Bowen, Kevin | kbowen@bbglaw.us |
| Bramley, Russell | bramley@hbhlaw.net |
| Breggia, Steven | sbreggia@bbglaw.us |
| Burns, Joseph | jburns@rms-law.com |

| | |
|---|---|
| Cahill, Mark | mcahill@choate.com |
| Cappuccio, Lawrence l.cappuccio@worldnet.att.com | |
| Cavanagh, Joseph; Rodgers, Kristen | stationfire@blishcavlaw.com |
| Cloherty, John; Pierce, Joel | jcloherty@piercedavis.com |
| Crane, Edward | ecrane@skadden.com |
| Creamer, Ronald; Resmini, Ronald | resminilaw@yahoo.com |
| Cunha, Brian; Alegria, Karen | brian@briancunha.com |
| Deanseris, Jessica | jdean@wistbar.com |
| DeLuca, Michael | mrd@gsm-law.com |
| DeMarco, Anthony; Reynolds, Mark | tdemarco@conversent.net |
| DeSisto, Marc; Daniels, Kathleen | stationfire@desistolaw.com |
| Deidrich, Curtis | cdeidrich@sloanewalsh.com |
| DiMaio, Stephanie; Howe, James | fonia@msn.com |
| Dolan, Mark; Leone, Anthony | ricedolank@aol.com |
| Esquire | stationfire@esquirecom.com |
| Fallon, Christopher; Bellew, Joseph | cfalon@cozen.com |
| Filippo, William | wfilippo@calvinolaw.com |
| Flanagan, John | jflanagan@torti.com |
| Fogerty, Stephen | fogarty@halloran-sage.com |
| Gallo, Bennett | brg@ndgrb.com |
| Hadden, Mark | mhadden@mhaddenlaw.com |
| Hamilton, Nancy | nhamilton@jw.com |

| | |
|---|---|
| Hardwicke, Timothy; Sullivan, Meghan | timothy.hardwicke@lw.com |
| Heffernan, William | Heffernanlaw@aol.com |
| Heinlein, Carl; Crocket, John III | cheinlein@fbtlaw.com |
| Hermanson, Eric Bradford | ehermanson@choate.com |
| Hinchey, Edward | ehinchey@sloanwalsh.com |
| Horgan, Daniel | horganlaw@snet.net |
| Johns, Craig | johnsc@nationwide.com |
| Jones, Patrick; Sneider, Peter | pjones@cmj-law.com |
| Julian, Howard | sohohomes@yahoo.com |
| Kasten, Steven; Resnik, Peter | skasten@mwe.com |
| Keller, Bruce | bkeller@debevoise.com |
| Langlios, Ronald; Wilkens, Lauren | stationfire@smithbrink.com |
| Lee, James | jlee@riag.state.ri. |
| Levin, Michael | mlevin@wczlaw.com |
| Lyons, Thomas | tlyons@straussfactor.com |
| MacAdams, Richard | rmacadams@mandwlaw.com |
| McGillvray, Stephen | macgillvray@edwardsandangell.com |
| Maglio, David | dmaglio@magliolaw.com |
| Mahoney, John | jmahoney@amlawllp.com |
| Mancuso, Eva Marie | emancuso@hwac.com |
| Mandell, Mark; Boisclair, Yvette | msmandell@msn.com |
| Maroney, Donald | dmaroney@kkrs.com |
| McCormack, Michael; Aronson, Joseph; Mitrou, David | mmccormack@mccormackfirm.com |

| | |
|---|---|
| McGough, Thomas | tmcgough@reedsmith.com |
| McPherson, Matthew | emcphearson@m-klw.com |
| Medeiros, Matthew | mfm@lmkbw.com |
| Merten, Howard | hmerten.station@psh.com |
| Minicucci, Steven | sminicucci@calvinolaw.com |
| Mitrou, David | dmitrou@mccormackfirm.co |
| Monaco, Ralph | rmonaco.c-l@snet.net |
| Nazzaro, John | attynazaro@aol.com |
| Norton, Robert; Scanlon, James | rnorton@sloanwalsh.com |
| Nugent, Mark mnugent@morrisonmahoney.co | |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |
| O'Gara, William | wogara@pld-law.com |
| Olenn, Renn | kbh@olenn-penza.com |
| Parsky, Mark | mep@mcveyparsky-law.com |
| Potenza, Michael | mpotenza@debevoise.com |
| Prignano, Stephen; MacGillivray, Stephen sprignano@edwardsangell.com | |
| Reardon, Robert; Poppe, Tracy | reardonlaw@aol.com |
| Redihan, Charles | credihan@kprlaw.com |
| Reilly, James | jreilly@kkrs.com |
| Restivo, James; McGough, Thomas | jrestivo@reedsmith.com |
| Richard, Steven stationfirelitigation@nixonpeabody.co | |

| | |
|---|---|
| Ruggeiri, James; DiMaria, Gerald | rruggeiri@hcc-law.com |
| Solmor, Deborah; Simpson, Kimberly | dsolmor@skadden.com |
| St. Pierre, Michael | mikesp@rrsplaw.com |
| Sullivan, Paul | pvsullivan@morrisonmahoney.com |
| Swan, Henry | hms@dksblaw.com |
| Ter Molen, Mark | mtermolen@mayerbrownrowe.com |
| Tourgee, Mark; Williamson, Timothy | aminchillo@itwlaw.com |
| Trevelise, Andrew | atrevelise@reedsmith.com |
| Tucker, Bruce | btucker@legalmgt.com |
| Tucker, Scott | stucker@ths-law.com |
| Urbanski, T. Dos; Mazurczak, Michael; McCarthy, Allen | stationlitigation@melicklaw.com |
| Walker, Earl | ewalker@jw.com |
| Wettle, Susan | swettle@fbtlaw.com |
| Wistow, Max | mw@wistbar.com |
| Wolf, George; Songer, Ann | stationfire@shb.com |
| Wollin, David; Burke, William | stationfire@apslaw.com |