**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHARLES SWEET, et al., Plaintiffs, | : | |
| vs. | : | C.A. No. 04-056-L |
| AMERICAN FOAM CORPORATION, et al., Defendants. | : | |

**DEFENDANT PACTIV CORPORATION'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO**
**PLAINTIFFS SWEET ET AL.'S NOTICE OF ADOPTION OF**
**THIRD AMENDED MASTER COMPLAINT**
**(STATION NIGHTCLUB FIRE LITIGATION)**

Defendant Pactiv Corporation ("Pactiv") hereby adopts and incorporates by reference in its entirety its Answer and Affirmative Defenses to Plaintiffs' Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312-L.

WHEREFORE, Pactiv Corporation, having fully answered Plaintiffs Sweet et al.'s Notice of Adoption of Third Amended Master Complaint, denies that Plaintiffs are entitled to any relief from Pactiv Corporation; demands judgment against Plaintiffs for costs, expenses, and reasonable attorneys' fees; and asks that this Court grant such further relief as it may deem just and proper.

Respectfully submitted,

PACTIV CORPORATION

By: __/s/ Bruce G. Tucker, Esq.________
One of its Attorneys

Bruce G. Tucker, Esq. (#563)
LEGAL MANAGEMENT SERVICES LLC
55 Hammarlund Way
Middletown, RI 02840
(401) 843-8400

Mark R. Ter Molen, Esq. (pro hac vice)
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
312-782-0600

CERTIFICATE OF SERVICE

I, Bruce G. Tucker, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic service of this pleading and will receive service in that fashion. I hereby further certify that pro se defendant Howard Julian was served by first class mail, postage prepaid at the following address: 570 Shermantown, Saunderstown, RI 02874.

By: __/s/ Bruce G. Tucker, Esq.________