UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES and CAROL SWEET, as Administrators of the Estate of SHAWN SWEET; CHARLES, et al. Plaintiffs | : | |
| vs. | : | C.A. No. 04-056-L (Adopting 04-312-L) |
| AMERICAN FOAM CORPORATION, et al. Defendants | : | |

**ENTRY OF APPEARANCE**

We, David E. Maglio and Henry M. Swan, hereby enter our appearance as local counsel for defendant Knight Industries Inc. in the above-entitled matter. Attorneys Meghan Sullivan and Timothy Hardwicke hereby enter their appearance as counsel admitted *pro hac vice* on behalf of Knight Industries, Inc.

KNIGHT INDUSTRIES INC.

By its Attorneys,

/s/ ________________________
David E. Maglio (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street, Second Floor
Providence, RI 02903
Telephone: 401 831-5400
Fax: 401 831-7979
dmaglio@magliolaw.com

/s/ ________________________
Henry M. Swan (#1056)
Davis, Kilmarx, Swan & Bowling, LLP
101 Dyer Street. Second Floor
Providence, RI 02903
Telephone 401 273-9000
Fax 401 273-9724
hms@dksblaw.com
Local Counsel

- and –

Timothy B. Hardwicke, Esq.
Meghan H. Sullivan, Atty.
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Telephone (312) 876-7700
Fax (312) 993-9767
Timothy.Hardwicke@lw.com
Meghan.Sullivan@lw.com
Counsel admitted *Pro Hac Vice*

August 18, 2006

CERTIFICATION

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the _18th_ day of August, 2006

- Thomas C. Angelone
  angelonelaw@aol.com
- Steven T. Armato
  sarmato@cetcap.com
- Charles L. Babcock
  cbabcock@jw.com
- C. Russell Bengtson
  rbengtson@ckmlaw.com
- Joseph V. Cavanagh, Jr
  jvc@blishcavlaw.com
- Edward M. Crane
  ecrane@skadden.com
- Brian R. Cunha
  brian@briancunha.com
- Anthony F. DeMarco
  tdemarco@conversent.net rdblaw@conversent.net
- Gerald C. DeMaria
  gdemaria@hcc-law.com
- Marc DeSisto
  marc@desistolaw.com mary@desistolaw.com
- Curtis R. Diedrich
  cdiedrich@sloanewalsh.com
- John J. Flanagan
  jflanagan@torti.com

- Bennett R. Gallo
  brg@ndgrb.com
- William M. Heffernan
  HeffernanLaw@aol.com
- Fred A. Kelly, Jr
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com
- Ronald P. Langlois
  rlanglois@smithbrink.com
- James R. Lee
  jlee@riag.ri.gov
- S. Michael Levin
  mlevin@wszlaw.com slevesque@wszlaw.com;presnik@mwe.com;skasten@mwe.com
- Richard W. MacAdams
  rmacadams@mandwlaw.com vburrus@mandwlaw.com
- Stephen J. MacGillivray
  smacgillivray@eapdlaw.com
- David E. Maglio
  dmaglio@magliolaw.com
- Donald J. Maroney
  dmaroney@kkrs.com
- W. Thomas McGough, Jr
  wmcgough@reedsmith.com
- Howard A. Merten
  hm@psh.com slb@psh.com
- Kelly N. Michels
  knm@hansoncurran.com
- James T. Murphy
  jtm@hansoncurran.com
- Robert T. Norton
  rnorton@sloanewalsh.com
- William E. O'Gara
  wogara@pld-law.com
- Mark Parsky
  mep@mcveyparsky-law.com
- Stephen M. Prignano
  sprignano@eapdlaw.com
- James H. Reilly, III
  jreilly@kkrs.com
- Mark T. Reynolds
  mtreynolds@conversent.net
- Ian C. Ridlon
  iridlon@burnslev.com
- Kristin E. Rodgers
  ker@blishcavlaw.com
- James A. Ruggieri
  jruggieri@hcc-law.com sodonoghue@hcc-law.com;peason@hcc-law.com

- Denean M. Russo
  drusso@mandwlaw.com
- Deborah G. Solmor
  dsolmor@skadden.com
- Rajaram Suryanarayan
  rsury@gunninglafazia.com
- Andrew J. Trevelise
  atrevelise@reedsmith.com
- T. Dos Urbanski
  durbanski@melicklaw.com
- Benjamin V. White, lll
  bwhite@vetterandwhite.com
- Lauren DiSimone Wilkins
  lwilkins@smithbrink.com
- David A. Wollin
  dwollin@apslaw.com

And the following individuals received a true copy of the above by conventional e-mail:

Karen A. Alegria, Atty.
Karen@Briancunha.com

Edward T. Hinchey, Esq.
ehinchey@sloanewalsh.com

Howard Julian., Esq.
sohohomes@yahoo.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

Eric M. Sommers, Esq.
esommers.station@psh.com

Meghan Sullivan, Atty.
Meghan.Sullivan@lw.com

Timothy Hardwicke, Esq.
Timothy.Hardwicke@lw.com

_/s/__________________________
David E. Maglio, Esq., #3459

h:\clients\station fire\sweeet pleadings\entry of appearance knight industries inc.