**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES SWEET, et al** <br> **Plaintiffs** <br><br> **vs.** <br><br> **AMERICAN FOAM CORP, et al** <br> **Defendants** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **C.A. No. 04-56L** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Ian C. Ridlon hereby withdraws as counsel for the Defendants Jack Russell, Eric Powers, Mark Kendal, David Filice, Paul Woolnough, Jack Russell Touring, Inc., Manic Music Management, Inc. and Knight Records, Inc. in all Station Fire cases.

Respectfully submitted,

/s/ *Ian C. Ridlon*

Ian C. Ridlon (RI Bar #5524)
*iridlon@burnslev.com*
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
401.831.8330 Telephone
401.831.8359 Facsimile

Dated: September 6, 2006

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true copy of the Withdrawal of Appearance was sent via electronic mail on the 6th day of September, 2006 to the following Counsel of Record:

| | |
|---|---|
| Allen J. McCarthy, Esquire | stationlitigation@melicklaw.com |
| Andrew Trevelise, Esquire | atrevelise@reedsmith.com |
| Ann Songer, Esquire | stationfire@shb.com |
| Anthony F. DeMarco, Esquire | tdemarco@conversent.net |
| B. Jon Enciso, Esquire | jenciso@legalmgt.com |
| Benjamin V. White, III, Esquire | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esquire | brg@ndgrb.com |
| Brian Cunha, Esquire | brian@Briancunha.com |
| Bruce P. Keller, Esquire | bkeller@debevoise.com |
| Bruce G. Tucker, Esquire | btucker@legalmgt.com |
| C. Russell Bengtson, Esquire | rbengtson@ckmlaw.com |
| Carl A. Heinlein, Esquire | chenlein@fbtlaw.com |
| Charles Babcock, Esquire | Cbabcock@jw.com |
| Charles N. Redihan, Esquire | credihan@kprlaw.com |
| Christopher C. Fallon, Esquire | cfallon@cozen.com |
| Christopher A. D. Hunt, Esquire | chunt@cetcap.com |
| Curtis R. Diedrich, Esquire | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esquire | horganlaw@snet.com |
| Daniel P. McKiernan, Esquire | dmckiernan@mtmlaw.us |
| David E. Maglio, Esquire | dmaglio@magliolaw.com |
| David T. Mitrou, Esquire | dmitrou@mccormackfirm.com |
| David A. Wollin, Esquire | dwollin@apslaw.com |
| Deborah Solmor, Esquire | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esquire | droberts@djrlaw.com |
| Donald J. Maroney, Esquire | dmaroney@kkrs.com |
| Earl H. Walker, Esquire | ewalker@jw.com |
| Edward M. Crane, Esquire | ecrane@skadden.com |
| Edward T. Hinchey, Esquire | Ehinchey@sloane-walsh.com |
| Edwin McPherson, Esquire | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esquire | ehermanson@choate.com |
| Eric B. DiMario, Esquire | edimario@gunninglafazia.com |
| Esquire Litigation Solutions, LLC | stationfire@equire.com |
| Eva Marie Mancuso, Esquire | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esquire | Stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esquire | stationfire@shb.com |
| Georgia E. Sullivan, Esquire | Georgia.Sullivan@thehartford.com |
| Henry M. Swan, Esquire | hms@dksblaw.com |
| Howard Julian, Esquire | sohohomes@yahoo.com |
| Howard A. Merten, Esquire | Hmerten.station@psh.com |
| Ian Ridlon, Esquire | iridlon@burnslev.com |

