UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES SWEET, et al.
Plaintiffs

VS. C.A. NO. 04-56L

AMERICAN FOAM CORPORATION, et al.
Defendants

**ORDER**

The motion of defendants Leggett & Platt Incorporated and L&P Financial Services Co., to dismiss plaintiffs' claims against them pursuant to F.R.C.P. 12(b)(5) and 12(b)(2) and plaintiffs' motion to enlarge the time in which to effectuate service on those defendants having come before the Court on September 19, 2007, it is hereby ordered

1. Defendants' motion is granted;

2. Plaintiffs' motion is denied.

BY ORDER:

ENTER:

Ronald R. Lagueux
Sr. USDJ 9/26/07

Presented By:
**STRAUSS, FACTOR, LAING & LYONS**

Thomas W. Lyons #2946
222 Richmond Street, Suite 208
Providence, RI 02903
(401) 456-0700

S:\TWL\leggett & platt\SWEET\Sweet Order.wpd