UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARLES and CAROL SWEET, as Administrators:
of the Estate of SHAWN SWEET; CHARLES et al :
Plaintiffs, :
:
VS. : C.A. No.: 04-056-L
:
JEFFREY DERDERIAN, et al., :
*Defendants* :

**PLAINTIFFS'[1] NOTICE OF VOLUNTARY DISMISSAL ON APPEAL OF ORDER**

Now come the Plaintiffs, Sweet, and hereby voluntarily dismiss the Appeal on Order entered on September 19, 2007 previously filed by (Sweet, et al vs. Jeffrey Derderian, et al., C.A. No. 04-056-L, Pacer Doc #1651.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

/s/ Brian R. Cunha, Esq.

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

[1] All Plaintiffs in Guindon, et al. vs. American Foam, et al. C.A. No. 03-335-L (Adopting the Third Amended Complaint in C.A. No. 04-312L); All Plaintiffs in Roderiques, et al. vs. American Foam, et al. C.A. 04-26-L (Adopting the Third Amended Complaint in C.A. No. 04-312L); All Plaintiffs in Sweet, et al. vs. American Foam, et al. C.A. 04-56-L (Adopting the Third Amended Complaint in C.A. No. 04-312L)

**CERTIFICATION OF SERVICE**

I hereby certify that on the 30th day of October, 2007 a true copy of the within was served electronically pursuant to the Court's Order to the following;

| | |
|---|---|
| Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| C. Russell Bengtson, Esq. | Rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | Boyerlaw1@aol.com |
| Stephen E. Breggia, Esq. | Sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | Kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | Mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Lawrence J. Cappuccio, Esq. | L.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | Stationfire@blishcavlaw.com |
| Kristen E. Rodgers, Esq. | Stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | Ercane@skadden.com |
| Deborah Solmor, Esq. | Dsolmor@skadden.com |
| Anthony F. DeMarco, Esq. | Tdemarco@conversent.net |
| Mark T. Reynolds, Esq. | Mtreynolds@conversent.net |
| Mark DeSisto, Esq. | Stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | Cdiedrich@sloanewalsh.com |
| Robert Norton, Esq. | Rnorton@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | Fonia@msn.com |
| Mark P. Dolan, Esq. | Ricedolank@aol.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Christopher C. Fall, Jr., Esq. | Cfallon@cozen.com |
| Stephen Fogerty, Esq. | Fogerty@halloran-sage.com |
| Mark Hadden, Esq. | Mhadden@mhaddenlaw.com |
| Carl A. Henlen, Esq. | Chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | Jcrockett@fbtlaw.com |
| Susan Wettle, Esq. | Swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Patrick T. Jones, Esq. | Pjones@cmj-law.com |
| Peter Schneider, Esq. | Pschneider@cmj-law.com |
| Howard Julian, Esq. | Sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | Bkeller@debevoise.com |
| Fred A. Kelly, Esq. | StationFireLitigation@nixonpeabody.com |
| Steven M. Richard, Esq | StationFireLitigation@nixonpeabody.com |
| Ian Ridlon, Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | Josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | Rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | Lwilkins@smithbrink.com |
| James R. Lee, Esq. | Jlee@riag.ri.gov |
| Thomas W. Lyons, Esq. | Tlyons@straussfactor.com |

| | |
|---|---|
| Richard W. MacAdams, Esq. | Rmacadams@mandwlaw.com |
| John R. Mahoney, Esq. | Johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | Emancuso@hwac.com |
| Mark S. Mandell, Esq. | Msb@msb-atty.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esq. | Jrestivo@reedsmith.com |
| Edwin F. McPherson, Esq. | Emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | Mfm@lmkbw.com |
| Howard A. Merten, Esq. | Hmerten.station@psh.com |
| Benjamin V. White, III, Esq. | Bwhite@vetterandwhite.com |
| Steven A. Minicucci, Esq. | Sminicucci@calvinolaw.com |
| William Filippo, Esq. | Wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esq. | Rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | Stationfire@hansoncurran.com |
| Thomas Bender, Esq. | Stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | Stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | Attynazzaro@aol.com |
| Mark T. Nugent, Esq. | Mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | Pvsullivan@morrisonmahoney.com |
| j. Renn Olenn, Esq. | Jro@olenn-penza.com |
| Michael Potenza, Esq. | Mpotenza@debevois.com |
| Stephen M. Prignano, Esq. | Sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | Smacgillvray@edwardsangell.com |
| Robert Reardon, Esq. | Reardonlaw@aol.com |
| Robert Rimmer, Esq. | Reardonlaw@aol.com |
| Charles N. Redihan, Esq. | Credihan@kprlaw.com |
| James H. Reilly, III, Esq. | Jreilly@kkrs.com |
| Donald J. Maroney, Esq. | Dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | Resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | Resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | Jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | Sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esq. | Mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | Aminchilo@itwlaw.com |
| Timothy A. Williamson, Esq. | Aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esq. | Atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | Stucker@ths-law.com |
| Earl H. Walker, Esq. | Ewalker@jw.com |
| Charles Babcock, Esq. | Cbabcock@jw.com |
| Nancy Hamilton, Esq. | Nhamilton@jw.com |
| George Wolf, III, Esq. | Gwolf@shb.com |
| Ann Songer, Esq. | Asonger@shb.com |

/s/ Brian R. Cunha, Esq.

Brian R. Cunha, Esq.