| | |
|---|---|
| James A. Bigos, Esquire | jim@b-plaw.com |
| James R. Lee, Esquire | jlee@riag.ri.gov |
| James T. Muphy, Esquire | stationfire@hansoncurran.com |
| James H. Reilly, III, Esquire | jreilly@kkrs.com |
| James J. Restivo, Jr., Esquire | jrestivo@reedsmith.com |
| James A. Ruggieri, Esquire | jruggieri@hcc-law.com |
| John H. Brooke, Esquire | jbrooke@brookemawhorr.com |
| John J. Cloherty, III, Esquire | jcloherty@piercedavis.com |
| John R. Crockett, III, Esquire | jcrockett@fbtlaw.com |
| John J. Flanagan, Esquire | jflanagan@torti.com |
| John J. Nazzaro, Esquire | attynazzaro@aol.com |
| John P. Barylick, Esquire | jpb@wistbar.com |
| John R. Mahoney, Esquire | johnmahoney@amlawllp.com |
| Joseph H. Aronson, Esquire | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esquire | jbellew@cozen.com |
| Joseph B. Burns, Esquire | jburns@rms-law.com |
| Joseph V. Cavanaugh, Jr., Esquire | stationfire@blishcavlaw.com |
| Joseph Krowski, Esquire | Josephkrowski.law@verizon.net |
| Karen A. Alegria, Esquire | Karen@briancunha.com |
| Kate B. Harden, Esquire | kbh@olenn-penza.com |
| Kathleen C. Henry, Esquire | khenry@choate.com |
| Kelly N. Michels, Esquire | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esquire | kbowen@bbglaw.us |
| Kim M. Clarke, Esquire | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esquire | stationfire@blishcavlaw.com |
| Lauren D. Wilkins, Esquire | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esquire | l.cappuccino@worldnet.att.net |
| Lawrence G. Cetrulo, Esquire | lcetrulo@cetcap.com |
| Marc DeSisto, Esquire | stationfire@desistolaw.com |
| Mark D. Cahill, Esquire | mcahill@choate.com |
| Mark P. Dolan, Esquire | ricedolank@aol.com |
| Mark Hadden, Esquire | mhadden@mhaddenlaw.com |
| Mark Mandell, Esquire | msb@msb-atty.com |
| Mark T. Nugent, Esquire | mnugent@morrisonmahoney.com |
| Mark Parsky, Esquire | mep@mcveyparsky-law.com |
| Mark T. Reynolds, Esquire | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esquire | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esquire | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esquire | mfm@lmkbw.com |
| Max Wistow, Esquire | jdean@wistbar.com |
| Meghan H. Sullivan, Esquire | Meghan.Sullivan@lw.com |
| Michael R. DeLuca, Esquire | mrd@gsm-law.com |
| Michael Mazurczak, Esquire | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esquire | mmccormack@mccormackfirm.com |
| Michael Potenza, Esquire | mpotenza@debevoise.com |

| | |
|---|---|
| Michael St. Pierre, Esquire | mikesp@rrsplaw.com |
| Michael Sarli | mgs@gsm-law.com |
| Nancy Hamilton, Esquire | nhamilton@jw.com |
| Patrick Jones, Esquire | pjones@cmjlaw.com |
| Patrick Sullivan, Esquire | psullivan@morrisonmahoney.com |
| Peter Resnick, Esquire | presnik@mwe.com |
| Peter Schneider, Esquire | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esquire | rsury@gunninglafazia.com |
| Ralph Monaco, Esquire | Rmonaco.c-l@snet.net |
| Richard MacAdams, Esquire | rmacadams@mandwlaw.com |
| Robert Norton, Esquire | rnorton@sloanewalsh.com |
| Robert Reardon, Esquire | reardonlaw@aol.com |
| Ronald Creamer, Esquire | resminilaw@yahoo.com |
| Ronald Langlois, Esquire | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esquire | resminilaw@yahoo.com |
| Russell Bramley, Esquire | bramley@hbhlaw.com |
| S. Michael Levin, Esquire | mlevin@wszlaw.com |
| Scott Tucker, Esquire | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esquire | fonia@msn.com |
| Stephen Armato, Esquire | sarmato@cetcap.com |
| Stephen Breggia, Esquire | sbreggia@bbglaw.us |
| Stephen Fogerty, Esquire | fogerty@halloran-sage.com |
| Stephen Prignano, Esquire | sprignano@eapdlaw.com |
| Steven Kasten | skasten@mwe.com |
| Steven Minicucci, Esquire | sminicucci@calvinolaw.com |
| Steven Richard, Esquire | stationfirelitigation@nixonpeabody.com |
| Susan Wettle, Esquire | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esquire | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esquire | Stationlitigation@melicklaw.com |
| Thomas Angelone, Esquire | Angelonelaw@aol.com |
| Thomas R. Bender, Esquire | stationfire@hansoncurran.com |
| Thomas Lyons, Esquire | tlyons@straussfactor.com |
| Timothy Hardwicke, Esquire | Timothy.Hardwicke@lm.com |
| Timothy Williamson, Esquire | aminchillo@itwlaw.com |
| Tracy Poppe, Esquire | reardonlaw@aol.com |
| W. Thomas McGough, Jr., Esquire | tmcgough@reedsmith.com |
| William F. Burke, Esquire | wburke@apslaw.com |
| William M. Heffernan, Esquire | heffernanlaw@aol.com |
| William Filippo, Esquire | wfilippo@calvinolaw.com |
| | |

/s/ *Ian C. Ridlon*

J:\Docs\81089\00000\01050024.DOC